# EXHIBIT U

Prepared for
**Verrill Dana, LLP**

Prepared by
**Ramboll Americas Engineering Solutions, Inc.**
**Los Angeles, California**

Date
**December 2025**

# REBUTTAL TO THE USEPA EXPERT REPORT TITLED "ADVERSE ECOLOGICAL IMPACTS DUE TO ACIDIC DISCHARGES FROM PILGRIM FOODS GREENVILLE, NEW HAMPSHIRE"

RAMBOLL

## PREPARED BY

Paul R Krause
_______________________________
Paul R. Krause, PhD
Principal

**Ramboll Americas Engineering Solutions, Inc.**
**350 South Grand Avenue**
**Suite 2800**
**Los Angeles, California 90071**

## CONTENTS

| | | Page |
|---|---|---|
| **EXECUTIVE SUMMARY** | | **1** |
| **1.** | **PURPOSE OF THIS REPORT** | **3** |
| **2.** | **RESPONSE TO THE KEY FINDINGS FROM THE USEPA EXPERT REPORT OF DR. KETELES (2025)** | **4** |
| 2.1 | Impacts to the Unnamed Stream from the Pilgrim Foods | 6 |
| 2.1.1 | Impacts to Water Quality | 6 |
| 2.1.2 | Impacts to Biota | 14 |
| 2.2 | Impacts to the Souhegan River from Discharges into the Unnamed Stream | 16 |
| 2.2.1 | Impacts to Water Quality | 17 |
| 2.2.2 | Impacts to Biota | 18 |
| 2.3 | Impacts to the Souhegan River from the Swale Discharges | 19 |
| 2.3.1 | Impacts to Water Quality | 19 |
| 2.3.2 | Impacts to Biota | 30 |
| **3.** | **CONCLUSION** | **32** |
| **4.** | **LITERATURE CITED** | **33** |

## TABLES

| | | |
|---|---|---|
| Table 1: | Summary of USEPA Results (Waterbody Report) for the Unnamed Stream | 6 |
| Table 2: | Summary of USEPA Results (Waterbody Report) for the Souhegan River – Tucker Brook | 20 |
| Table 3: | Average POTW Facility Flow (USEPA 2025b) | 23 |
| Table 4: | Open Stream Flow Database (2025) Historical Average Flow Rates for the Souhegan River, USGS Streamflow Site #01093852 | 23 |
| Table 5: | pH Values for Samples Collected on May 19, 2023 by Livingston 2023 | 27 |
| Table 6: | pH Values for Samples Collected on May 23, 2023 by Livingston 2023 | 28 |
| Table 7: | pH Values for Samples Collected in August, 2023 by NEIC (McCann and Burns 2023) | 29 |

## CONTENTS *(Continued)*

## FIGURES


| | | Page |
|---|---|---|
| Figure 1: | Site Overview of the Pilgrim Foods facility at Greenville, New Hampshire | 5 |
| Figure 2: | Continuous monitoring of pH from October 16, 2013 to October 28, 2013 on the Unnamed Stream at locations upstream (pink [04-XS1]) and downstream (blue [02-XS1) of Pilgrim Foods (figure 6, page 10 of USEPA Expert Report; Dr. Keteles 2025). | 9 |
| Figure 3: | Continuous monitoring of pH from November 19, 2013 to December 03, 2013 on the Unnamed Stream at locations upstream (pink [04-XS1]) and downstream (blue [02-XS-1]) of Pilgrim Foods (figure 5, page 10 of USEPA Expert Report; Dr. Keteles 2025). | 10 |
| Figure 4: | Terrestrial Sample Locations surrounding Pilgrim Foods | 12 |
| Figure 5: | Watershed Sample Locations surrounding Pilgrim Foods | 13 |
| Figure 6: | pH upstream and downstream (in the Unnamed Stream) of the manufacturing facility in Greenville, NH. (figure 9, page 12 of the USEPA Expert Report; Dr. Keteles 2025). | 17 |
| Figure 7: | Storm drains along the west bank of the Souhegan River upstream of Pilgrim Foods | 25 |
| Figure 8: | Storm drains along the west bank of the Souhegan River upstream of Pilgrim Foods | 26 |
| Figure 9: | Storm drains along the west bank of the Souhegan River upstream of Pilgrim Foods | 27 |
| Figure 10: | Representative photographs of NHDES samplers collecting water samples from the discharge delta region without necessary personal protective equipment (Photographs 3 and 5 from Livingston 2023). | 30 |


## APPENDICES


Appendix A: CV of Dr. Paul Krause
Appendix B: Ramboll Site Visit Report

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| ANOVA | Analysis of Variance |
| CFS | Cubic feet per second |
| DO | Dissolved oxygen |
| EPA | Environmental Protection Agency |
| EPT | Ephemeroptera, Plecoptera, and Tricoptera |
| JCLC | Jody Connor Limnology Center |
| MGD | Million gallons per day |
| NEIC | National Enforcement Investigations Center |
| NHDES | New Hampshire Department of Environmental Services |
| POTW | Publicly Owned Treatment Works |
| PPE | Personal protective equipment |
| PTI | Pollution Threshold Index |
| USEPA | United States Environmental Protection Agency |
| USGS | United States Geological Survey |

# EXECUTIVE SUMMARY

I am an expert in aquatic ecology, toxicology, and environmental impact analysis with over 30 years of experience. For this report, I evaluated the United States Environmental Protection Agency (USEPA) expert report by Dr. Kristen Keteles (2025) and all the available data to evaluate the effect of discharges of low pH wastewater from Old Dutch Mustard Co. Inc., a mustard and vinegar manufacturing company based in Greenville, New Hampshire dba Pilgrim Foods, Inc. (Pilgrim Foods). Dr. Keteles' (2025) expert report, which did not include direct site visits and relied solely on existing data sources concluded that these discharges caused significant ecological damage to both the Souhegan River and an Unnamed Stream that flows through the facility.

Dr. Keteles' (2025) report concludes that the discharge of low pH wastewater from Pilgrim Foods significantly degraded water quality in the Unnamed Stream and the Souhegan River, citing low pH, reduced dissolved oxygen (DO) and elevated iron and mercury concentrations as adverse impacts on aquatic life and downstream ecosystems. Her findings are based largely on the "USEPA How's My Waterway" website, which does not identify Pilgrim Foods as the likely source. This website lists multiple segments of the Souhegan River upstream of Greenville and the broader watershed as impaired for various parameters indicating broader regional water quality challenges. Continuous pH monitoring data from Neils (2013) showed brief, episodic pH depressions that quickly return to typical freshwater conditions. Ramboll's analysis of available pH data found no statistically significant variation between upstream and downstream locations surrounding Pilgrim Foods. The empirical data does not support Dr. Keteles' assertion that Pilgrim Foods is the primary driver of water quality impairments in the Unnamed Stream or Souhegan River. Dr. Keteles (2025) also speculated that low pH may have contributed to iron and mercury impairments in the Unnamed Stream but provided no data to support this claim.

The USEPA expert report also speculates that the acidic discharges into the Unnamed Stream by Pilgrim Foods has led to water quality degradation and adverse ecological impacts in Souhegan River (Keteles 2025). Dr. Keteles (2025) notes that low pH levels may adversely affect aquatic life, citing 1997 monitoring data by Bowser and Snook for the New Hampshire Department of Environmental Services (NHDES) that identified low pH at the confluence of the two water bodies. However, Ramboll's review found that these pH fluctuations are temporary and localized since acetic acid present in the discharge biodegrades rapidly, hence reducing chances of long-term acidification impacts. Furthermore, while Dr. Keteles (2025) linked the acidic discharges to fish kills and changes in fish populations, evidence supporting lasting population effects is lacking, with only two dead fish observed in 1995-96 and no data on fish populations. Overall, the evidence does not support claims of sustained water quality or biotic impacts in the Souhegan River due to Pilgrim Foods' discharges in the Unnamed Stream.

Dr. Keteles' 2025 report also concluded that the water quality of the Souhegan River was significantly degraded due to acidic discharge from Pilgrim Foods via an underground pipe flowing through a swale. Her findings relied on data from the "USEPA How's My Waterway" website and pH measurements obtained by Livingston (2023) for NHDES in May 2023, suggesting impairment due to acidity, low DO, mercury, iron, aluminum and lead. However, Ramboll's review indicates that the impacts were temporary and localized, with pH values quickly returning to higher levels due to rapid biodegradation of acetic acid. Additionally, Ramboll's data analysis found no statistically significant differences in pH values upstream and downstream of Pilgrim Foods. Other potential sources of impairment, such as discharges from the Greenville Publicly Owned Treatment Works (POTW), upstream storm drains and seasonal hydrologic variations were not considered in Dr. Keteles' (2025) report. Consequently, the

conclusion that Pilgrim Foods' discharges resulted in sustained water quality degradation remains speculative and unsupported by comprehensive data evaluation.

# 1. PURPOSE OF THIS REPORT

The purpose of this report is to review and comment on the United States Environmental Protection Agency (USEPA) expert report (Keteles 2025) that focuses on opinions related to impacts from the discharge of acidic (low pH) wastewater from Pilgrim Foods to the Souhegan River and associated watershed. This report reviews the data and conclusions offered in the USEPA expert report through an evaluation of the scientific validity and completeness of the assessment and conclusions offered.

# 2. RESPONSE TO THE KEY FINDINGS FROM THE USEPA EXPERT REPORT OF DR. KETELES (2025)

Pilgrim Foods is a mustard and vinegar manufacturing company located in Greenville, New Hampshire. This facility has entered a guilty plea pending sentencing in federal court to charges of knowingly discharging acidic waste into the Souhegan River (United States Attorney's Office for the District of New Hampshire 2025).

The USEPA expert report was prepared by Dr. Kristen Keteles, who is employed as a toxicologist by the USEPA, Office of Enforcement and Compliance Assistance, National Enforcement Investigations Center (NEIC) to assess the ecological impacts associated with the acidic wastewater discharge from Pilgrim Foods into the Souhegan River. Dr. Keteles relied solely on the existing data sources and reports to conduct the assessment and site visits were not conducted to obtain data or field observation.

As shown in the site overview provided in Figure 1, the Souhegan River is located east of Pilgrim Foods which eventually discharges into the Merrimack River. An Unnamed Stream originates to the west of the Pilgrim Foods facility, flows under the facility and subsequently converges with the Souhegan River.

This section of the report provides review comments and rebuttals on the conclusions drawn by the USEPA expert report in relation to the impacts on the Unnamed Stream and impacts to the Souhegan River from Pilgrim Foods discharges into the Unnamed Stream and directly into the river via the underground pipeline and swale. The conclusions made by Dr. Keteles (2025) rely on studies that lack statistical analysis, have limited consideration of other potential pollution sources, and speculate the magnitude and extent of impact to the Souhegan watershed. The subsections below outline the formation of Dr. Keteles' conclusions, then follow up with evidence that was not originally considered in the USEPA expert report and the implications of the findings when accounting for data gaps.




**Figure 1: Site Overview of the Pilgrim Foods facility at Greenville, New Hampshire**

## 2.1 Impacts to the Unnamed Stream from the Pilgrim Foods

The section herein discusses the conclusions drawn by the USEPA expert report paired with rebuttals on their findings on impacts to the Unnamed Stream from Pilgrim Foods to water quality and biota. The USEPA expert report (Keteles 2025) claimed that the Unnamed Stream, a tributary to the Souhegan River, immediately upstream of Pilgrim Foods, was affected by discharges from Pilgrim Foods, resulting in adverse impacts to water quality and the ecological community downstream of Pilgrim Foods discharge outfall.

### 2.1.1 Impacts to Water Quality

Dr. Keteles (2025) concluded that water quality of the Unnamed Stream was degraded due to acidic discharge from Pilgrim Foods into the Unnamed Stream. The following sources are referenced for water quality in the Unnamed Stream:

- "USEPA How's my Waterway" website which was accessed using the following web-link: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-21/2024, which provides the Waterbody Report for the Unnamed Stream to the Souhegan River 2024 (USEPA 2024a), that lists the Unnamed Stream as "*impaired due to acidity, low DO, mercury, iron and biological integrity;*" and
- Continuous pH monitoring conducted by Neils 2013 for the New Hampshire Department of Environmental Services (NHDES) from October 16 to 28 and November 19 to December 3 for sites upstream and downstream of the Pilgrim Foods facility in the Unnamed Stream, where Dr. Keteles (2025) cites "*extreme variation and episodic low pH downstream*" of the acidic wastewater discharge.

Dr. Keteles (2025) used the above sources to support her conclusions as a proxy to conducting her own site visits, data collection, or statistical analyses. Ramboll also reviewed the above sources to evaluate the findings made by Dr. Keteles (2025), applying data analysis where available, reviewing literature, and determining whether data gaps exist.

Ramboll retrieved the Waterbody Report for the Unnamed Stream from 2024 (USEPA 2024a), as well as other years reported (2014, 2016, 2018, and 2022) to review identified issues pertaining to aquatic life. The findings are consolidated in Table 1.

**Table 1: Summary of USEPA Results (Waterbody Report) for the Unnamed Stream**

| Year (Source) | Impaired Parameters | Insufficient Information* |
|---|---|---|
| 2014<br>(USEPA 2014a) | • DO<br>• DO Saturation<br>• Iron<br>• pH | • Aluminum<br>• Arsenic<br>• Benthic Macroinvertebrate Bioassessment<br>• Fish Bioassessment |
| 2016<br>(USEPA 2016a) | • DO<br>• DO Saturation<br>• Iron<br>• pH | • Aluminum<br>• Arsenic<br>• Benthic Macroinvertebrate Bioassessment<br>• Chloride<br>• Fish Bioassessment |

**Table 1: Summary of USEPA Results (Waterbody Report) for the Unnamed Stream**

| Year (Source) | Impaired Parameters | Insufficient Information* |
|---|---|---|
| 2018 (USEPA 2018a) | • DO<br>• DO Saturation<br>• Iron<br>• pH | • Aluminum<br>• Arsenic<br>• Benthic Macroinvertebrate Bioassessment<br>• Chloride<br>• Fish Bioassessment |
| 2022 (USEPA 2022a) | • DO<br>• DO Saturation<br>• Iron<br>• pH | • Aluminum<br>• Arsenic<br>• Benthic Macroinvertebrate Bioassessment<br>• Chloride<br>• Fish Bioassessment |
| 2024 (USEPA 2024a) | • DO<br>• DO Saturation<br>• Iron<br>• pH | • Alkalinity<br>• Aluminum<br>• Arsenic<br>• Benthic Macroinvertebrate Bioassessment<br>• Chloride<br>• Fish Bioassessment |

Notes:
* = The USEPA reports determined that there was insufficient data to determine impairment from the listed parameters.

While evidence supports degraded water quality of the Unnamed Stream, it is inconclusive whether all, or even the majority of, the impairments are attributed to discharges from Pilgrim Foods. The USEPA My Waterway Database, Waterbody Report for the Unnamed Stream to the Souhegan River 2024 (USEPA 2024a) specifically states that no probable sources of impairment are identified for the Souhegan River. Therefore, Dr. Keteles' (2025) statement regarding the Unnamed Stream being impaired as a result of periodic and low-level discharge from Pilgrim Foods can be considered speculative, at best, and does not support the conclusion that Pilgrim Foods has caused impairment of the Unnamed Stream, and by extension, the Souhegan River.

In fact, stretches of the Souhegan River upstream of Greenville, and across the entire watershed, are listed as impaired for various constituents, including pH (USEPA 2024b). The watershed covers an area of approximately 23,312 acres, and within the watershed exists 45 water bodies that are all listed as impaired (USEPA 2024a). Furthermore, in 2015, the NHDES published a status report on acid rain and its effects on water bodies, documenting that while air quality has improved and therefore reduced acid rain, waterbodies have shown slow recovery, although there is evidence of recovery over the past thirty years (NHDES 2015).

Continuous pH monitoring conducted by Neils (2013) at the Unnamed Stream which was cited by Dr. Keteles (2025) showed instances of pH fluctuation, as shown in Figure 2 and Figure 3. Dr. Keteles (2025) cites these fluctuations in pH as adverse to aquatic life.




**Figure 2: Continuous monitoring of pH from October 16, 2013 to October 28, 2013 on the Unnamed Stream at locations upstream (pink [04-XS1]) and downstream (blue [02-XS1) of Pilgrim Foods (figure 6, page 10 of USEPA Expert Report; Dr. Keteles 2025).**

For the monitoring conducted in October, the Figure 2 shows that following a drop in pH, the pH returns to a value typical of freshwater.




**Figure 3: Continuous monitoring of pH from November 19, 2013 to December 03, 2013 on the Unnamed Stream at locations upstream (pink [04-XS1]) and downstream (blue [02-XS-1]) of Pilgrim Foods (figure 5, page 10 of USEPA Expert Report; Dr. Keteles 2025).**

Precipitation during this time is shown in the orange line. Green asterisks show the low-pH events recorded during the continuous monitoring period.

For monitoring conducted in late November through early December 2013, Figure 3 shows that drops in pH are short-lived and return to a higher value after the discharge event. Both monitoring events reveal that sustained periods of low pH were not recorded at the site.

Data for pH was measured by Ramboll during the site visit at Pilgrim Foods (Appendix B) and collected from publicly available online databases, to acquire and consolidate pH sample data values.

- USEPA STOrage and RETrieval Dashboard is a comprehensive database for water quality, biological, and physical data collected across various organizations across the United States; the database was not referenced by Dr. Keteles 2025
- Neils 2013
- Livingston 2023
- McCann and Burns 2023 (the data from this report was not referenced by Dr. Keteles 2025)

Figure 4 and Figure 5 show where pH samples were collected across the Souhegan River watershed. Figure 4 shows the pH data collected from the samples obtained on land which is near the manhole, the discharge pipe and the swale channel. All the pH data collected for the various sampling locations for the watershed including the Unnamed Stream and the Souhegan River surrounding Pilgrim Foods is shown in Figure 5.




**Figure 4: Terrestrial Sample Locations surrounding Pilgrim Foods**




**Figure 5: Watershed Sample Locations surrounding Pilgrim Foods**

The pH data was analyzed by Ramboll to determine whether a statistically significant difference in pH values was present across the site surrounding the Pilgrim Foods facility. Specifically, Analysis of Variance (ANOVA) was conducted to determine a statistical difference in the pH values that were previously sampled at locations surrounding Pilgrim Foods, up- and downstream the permitted outfall of the Unnamed Stream; locations up- and downstream the Souhegan River; and locations onsite the facility. The results concluded that pH values upstream and downstream did not reflect a statistically significant difference based on the ANOVA. Since no meaningful difference was detected, the results support the conclusion that any pH fluctuations observed near the discharge point were localized, temporary and short in duration rather than persistent or system wide.

In the USEPA expert report (2025), Dr. Keteles also speculated that "*the discharges likely also contributed to the impairment for iron and mercury for the Unnamed Stream due to the solubility of metals in low pH*". This statement is speculative because there was no data presented by Dr. Keteles on metal concentrations for the Unnamed Stream. The absence of corresponding metal concentration data and correlation analysis between pH and metal solubility limits the strength of this conclusion. Therefore, while metal solubility is scientifically plausible, Dr. Keteles' interpretation remains speculative without empirical data demonstrating the actual mobilization of metals under the observed conditions of the Unnamed Stream.

### 2.1.2 Impacts to Biota

Dr. Keteles (2025) concluded that biota incurred adverse impacts due to low-pH discharge from Pilgrim Foods into the Unnamed Stream, referring to the following sources:

- Literature values for the optimum pH range for aquatic life (i.e., 6.5 – 9; Baker 1990, USEPA 1986, USEPA 2025a), noting that pH levels outside this range may adversely affect aquatic life;
- USEPA My Waterway Database, Waterbody Report for the Unnamed Stream to the Souhegan River 2024 (USEPA 2024a), that lists the Unnamed Stream as *"impaired due to acidity, low DO, mercury, iron and biological integrity,"* and consequently, Dr. Keteles cites this as an indicator of ecosystem health;
- Continuous monitoring conducted by Neils (2013) up- and downstream of Pilgrim Foods, from October 16 to 28 and from November 19 to December 3, where Dr. Keteles (2025) cites in the USEPA expert report: *"extreme variation and episodic low pH downstream of Pilgrim Foods is deleterious to aquatic life;"*
- Benthic deposit (periphyton) and macroinvertebrate sampling conducted by Neils (2013);
- Normandeau Associates (2022) periphyton and macroinvertebrate sampling that followed the methods used in the Neils' study for NHDES (2013); and
- Neils (2013) and Normandeau (2022) observations of sewage fungus up- and downstream of Pilgrim Foods, with a higher presence observed downstream.

Dr. Keteles (2025) relied on these sources to draw her conclusions instead of conducting her own site visits, data collection, or statistical analyses. Ramboll reviewed the same sources as Dr. Keteles to evaluate the conclusions made by analyzing available data, reviewing the literature, and identifying any data gaps.

Ramboll retrieved the USEPA Waterbody Report for the Unnamed Stream from 2024 (USEPA 2024a), as well as other years reported (2014, 2016, 2018, and 2022) to review identified issues pertaining to aquatic life. The findings are consolidated in Table 1.

While aquatic life integrity is listed as impaired for all reporting years, there is also consistent listing of insufficient information for bioassessments on benthic macroinvertebrates and fishes, among other parameters, for every reporting year. As such, not enough evidence exists in the USEPA My Waterway Database alone to characterize the level of impact (short- and long-term) on biota in the Unnamed Stream.

Continuous pH monitoring presented by Neils (2013) showed instances of pH drops in the Unnamed Stream. Based on the continuous monitoring, the USEPA expert report (Keteles 2025) noted that "*extreme variation and episodic low pH downstream of Pilgrim Foods is deleterious to aquatic life*." However, the lack of ongoing bioassessments, as noted in Table 1 above, prompts further studies and data collection to assess whether aquatic life has experienced lasting impacts from Pilgrim Foods discharges.

Dr. Keteles (2025) also references the benthic deposits sampling, conducted by Neils (2013), where view buckets were deployed to assess the frequency of occurrence of benthic fungus (interchangeably used for the term sewage fungus) deposits at locations upstream and downstream of the outfall. In 2022, Normandeau Associates also conducted benthic deposit sampling following the methods of Neils (2013), as well as selecting the same site locations. The results were based on observation of presence or absence of benthic fungus which is known to inhabit waters with higher organic material and the approximate thickness of the benthic deposit. To determine the composition of the benthic deposits, the surface film was scraped or scooped off the rocks and stored in sampling containers. These samples were microscopically examined and the taxa identified by PhycoTech Inc. The findings for occurrence of benthic fungus were similar for both sampling efforts (Neils 2013; Normandeau Associates 2022), where benthic fungus were only found downstream of the outfall. Hence, Dr. Keteles (2025) concluded that the benthic fungus which is known to inhabit waters with high organic material found downstream of the Pilgrim Foods facility is indicative that the Unnamed Stream is polluted by discharges from Pilgrim Foods. However, it should be noted that frequency of sampling could be improved to make the data obtained more representative and reliable. Two sampling events separated by nine years do not provide a strong enough body of evidence to determine how benthic fungus characterizes different reaches of the Unnamed Stream. Additionally, no statistical analysis was conducted on any of the datasets to determine whether a statistically significant difference existed upstream versus downstream.

Ramboll referenced the available benthic deposit sampling data (Neils 2013; Normandeau Associates 2022) to compare the upstream and downstream periphyton and to apply the Pollution Threshold Index (PTI) to diatoms. The presence of diatoms is an indicator of water quality (Muscio 2002); and depending on the diatoms' sensitivity to pollution, as measured by PTI, a higher PTI value for diatoms present is associated with higher water quality. Ramboll found the PTI generated using the relative abundance of species up- and downstream are similar (2.596 and 2.394, respectively). Although the PTI is slightly higher upstream, a difference of 0.202 for PTI does not make a strong enough argument that up- and downstream species composition is affected by discharge into the Unnamed Stream. As such, there is not enough evidence to conclude the extent to how water quality changes along the Unnamed Stream and how it impacts aquatic receptors.

Dr. Keteles (2025) concluded that the severe impacts to the Unnamed Stream immediately downstream of Pilgrim Foods are indicated by the presence of sewage fungus and bottom dwelling invertebrates downstream of Pilgrim Foods, including a midge larva known to be tolerant to low DO concentration, based on the biological assessment conducted by Neils (2013) and Normandeau Associates (2022). However, Neils (2013) noted that water quality testing for upstream and downstream sample locations had overall similar concentrations of DO, water temperature and pH readings. Ramboll also conducted a statistical analysis on the pH data determining whether a statistically significant difference in pH values was present across the site surrounding the Pilgrim Foods facility. Specifically, an ANOVA was conducted to determine a statistical difference in the pH values that were previously sampled at locations surrounding Pilgrim Foods, up- and downstream the permitted outfall of the Unnamed Stream; locations up- and downstream the Souhegan River; and locations onsite the facility. The results from the ANOVA concluded that pH values upstream and downstream did not reflect a statistically significant difference. Furthermore, Dr. Keteles (2025) cited Normandeau Associates' (2022) results as showing improvements to the invertebrate community, suggesting that discharges from Pilgrim Foods may not have a lasting impact on aquatic receptors.

Ramboll reviewed macroinvertebrate data collected and calculated the Ephemeroptera, Plecoptera, and Tricoptera (EPT) Index along the Unnamed Stream due to its utility for water quality in freshwater systems (USEPA 2025a, University of New Hampshire 2013; Tubić et al. 2024; Mir et al. 2021). Certain macroinvertebrate orders, like Diptera (true flies), typically exhibit tolerance to elevated pollutant levels in streams. Conversely, orders such as Ephemeroptera (mayflies), Plecoptera (stoneflies), and Tricoptera (caddisflies) are highly sensitive to various pollutants found in stream ecosystems. As such, the EPT Index assists in measuring water quality, where a higher EPT value indicates a higher water quality. Ramboll evaluated the EPT taxa up- and downstream of the outfall into the Unnamed Stream and found that the relative abundance of EPT taxa was higher downstream than upstream. Results of the relative abundance of the EPT taxa offers another contradictory result that suggests a lack of evidence to conclude the extent to how water quality changes along the Unnamed Stream and therefore reflects the lack of evidence on long-term impacts to species in the Unnamed Stream.

Although biota may have been affected during and immediately following the discharge events in the Unnamed Stream, there is currently not enough evidence collected and analyzed to determine extent and duration of impacts to aquatic receptors. In fact, Dr. Keteles (2025) mentioned that the invertebrate community did improve from 2013 to 2022. This finding paired with Ramboll's findings on PTI and EPT Indices signify that impacts to the Unnamed Stream may be less severe than characterized by the USEPA expert report (Keteles 2025).

## 2.2 Impacts to the Souhegan River from Discharges into the Unnamed Stream

The section herein discusses the conclusions drawn by the USEPA expert report paired with rebuttals on their findings on impacts to water quality and biota of the Souhegan River from Pilgrim Foods discharges into the Unnamed Stream. The USEPA expert report (Keteles 2025) claimed that the Unnamed Stream was affected by discharges from Pilgrim Foods, and upon reaching the Souhegan River, caused adverse impacts to water quality and the ecological community in the Souhegan River.

### 2.2.1 Impacts to Water Quality

Dr. Keteles (2025) concluded that the water quality of the Souhegan River was degraded due to acidic wastewater discharge from Pilgrim Foods into the Unnamed Stream. The NHDES (1997) report was used as the source of information and data in making this conclusion.

In the monitoring study by Bowser and Snook (1997) for the NHDES, pH was in the expected background levels that is 6.5 to 7.8 at all the sites except for the site located downstream of the confluence of the Unnamed Stream with the Souhegan River, where the pH was 4.7. Hence, it was determined that the low pH at the confluence was due to the Unnamed Stream which had a pH of 3.4. Furthermore, based on the monitoring survey conducted by Bowser and Snook (1997) for the 1997 Souhegan River Watershed report, the pH of the Unnamed Stream was measured to be higher upstream than downstream of Pilgrim Foods as shown in Figure 6. This was attributed to Pilgrim Foods discharging acidic wastewater into the Unnamed Stream which eventually flows into the Souhegan River.




**Figure 6: pH upstream and downstream (in the Unnamed Stream) of the manufacturing facility in Greenville, NH. (figure 9, page 12 of the USEPA Expert Report; Dr. Keteles 2025).**

Dr. Keteles (2025) used the above source to support her conclusion as a proxy to conducting her own site visits, data collection, or statistical analyses. Ramboll also reviewed the above source to evaluate the conclusions made by Dr. Keteles (2025), applying data analysis where available, reviewing literature and determining whether data gaps exist.

Upon review of this study, it is vital to note that these fluctuations in pH downstream of the Pilgrim Foods facility due to the discharge of acidic wastewater are not indicative of sustained acidification. Acetic acid which is a large component of this acidic wastewater from Pilgrim Foods, is generally considered to be readily biodegradable under both aerobic and anaerobic conditions, with microbial metabolism representing its primary removal mechanism in wastewater treatment systems (Madsen et al. 2001; Eltron Research & Development, Inc. 2017). In aerobic environments, acetic acid serves as a carbon and

energy source for microorganisms, undergoing oxidation via the Krebs (citric acid) cycle to yield carbon dioxide and water. Under anaerobic conditions, methanogenic bacteria convert acetic acid into methane and carbon dioxide. For example, Madsen et al. (2001) reported 95% degradation of acetic acid within five days under OECD 302B (Zahn-Wellens) test conditions using non-adapted activated sludge. The Zahn-Wellens test, named after the scientists Hans Zahn and Carl Wellens, is an established method for assessing the biodegradability of organic substances in wastewater treatment. Similarly, the U.S. Food and Drug Administration's Environmental Assessment for Food Contact Notification No. 1783 (Eltron Research & Development, Inc. 2017) reported 99% biodegradation after seven days under anaerobic conditions using activated sludge.

However, it is important to note that the biodegradation rates in surface waters will differ significantly and depend on several other factors such as the presence of microorganisms, seasonal variation and oxygen levels. In the study by Anderson (2007) on the potential for sediment-applied acetic acid to control *Spartina alterniflora*, the degradation rate of acetic acid in seawater was shown to depend strongly on environmental conditions. When clean seawater was used as the diluent, the half-life of acetic acid at approximately 20 °C was about 5–6 days, whereas in the presence of natural sediments, the half-life decreased dramatically to around 24 hours, suggesting that microbial activity of sediment interactions substantially accelerate acetic acid's breakdown. According to the USEPA (2008), acetic acid is readily biodegradable, indicating minimal bioaccumulation potential in aquatic organisms. The PubChem (NIH 2024) database also identifies biodegradation as the dominant environmental removal mechanism, with microbial oxidation and methanogenesis occurring efficiently under a wide range of conditions.

The USEPA expert report's referenced pH data is insufficient to draw definitive conclusions about the residual effects of acetic acid discharge on the aquatic environment. The limitations in the dataset prevent a thorough analysis of the potential impacts on both the Unnamed Stream and the Souhegan River. Additionally, any statistical validity of the data is not undertaken to support claims that the acidic discharge from Pilgrim Foods is affecting downstream water quality of the Unnamed Stream and eventually that of the Souhegan River. The rapid biodegradation of acetic acid prevents sustained or cumulative acidification. Consequently, the observed pH variations represent temporary, site-specific phenomena rather than indicators of persistent ecological impact.

### 2.2.2 Impacts to Biota

The USEPA expert report (Keteles 2025) referenced fish kills and alterations in the fish population were noticed in 1995-97 in the Souhegan River, downstream from where it merges with the Unnamed Stream, and are attributed to the low pH of acidic discharges from Pilgrim Foods (Bowser and Snook 1997). Dr. Keteles (2025) also referenced that the primary species speculated as affected were longnose and blacknose dace. The expert report (Keteles 2025) also claimed that the dace is considered less mobile relative to other species that would be able to avoid acidic plumes in the water column. Dr. Keteles (2025) speculates that the fluctuations of pH in the water column "*would prevent the recovery of the dace populations and is likely why recent fish kills were not observed in recent years*" and that acid-sensitive species may have become expatriated from the Souhegan River downstream of the Unnamed Stream.

The Souhegan Watershed Report (Bowser and Snook 1997) describes that two fish specimens were observed dead in the Souhegan River in 1995 and 1996. Based on these isolated observations alone, without any fish population studies to understand the baseline conditions and change to populations over time, it was concluded that fish populations in the Souhegan River were affected by Pilgrim Foods' effluent discharge. Based on the two dead fish, Bowser and Snook (1997) speculated that the fish kills suggested impacts to longnose and blacknose dace populations, which they noted as having restricted mobility within cobble habitats and are recognized for their sensitivity to low-pH conditions. Bowser and Snook (1997) also mentions that Atlantic salmon fry was not affected because they are a more mobile species with a higher tolerance to low pH.

A literature search on longnose and blacknose dace, and Atlantic salmon fry was conducted by Ramboll to verify findings. Current literature on Atlantic salmon fry returned limited results to support that they are tolerant to low pH. Several studies show that they are, in fact, sensitive to low pH particularly during their early life cycle as fry (Smialek et al. 2021; Lacroix 1989; Lacroix et al. 1985; Saunders et al. 1983). Findings from a lab experiment conducted by Goettel et al. (2015) revealed how dace select their migratory paths through a river system based on consistent levels of turbulence as opposed to regions of generally lower or higher turbulence conditions. Goettel et al.'s findings challenge Dr. Keteles' (2025) citing of dace having limited mobility. Furthermore, previous research on fish populations in the reach of the Souhegan River between Greenville and Milford, up- and downstream of the Pilgrim Foods, is absent. As a result, there is no evidence to support that long-term changes to fish populations were incurred due to water quality of the Unnamed Stream.

Ultimately, an observation of two dead dace specimens with no research on populations overtime does not provide enough evidence to conclude that fish populations were affected in the Souhegan River due to the Pilgrim Foods facility.

As previously described in Section 3.1.2, while biota may have been affected during and immediately after the discharge events in the Unnamed Stream, there is not enough evidence to determine the extent and duration of impacts on aquatic receptors, or even if impacts occurred. Considering Dr. Keteles' observation (2025) that the invertebrate community in the Unnamed Stream improved from 2013 to 2022, and Ramboll's findings on species composition being the same up- and downstream of the outfall into the Unnamed Stream (PTI and EPT Index values), impacts to the Unnamed Stream are less severe than characterized by the USEPA expert report (Keteles 2025).

## 2.3 Impacts to the Souhegan River from the Swale Discharges

The section herein discusses the conclusions drawn by the USEPA expert report paired with rebuttals on their findings on impacts to water quality and biota of the Souhegan River from discharges of the underground pipeline that flowed down an approximately 1,120-foot-long swale that eventually discharges into the river.

### 2.3.1 Impacts to Water Quality

Dr. Keteles (2025) concluded that water quality of the Souhegan River was degraded due to acidic discharge from Pilgrim Foods onto the swale. The following sources are referenced for water quality in the Souhegan River:

- "USEPA How's my Waterway" website which was accessed using the following web-link: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2024,

which provides the Waterbody Report for the Souhegan River – Tucker Brook to the Souhegan River 2024 (USEPA 2024c); and

- pH data obtained by the study done by NHDES (Livingston 2023) on May 19, 2023 and May 23, 2023.

Dr. Keteles (2025) used the above sources to support her conclusions as a proxy to conducting her own site visits, data collection, or statistical analyses. Ramboll also reviewed the above sources to evaluate the findings made by Dr. Keteles (2025), applying data analysis where available, reviewing literature, and determining whether data gaps exist.

The USEPA expert report by Dr. Keteles (2025) concludes that the section of the Souhegan River near Pilgrim Foods has been listed as impaired as of 2024 due to acidity, low DO, mercury, iron, aluminum and lead on the USEPA How's my Waterway website: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2024 because of the acidic discharge from Pilgrim Foods into the Souhegan River.

Ramboll retrieved the USEPA Waterbody Report for the Souhegan River – Tucker Brook from 2024 (USEPA 2024c), as well as other years reported (2014, 2016, 2018, and 2022) to review identified issues pertaining to aquatic life. The findings are consolidated in Table 2.

**Table 2: Summary of USEPA Results (Waterbody Report) for the Souhegan River – Tucker Brook**

| Year (Source) | Impaired Parameters | Insufficient Information* |
|---|---|---|
| 2014<br>(USEPA 2014b) | • Aluminum<br>• Benthic Macroinvertebrate Bioassessment<br>• Copper<br>• Iron<br>• Lead<br>• pH | • Alkalinity<br>• Ammonia, Un-Ionized<br>• DO<br>• DO Saturation<br>• Fish Bioassessment<br>• Nickel<br>• Phosphorus, Total<br>• Zinc |
| 2016<br>(USEPA 2016b) | • Aluminum<br>• Benthic Macroinvertebrate Bioassessment<br>• Copper<br>• Iron<br>• Lead<br>• pH | • Alkalinity<br>• Ammonia, Un-Ionized<br>• Arsenic<br>• Cadmium<br>• Chloride<br>• DO<br>• DO Saturation<br>• Fish Bioassessment<br>• Nickel<br>• Phosphorus, Total<br>• Selenium<br>• Turbidity<br>• Zinc |

**Table 2: Summary of USEPA Results (Waterbody Report) for the Souhegan River – Tucker Brook**

| Year (Source) | Impaired Parameters | Insufficient Information* |
|---|---|---|
| 2018<br>(USEPA 2018b) | • Aluminum<br>• Benthic Macroinvertebrate Bioassessment<br>• Copper<br>• Iron<br>• Lead<br>• pH | • Alkalinity<br>• Ammonia, Total<br>• Ammonia, Un-Ionized<br>• Arsenic<br>• Cadmium<br>• Chloride<br>• DO<br>• DO Saturation<br>• Fish Bioassessment<br>• Nickel<br>• Phosphorus, Total<br>• Selenium<br>• Turbidity<br>• Zinc |
| 2022<br>(USEPA 2022b)<br><br>**Assessed as Good:**<br>DO and DO Saturation | • Aluminum<br>• Benthic Macroinvertebrate Bioassessment<br>• Iron<br>• Lead<br>• pH<br>• Phosphorus, Total | • Alkalinity<br>• Ammonia, Total<br>• Ammonia, Un-Ionized<br>• Arsenic<br>• Cadmium<br>• Chloride<br>• Copper<br>• Fish Bioassessment<br>• Nickel<br>• Selenium<br>• Turbidity<br>• Zinc |

**Table 2: Summary of USEPA Results (Waterbody Report) for the Souhegan River – Tucker Brook**

| Year (Source) | Impaired Parameters | Insufficient Information* |
|---|---|---|
| 2024<br>(USEPA 2024c) | • Aluminum<br>• Benthic Macroinvertebrate Bioassessment<br>• Copper<br>• Iron<br>• Lead<br>• pH | • Alkalinity<br>• Ammonia, Total<br>• Ammonia, Un-Ionized<br>• Arsenic<br>• Cadmium<br>• Chloride<br>• DO<br>• DO Saturation<br>• Fish Bioassessment<br>• Nickel<br>• Phosphorus, Total<br>• Selenium<br>• Turbidity<br>• Zinc |

Notes:

* = The USEPA reports determined that there was insufficient data to determine impairment from the listed parameters.

As described in Section 3.1.1, while degraded water quality is observed, it is not reasonable to conclude that all of the impairments to the Souhegan River are attributed to discharges from Pilgrim Foods, especially since the entire watershed is listed as impaired in the USEPA My Waterway Database (USEPA 2024c).

It is also important to consider other inputs into the Souhegan River upstream of the Unnamed Stream that likely influence water quality. The Greenville Publicly Owned Treatment Works (the POTW) is located immediately upstream of Pilgrim Foods and the Unnamed Stream. Its discharge permit effective date was 1 April 2022 and expires 30 November 2026. The POTW discharges effluent comprised of metals and nonmetallic chemical elements into the Souhegan River. The POTW has exceeded its discharge limits for copper on multiple occasions with over 90 days of exceedance recorded for 2022.

Table 3 discloses information pertaining to average facility flow volume discharged per year into the river by the POTW (USEPA 2025b). The values from the database (USEPA 2025) were provided in million gallons per day (MGD), which were then converted to cubic feet per second (CFS).

**Table 3: Average POTW Facility Flow (USEPA 2025b)**

| Year | Daily Average Facility Flow (CFS) | Daily Average Facility Flow (MGD) |
|---|---|---|
| 2022 | 0.170 | 0.11 |
| 2023 | 0.170 | 0.11 |
| 2024 | 0.170 | 0.11 |
| 2025 | 0.135 | 0.087 |

Notes:

CFS = cubic feet per second

MGD = million gallons per day

The average facility flow for the POTW discharge upstream of the Unnamed Stream and Pilgrim Foods is indicative that the POTW also contributes to the addition of constituents into the Souhegan River which was not included in the discussions by Dr. Keteles (2025).

Flow rate data for the Souhegan River near Milford, New Hampshire (Open Stream Flow Database 2025), downstream of Pilgrim Foods, was derived from a database that references data collected by the United States Geological Survey (USGS) at various streamflow sites to display daily discharge, with historical average discharge, in CFS. The database does not specify the definition of historical average; although, the highest and lowest discharge value for historical average was included in Table 4 below for context on the range of flow level in the Souhegan River for each month of the year. The values from the Open Stream Flow Database (2025) database: https://openstreamflow.com/sites/nh/01093852/detail were originally provided in CFS, which were then converted to MGD.

**Table 4: Open Stream Flow Database (2025) Historical Average Flow Rates for the Souhegan River, USGS Streamflow Site #01093852**

| Month* | CFS Historical Average Range<br>Lowest Value – Highest Value | MGD Historical Average Range<br>Lowest Value – Highest Value |
|---|---|---|
| November | 158 – 263 | 102.1 – 170.0 |
| December | 227 – 520 | 146.7 – 336.1 |
| January | 184 – 417 | 118.9 – 269.5 |
| February | 163 – 422 | 105.3 – 272.7 |
| March | 246 – 622 | 159.0 – 402.0 |
| April | 267 – 572 | 172.6 – 369.7 |
| May | 148 – 395 | 95.7 – 255.3 |
| June | 84 – 147 | 54.3 – 95.0 |
| July | 74 – 173 | 47.8 – 111.8 |

**Table 4: Open Stream Flow Database (2025) Historical Average Flow Rates for the Souhegan River, USGS Streamflow Site #01093852**

| Month* | CFS Historical Average Range<br>Lowest Value – Highest Value | MGD Historical Average Range<br>Lowest Value – Highest Value |
|---|---|---|
| August | 57 – 130 | 36.8 – 84.0 |
| September | 46 – 147 | 29.7 – 95.0 |
| October | 62 – 403 | 40.1 – 260.5 |

Notes:

CFS = cubic feet per second

MGD = million gallons per day

* = The highest and lowest flow value, based on historical averages near Milford, New Hampshire (USGS Streamflow Site #01093852) were provided for each month.

Based on historical averages pulled from USGS Streamflow Site #01093852 (Open Stream Flow Database 2025), flow is generally higher during winter and spring, ranging between 148 and 622 CFS. During summer and autumn, the flow has historically ranged from 46 to 403 CFS.

The data in Table 4 (Open Stream Flow Database 2025) shows that flow rate in the Souhegan River varies considerably over time, and these fluctuations can directly influence the concentration of water quality constituents. During periods of higher flow, constituents may become diluted, resulting in lower measured concentrations, whereas lower flows may concentrate certain parameters, making them appear elevated even in the absence of a change in source loading.

Because of these hydrologic dynamics, the timing of field surveys becomes critically important. Temperature and precipitation can affect flow and consequently the representativeness of water quality samples (Wang et al. 2025). Seasonal variation may also influence the chemical and physical characteristics of the river water at the time of sampling (Hammoumi et al., 2024; Pejman et al., 2009). Therefore, interpreting water quality data must consider both the hydrologic context and the environmental conditions present during sampling, as these factors can substantially influence measured constituents in surface waters. These factors were not taken into consideration by Dr. Keteles (2025) in the discussion regarding pH fluctuations in the Unnamed Stream and Souhegan River.

Discharges into the Souhegan River exist besides discharge from the Pilgrim Foods. Various storm drains upstream of Pilgrim Foods, as well as surface runoff into the river, may contribute to the addition of constituents such wastewater, stormwater, and metals which was not discussed by Dr. Keteles (2025) that contribute to the degradation of the river and watershed.

Multiple storm drains located upstream of Pilgrim Foods site drain into the Souhegan River. This is exemplified by the photos (Figure 7 through Figure 9 and Appendix B) collected during Ramboll's site visit on October 13 showing multiple point sources to the river. The approximate locations of drains observed during the site visit are shown in Figure 1. The multiple inputs and influence of river flow variation were not considered by Dr. Keteles

(2025) in her evaluation and conclusions of impairment based only on inputs from Pilgrim Foods remains inconclusive and speculative.



**Figure 7: Storm drains along the west bank of the Souhegan River upstream of Pilgrim Foods**



**Figure 8: Storm drains along the west bank of the Souhegan River upstream of Pilgrim Foods**



**Figure 9: Storm drains along the west bank of the Souhegan River upstream of Pilgrim Foods**

Dr. Keteles (2025) also makes reference to the pH data obtained by NHDES (Livingston 2023) on May 19, 2023 and May 23, 2023 to conclude that the river pH was being influenced by the discharge from the swale. A site inspection was conducted by NHDES on May 19, 2023 following a discharge reported into the Souhegan River by NHDES river monitoring crew. Sampling was done at the three selected sites described Table 5 below. The pH values obtained after analysis of the sample at the NHDES Jody Connor Limnology Center (JCLC) is also included in Table 5.

**Table 5: pH Values for Samples Collected on May 19, 2023 by Livingston 2023**

| Site | Sample Description | Date & Time of Sampling | pH |
|---|---|---|---|
| 1A | Directly in the discharge stream. | 05/19/2023 – 1:15pm | 3.18 |
| 1B | Upstream of discharge point in the Souhegan River. | 05/19/2023 – 1:15pm | 5.34 |
| 1C | Downstream from the discharge point in the Souhegan River. | 05/19/2023 – 1:15pm | 3.34 |

A follow-up site inspection and sampling were conducted by NHDES on May 23, 2023 when the swale flow was approximately 70% lower than the sampling conducted on May 19, 2023 (Livingston 2023). The sampling sites and pH values obtained after the analysis was done by NHDES JCLC is given in Table 6.

**Table 6: pH Values for Samples Collected on May 23, 2023 by Livingston 2023**

| Site | Sample Description | Date & Time of Sampling | pH |
|---|---|---|---|
| A1 | In swale discharge | 05/23/2023- 12:00pm | 3.86 |
| A2 | Most upstream of the swale discharge in Souhegan River | 05/23/2023- 12:02pm | 6.63 |
| A3 | Downstream from the swale discharge in Souhegan River | 05/23/2023- 12:05pm | 6.70 |
| B1 | In the discharge swale | 05/23/2023- 11:52am | 4.42 |
| B2 | Upstream of the discharge swale in Souhegan River | 05/23/2023- 11:54am | 6.90 |
| B3 | Downstream from the discharge swale in Souhegan River | 05/23/2023- 11:56am | 5.58 |
| C1 | Most downstream of the discharge swale in Souhegan River | 05/23/2023- 12:09pm | 6.56 |
| D1 | In swale midway down from start of flow, side of old rail bed | 05/23/2023- 11:27am | 3.70 |
| T1 | In swale at the top of river embankment, alongside the old rail bed | 05/23/2023- 11:35am | 3.70 |

The pH values are generally low (acidic) within the swale discharge as shown in Table 5 and Table 6. This observation is consistent with the operational nature of a vinegar production facility, where acetic acid is a primary constituent of the process effluent from Pilgrim Foods. In the absence of an on-site effluent treatment system, localized acidity is anticipated. Typically, acetic acid concentrations in table vinegar range from approximately 4% to 8% while pickling vinegar formulations may contain up to 18% acetic acid (Hailu, Admassu & Jha, 2012).

Ramboll's analysis to determine whether a statistically significant difference in pH values was present across the site surrounding the Pilgrim Foods facility was done through ANOVA as discussed earlier. ANOVA was conducted to determine a statistical difference in the pH values that were previously sampled at locations surrounding Pilgrim Foods, up- and downstream the permitted outfall of the Unnamed Stream; locations up- and downstream the Souhegan River; and locations onsite the facility. The results concluded that pH values upstream and downstream did not reflect a statistically significant difference based on the ANOVA.

It is also evident from the pH data presented in Table 7 below, from the NEIC Criminal Investigation Report-Pilgrim Foods (McCann and Burns 2023) which is not referenced in the USEPA expert report that pH was only low (acidic) at the discharge site on the swale and in the manhole directly next to tank farm.

**Table 7: pH Values for Samples Collected in August, 2023 by NEIC (McCann and Burns 2023)**

| Station No. | Sample Description | Date & Time of Sampling | pH |
|---|---|---|---|
| S1 | Below head of discharge pipe in swale | August 2, 2023; 09:42 | 3.7 |
| S2 | Below head of discharge pipe in swale | August 2, 2023; 09:46 | 3.6 |
| S3 | At discharge point into Souhegan River | August 2, 2023; 10:46 | 8.0 |
| S4 | Upstream of discharge point in Souhegan River | August 2, 2023; 10:50 | 7.5 |
| S5 | Downstream of discharge point in Souhegan River | August 2, 2023; 10:53 | 7.6 |
| S6 | Just below tank farm in manhole | August 2, 2023; 11:50 | 4.8 |
| S7 | Manhole directly next to tank farm (Tank farm sump pit) | August 2, 2023; 11:57 | 3.7 |
| S8A | Manhole directly next to tank farm (Tank farm sump pit) | August 2, 2023; 12:20 | 3.7 |
| S8B | Manhole directly next to tank farm (Tank farm sump pit) | August 2, 2023; 12:22 | 3.7 |
| S8C | Manhole directly next to tank farm (Tank farm sump pit) | August 2, 2023; 12:24 | 3.8 |

Collectively, these findings confirm that the current pH data cited in the USEPA expert report by Dr. Keteles (2025) are not adequate to substantiate the persistence of acetic acid within the Souhegan River. While localized pH depressions may occur immediately following discharge events, they are short-lived and return to a higher pH value thereafter. The rapid biodegradation of acetic acid prevents sustained or cumulative acidification. Consequently, the observed pH variations represent temporary, site-specific phenomena rather than indicators of persistent ecological impact.

Additionally, Dr. Keteles (2025) speculates that the continued discharges from Pilgrim Foods could increase the solubility of mercury, iron, aluminum and lead from natural or anthropogenic sources. However, as discussed in Section 3.1.1 although this is scientifically plausible, the USEPA expert report lacks data on metal concentration and statistical analysis to provide evidence that metal solubility actually resulted from the low pH of the Souhegan River.

As described by Dr. Keteles (2025), the sampling methodology employed raises several concerns about its accuracy and reliability. One critical issue is the absence of GPS coordinates for the sampling locations. This omission makes it difficult to precisely identify the sample collection sites and assess their relevance and representativity in relation to the broader aquatic environment being studied. Accurate geolocation data is essential for replicating the study, verifying results and ensuring that the samples genuinely reflect the conditions of the targeted areas. Moreover, figure 10 of the USEPA expert report by Dr. Keteles (2025) shows that the sampling was conducted without the use of hand gloves on

May 19, 2023 by Livingston 2023 (Figure 10). This is troubling for several reasons. First, this practice compromises the integrity of the samples by increasing the risk of contamination. Proper personal protective equipment (PPE) is crucial when handling environmental samples, as it minimizes the chance of introducing foreign substances that could alter the sample's chemical composition. The lack of PPE in this context calls into question the validity of the sampling results and whether they can be considered reliable for detailed scientific analysis. Second, it exemplifies that the sampling team was not concerned with impacts of pH or other potential contaminants. This lack of concern emphasizes that even the sampling team of Livingston did not see the low-pH wastewater discharge as a physical or toxicological danger.



**Figure 10: Representative photographs of NHDES samplers collecting water samples from the discharge delta region without necessary personal protective equipment (Photographs 3 and 5 from Livingston 2023).**

### 2.3.2 Impacts to Biota

Dr. Keteles (2025) indicated that fluctuations in river pH due to changes in discharge frequency can adversely impact aquatic life. Ramboll's analysis of the Souhegan River around the swale shows that the PTI is high both upstream and downstream of the swale outfall compared to the low PTI in the discharge pipe and swale areas, suggesting that more sensitive species are present, and thus there is not enough evidence to support the river system experiences poor water quality. Additionally, as previously mentioned, Ramboll conducted an ANOVA on the pH data to determine whether a statistically significant

difference in pH values was present across the site surrounding the Pilgrim Foods facility. The results from the ANOVA concluded that pH values did not reflect a statistically significant difference across the watershed.

As such, not enough evidence exists to support that lasting effects on water quality or biota were incurred by discharges from the discharge pipe and swale outfall.

# 3. CONCLUSION

The USEPA expert report by Dr. Keteles (2025) identifies acidic wastewater discharges from Pilgrim Foods as a contributor to low pH in the Unnamed Stream, in the swale discharge and consequently in the Souhegan River. Dr. Keteles (2025) does not provide the quantitative support necessary to demonstrate sustained impacts of the discharge of low-pH wastewater to the water quality and biota of either water body or the swale. In stark contrast, Ramboll’s statistical evaluation of relevant data shows no statistically significant differences in pH between sampling locations. This indicates that any decreases in pH observed near the discharge at the Unnamed Stream and Souhegan River are not persistent over time or across the entire site. In fact, there are numerous point source discharges unrelated to Pilgrim Foods that exist along the Souhegan River including other industrial facilities, numerous storm drains, and a public wastewater treatment works facility. All of these, along with other non-point sources such as numerous roadways, contribute to the general degradation and impairment of the watershed of the Souhegan River and the Unnamed Stream. In fact, the USEPA could not conclude impairment outside of general water quality, and that was identified by the USEPA across the entire watershed.

Dr. Keteles (2025) further suggests that low pH may drive increased metal dissolution in the water column for the Unnamed Stream and the Souhegan River. While this mechanism is scientifically plausible, Dr. Keteles’ claim remains unsubstantiated in this context. No empirical data on metal concentrations or speciation analyses demonstrated that metal mobilization is occurring. Nor did Dr. Keteles establish that metal mobilization poses an ecological risk. As a result, Dr. Keteles’ opinion of long-term or cumulative adverse effects remains speculative and unsupported by the evidence.

Taken together, the available data support the conclusion that the acidic discharge from Pilgrim Foods does not demonstrate sustained environmental degradation or measurable impacts to the water quality or biota of the Unnamed Stream or Souhegan River.

# 4. LITERATURE CITED

Anderson, L. W. J. (2007). Potential for Sediment-Applied Acetic Acid for Control of Invasive Spartina alterniflora. Journal of Aquatic Plant Management, 45, 100–105. Accessed from: https://www.researchgate.net/publication/237111864_Potential_for_Sediment-Applied_Acetic_Acid_for_Control_of_Invasive_Spartina_alterniflora.

Bowser, M., Snook, H. 1997. Souhegan River Watershed Report (Final Report No. NHDES-WD-97-9). New Hampshire Department of Environmental Services Water Division

Eltron Research & Development, Inc., 2017. U.S. FDA Environmental Assessment for Food Contact Notification No. 1783 . Accessed on 11 November 2025. Accessed from: https://www.fda.gov/files/food/published/Environmental-Assessment-for-Food-Contact-Notification-No.-1783.pdf.

Goettel, M.T., Atkinson, J.F., and Bennett, S.J. 2015. Behavior of western blacknose dace in a turbulence modified flow field. Ecological Engineering, Volume 74, page 230-240. Accessed from: https://doi.org/10.1016/j.ecoleng.2014.10.012.

Hailu, S., Admassu, S., & Jha, Y. K. (2012). *Vinegar production technology – An overview. Beverage & Food World, 39*(11), 29–32. Accessed on 11 November 2025. Accessed from: https://www.researchgate.net/publication/280722745_Vinegar_Production_Technology_-_An_Overview.

Hammoumi, D., Al-Aizari, H. S., Alaraidh, I. A., Okla, M. K., Assal, M. E., Al-Aizari, A. R., Moshab, M. S., Chakiri, S., & Bejjaji, Z. (2024). Seasonal variations and assessment of surface water quality using water quality index (WQI) and principal component analysis (PCA): A case study. *Sustainability, 16*(13), 5644. Accessed on 19 November 2025. Accessed from: https://doi.org/10.3390/su16135644.

Keteles, K. 2025. Adverse Ecological Impacts due to Acidic Discharges from Pilgrim Foods Old Dutch Mustard, Greenville, New Hampshire. United States Environmental Protection Agency (USEPA) Expert Report.

Lacroix, G.L., Gordon, D.J., and Johnston, D.J., 1985. Effects of Low Environmental pH on the Survival, Growth, and ionic Composition of Post emergent Atlantic Salmon (Salmo salar). Canadian Journal of Fisheries and Aquatic Sciences, Volume 42, Number 4. 768-775. Accessed on 11 November 2025. Accessed from: https://cdnsciencepub.com/doi/abs/10.1139/f85-098.

Lacroix, G.L. 1989. Ecological and physiological responses of Atlantic salmon in acidic organic rivers of Nova Scotia, Canada. Water, Air, and Soil Pollution. Volume 46, pages 375–386. Accessed on 11 November 2025. Accessed from: https://link.springer.com/article/10.1007/BF00192871.

Livingston, R. 2023. Field Inspection Report – NHDES Watershed Bureau. NHDES Field Inspection Report, May 19, 2023 and May 23, 2023 (EMD File#: 4191). Document ID: USAONH-00001 159.

Madsen, T. et al. (2001). Environmental and Health Assessment of Substances in Household Detergents and Cosmetic Detergent Products (Miljøprojekt 615). Danish Environmental Protection Agency. Accessed from:

https://www.researchgate.net/publication/264868866_Environmental_and_Health_Assessment_of_Substances_in_Household_Detergents_and_Cosmetic_Detergent_Products.

McCann, D. and Burns, B. 2023. USEPA National Enforcement Investigations Center (NEIC) Criminal Investigation Report. Document ID: NEICRP2134R01.

Mir, Z.A., Arafat, M.Y., and Bakhtiyar, Y. 2021. Chapter 7: Benthic Macroinvertebrates as Bioindicators of Water Quality in Freshwater Bodies. Freshwater Pollution and Aquatic Ecosystems (First Edition). Apple Academic Press. 20 pages. Accessed on 1 November 2025. Accessed from: https://www.taylorfrancis.com/chapters/edit/10.1201/9781003130116-7/benthic-macroinvertebrates-bioindicators-water-quality-freshwater-bodies-zahoor-ahmad-mir-mohammad-yasir-arafat-yahya-bakhtiyar.

Muscio, C. 2002. The Diatom Pollution Tolerance Index: Assigning Tolerance Values. City of Austin – Watershed Protection & Development Review Department, Environmental Resource Management. Document ID: SR-02-02. Accessed on 11 November 2025. Accessed from: https://services.austintexas.gov/edims/document.cfm?id=186258.

Neils, D. (2013). Water quality impairment documentation in unnamed stream, Greenville, New Hampshire. New Hampshire Department of Environmental Services Watershed Management Bureau.

NHDES. 2015. Acid Rain Status and Trends Summary Sheet. Accessed on 1 November 2025. Accessed from: https://www.des.nh.gov/sites/g/files/ehbemt341/files/documents/2020-01/acidrain-report-summary.pdf.

Normandeau Associates. 2022. Unnamed Brook 2022 Environmental Monitoring Report.

Open Stream Flow Database. 2025. Souhegan River (site wlr-1) near Milford, NH. USGS Streamflow Site #01093852. Accessed on 11 November 2025. Accessed from: https://openstreamflow.com/sites/nh/01093852/detail.

Pejman, A. H., Nabi Bidhendi, G. R., Karbassi, A. R., Mehrdadi, N., & Esmaeili Bidhendi, M. (2009). Evaluation of spatial and seasonal variations in surface water quality using multivariate statistical techniques. *International Journal of Environmental Science & Technology, 6*(3), 467–476. Accessed on 19 November 2025. Accessed from: https://doi.org/10.1007/BF03326086.

PubChem. (2024). *Acetic acid ($CH_3COOH$) (CID 176)*. National Center for Biotechnology Information. Retrieved from: https://pubchem.ncbi.nlm.nih.gov/compound/Acetic-acid.

Saunders, R.L., Henderson, E.B., Harmon, P.R., Johnston, C.E., and Eales, J.G. 1983. Effects of Low Environmental pH on Smolting of Atlantic Salmon (*Salmo salar*). Canadian Journal of Fisheries and Aquatic Sciences, Volume 40, Number 8. Accessed on 11 November 2025. Accessed from: https://cdnsciencepub.com/doi/abs/10.1139/f83-137.

Smialek, N., Pander, J., Geist, J. 2021. Environmental threats and conservation implications for Atlantic salmon and brown trout during their critical freshwater phases of spawning, egg development and juvenile emergence. Fisheries Management and Ecology. 437 – 467. Accessed on 11 November 2025. Accessed from: https://onlinelibrary.wiley.com/doi/epdf/10.1111/fme.12507.

Tubić, B., Andjus, S., Zorić, K., Vasiljević, B., Jovičić, K., Čanak Atlagić, J., & Paunović, M. (2024). Aquatic Insects (Ephemeroptera, Plecoptera and Trichoptera) Metric as an Important Tool in Water Quality Assessment in Hilly and Mountain Streams. Water, 16(6), 849. Accessed from: https://doi.org/10.3390/w16060849.

United States Attorney's Office for the District of New Hampshire. (2025). *Owner of Old Dutch Mustard Co. pleads guilty to violating the Clean Water Act by polluting the Souhegan River* [Press release]. U.S. Department of Justice. Accessed from:: https://www.justice.gov/usao-nh/pr/owner-old-dutch-mustard-co-pleads-guilty-violating-clean-water-act-polluting-souhegan.

[USEPA] United States Environmental Protection Agency. 2008. Supporting Documents for Risk-Based Prioritization of High Production Volume Chemicals: Carboxylic Food Acids and Salts Category. Office of Pollution Prevention and Toxics, Washington, D.C. Accessed from: https://nepis.epa.gov/Exe/ZyNET.exe/P101AM6A.TXT?ZyActionD=ZyDocument&Client=EPA&Index=2006+Thru+2010&Docs=&Query=&Time=&EndTime=&SearchMethod=1&TocRestrict=n&Toc=&TocEntry=&QField=&QFieldYear=&QFieldMonth=&QFieldDay=&IntQFieldOp=0&ExtQFieldOp=0&XmlQuery=&File=D%3A%5Czyfiles%5CIndex%20Data%5C06thru10%5CTxt%5C00000053%5CP101AM6A.txt&User=ANONYMOUS&Password=anonymous&SortMethod=h%7C&MaximumDocuments=1&FuzzyDegree=0&ImageQuality=r75g8/r75g8/x150y150g16/i425&Display=hpfr&DefSeekPage=x&SearchBack=ZyActionL&Back=ZyActionS&BackDesc=Results%20page&MaximumPages=1&ZyEntry=1&SeekPage=x&ZyPURL

USEPA. 2014a. Waterbody Report for the Unnamed Stream to the Souhegan River. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-21/2014.

USEPA. 2014b. Waterbody Report for the Souhegan River – Tucker Brook. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2014.

USEPA. 2016a. Waterbody Report for the Unnamed Stream to the Souhegan River. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-21/2016.

USEPA. 2016b. Waterbody Report for the Souhegan River – Tucker Brook. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2016.

USEPA. 2018a. Waterbody Report for the Unnamed Stream to the Souhegan River. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-21/2018.

USEPA. 2018b. Waterbody Report for the Souhegan River – Tucker Brook. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2018.

USEPA. 2022a. Waterbody Report for the Unnamed Stream to the Souhegan River. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-21/2022.

USEPA. 2022b. Waterbody Report for the Souhegan River – Tucker Brook. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2022.

USEPA. 2024a. Waterbody Report for the Unnamed Stream to the Souhegan River. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-21/2024.

USEPA. 2024b. Waterbody Report for the Souhegan River – Furnace Brook. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060901-09/2024.

USEPA. 2024c. Waterbody Report for the Souhegan River – Tucker Brook. My Waterway Database. Accessed on: 11 November 2025. Accessed from: https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2024.

USEPA. 2025a. pH. Accessed on 1 November 2025. Accessed from: https://www.epa.gov/caddis/ph.

USEPA. 2025b. Pollutant Loading Report (Discharge Monitoring Report) 2022 – 2025. Enforcement and Compliance History Online. Accessed on 1 November 2025. Accessed from: https://echo.epa.gov/trends/loading-tool/reports/dmr-pollutant-loading?permit_id=NHG580006.

University of New Hampshire. 2013. A Key To Stream Invertebrates: Ephemeroptera, Plecoptera, Tricoptera Index. Accessed on 1 November 2025. Accessed from: https://www.cfb.unh.edu/StreamKey/html/biotic_indicators/indices/EPT.html.

Wang, Y., Wang, L., Wang, L., Li, T., Zhou, J., Guo, X., Xie, Z., Lin, S., Hong, Y., & Zhao, L. (2025). Divergent effects of temperature and precipitation on water flow into the largest lake on the Tibetan Plateau. *npj Climate and Atmospheric Science, 8*, 131. Accessed on 19 November 2025. Accessed from: https://doi.org/10.1038/s41612-025-01017-9.

# APPENDIX A
# CV OF DR. PAUL R KRAUSE

RAMBOLL

ENVIRONMENT
& HEALTH

# PAUL KRAUSE, PHD

**Principal**



Dr. Krause has over 30 years of experience in marine and aquatic ecology, toxicology, environmental impact analysis, environmental risk assessment, modeling, and regulatory permitting and negotiation. He is an internationally recognized expert in international permitting projects. His academic specialty is in marine ecology specializing in issues relating to the effects of large-scale industrial developments worldwide. His particular expertise revolves around development of multi-disciplinary teams for the management of large programs focused on marine and coastal environments. This includes development of port facilities, international impact assessments, emergency responses, decommissioning strategies, permitting, environmental studies, compliance, and agency negotiations. Dr. Krause has managed large impact and ecological assessments of marine and terrestrial receptors throughout the western United States, Gulf of Mexico, the Pacific Islands, Caribbean, Guyana, Thailand, Malaysia, Brunei, Indonesia Australia, and West Africa.


## CONTACT INFORMATION

**Paul Krause, Ph.D.**

pkrause@ramboll.com
+1 562-400-4570

Ramboll
350 S Grand Avenue
Suite 2800
Los Angeles, CA 90071
United States of America


## EDUCATION

PhD, Ecology/ University of California, Santa Barbara, CA, USA, 1993

MS, Biological Sciences, California State University, Long Beach, CA, USA, 1987

BS, Marine Biology, California State University, Long Beach, CA, USA, 1984

## CERTIFICATIONS/MEMBERSHIPS

- Sr. Professional Ecologist – Ecological Society of America
- Society of Environmental Toxicology & Chemistry (SETAC)
- Ecological Society of America (ESA)
- Society of Petroleum Engineers (SPE)
- Society of Ecological Restoration (SER)

## KEY PROJECTS

## LITIGATION AND SUPPORT SERVICES

### Expert, Impact Assessment, California

Served as litigation expert for the evaluation of physical and biological damages on a southern California beach related to ongoing development. Performed site reconnaissance, historical land and water use evaluations, biological impact assessment, and developed expert reports in preparation of court actions.

**Expert Toxicologist, Water and Sediment Contamination, California**
Served as litigation expert for the evaluation of lead contamination in Lake Tahoe. Designed multiple field sampling studies, conducted ecological risk assessment, and developed expert reports in preparation of court actions.

**Expert Marine Scientist, Pipeline Spill, California**
Supported litigation efforts related to a pipeline spill in southern California. This included evaluation of data related to ship collisions, pipeline ecological communities, organism growth and survival at offshore locations. Results of studies informed counsel to the nature and extent of direct impacts associated with anchor hits to the pipeline.

**Expert, Streambed Ecology, Colorado**
Evaluated streambed ecological impacts related to potable water release in high mountain stream in Vail, Colorado. This included review of plaintiff expert reports, evaluation of data, investigation to the potential toxicological impacts of the release. Developed a technical report for defense counsel and participated in agency negotiations on settlement.

**Expert, Deepwater Horizon Spill, Louisiana**
Served as marine science expert in evaluating impacts related to deepwater corals, nearshore oyster reefs, and fisheries following the MC252 "Deepwater Horizon" oil spill. Designed field studies, data evaluations and support to legal defense team. Additionally, evaluated multiple restoration activities and approaches for nearshore areas of Louisiana.

**Expert, Offshore Decommissioning Litigation, California**
Served as defense expert in evaluating contractual obligations, state of the science, and regulatory history for platform decommissioning obligations in the Santa Barbara Channel. Reviewed technical and regulatory documents, formulated opinion, and provided technical advice to counsel.

**Expert, Wastewater Discharge Permit Litigation, Hawaii**
Supported NPDES litigation related to permit conditions for discharges at several large municipal wastewater sites. Issues included bacteriological, toxicological, and nutrient aspects of promulgated NPDES permits issues by the State.

**Expert, Groundwater Contamination Litigation, Florida**
Served as a litigation expert for stream and bay communities contamination from chromium, PCB, and fluoride contamination from groundwater sources. Project involved development of field studies, interpretation of past studies, review and analysis of benthic ecological data, development of litigation support materials, and trial demonstrable materials.

**Expert Toxicologist, PCB Litigation, New York**
Provided litigation support services, project management, and strategic consulting. This project supported an imminent and substantial endangerment claim brought against the client. Managed trial depositions of experts, review of plaintiff's expert reports, development of defense expert reports, and publication of trial demonstratives.

**Drinking Water Litigation, California**
Supported pending litigation regarding a TMDL related to a drinking water reservoir. Activities included the design of proposed field studies, review of regulations, regulatory negotiations, and strategic consulting.

RAMBOLL

ENVIRONMENT
& HEALTH

## ECOLOGICAL RISK ASSESSMENT

### Marine Sediment Ecological Risk Assessment, California

Designed and carried out an ERA including SLERA and BERA for lead contamination in San Francisco Bay related to a shooting range where lead shot was found in marine sediments. The key receptor was diving ducks and benthic organisms. The focus of the ERA included development of cleanup goals. As part of this ERA represented the client (DOD) on the lead sediment BTAG committee.

### Soils Lead Ecological Risk Assessment, California

Designed and managed large scale ERA including SLERA and BERA under Superfund guidance for the Fort Ord shooting range in California. This study focused on areas where rifle and pistol training ranges had been used for decades. Lead and copper levels from expended ammunition were sampled in soils. Ecological receptors included burrowing owls, small mammals, various birds, reptiles, and amphibians. As part of this ERA represented the client (US Army) on the BTAG committee for risk.

### Marine Sediment Ecological Risk Assessment, California

In preparation for a property transfer, conducted the Ecological Risk Assessment using USEPA Superfund methodologies on effects of residual PCBs and metals on the terrestrial and marine communities in Humboldt Bay, CA. This included a SLERA and BERA. The BERA was focused on marine sediment biota and coastal receptors

### Mine Tailings Ecological Risk Assessment, Oregon

Conducted both SLERA and BERA level Ecological Risk Assessment on effects of mine tailings on a stream community at the Cornucopia uranium mine site in eastern Oregon. This particular site included field evaluations of tailings piles and stream bed communities. Ecological contaminants of concern included U, Pb, Cu, V, and Hg associated with the tailings. Ecological receptors included birds, bats, and aquatic species.

### Produced Water Discharge Ecological Risk Assessments, Trinidad and Tobago

Designed and conducted multiple SLERA and BERA ecological risk assessments for offshore platform discharges of produced water and other platform associated discharges. Over 12 associated risk assessment have been completed. Contaminants of concern are PAHs and metals. Marine receptors include fishes, birds, mammals, turtles, and invertebrates. Where BERA has been required, detailed food web modeling is included.

### Mercury, NORM, and Plastics Ecological Risk Assessment, Australia

Designed and conducted SLERA and BERA ecological risk assessment on pipelines and associated subsea infrastructure scheduled for decommissioning. The future looking ERA focused on sediment and water related risks. Contaminants were focused on mercury, NORM, and various plastic coatings from the pipelines. Receptors included marine fishes and benthic organisms.

### Soils Ecological Risk Assessment, Montana

Supported the development and execution of SLERA and BERA level ERAs focused on remediation areas of the Anaconda Smelter in Montana. This study included terrestrial soils, plants and organisms as receptors with emphasis on food web modeling and exposure level calculations. Contaminants were primarily metals with an emphasis on Copper.

### Decommissioning Human Health and Ecological Risk Assessment, Thailand

In anticipation of decommissioning of multiple platforms in the Gulf of Thailand, designed, managed, and developed a multi-faceted HHERA focused exclusively on mercury remaining in sediments from decades of produced water discharges. This study included fish tissue sampling, evaluation of fishing and local population centers for exposure, sediment benthic modeling, food chain modeling, and a detailed net environmental benefit analysis (NEBA).

### Soils Ecological Risk Assessment, Montana

Supported the development and execution of SLERA and BERA level ERAs focused on remediation areas of the Anaconda mine areas near the Coeur D'alene copper mine site in Idaho. Studies included terrestrial soils, plants and organisms as receptors with emphasis on food web modeling and exposure level calculations. Contaminants were primarily metals with an emphasis on Copper. The focus of the ERA was to develop cleanup level goals for remediation.

## IMPACT ASSESSMENT SERVICES

### Environmental Impact Assessment, Global

Led the evaluation of environmental impacts for establishment of global efforts related to multiple desalination facilities. This included regional IA studies in the USA, Saudi Aribia, Norway, Malta, and other venues. Studies included detailed discharge modeling, desal water quality, transmission and power needs.

### Environmental Impact Assessment, Trinidad & Tobago

Led a multi-disciplinary assessment of impacts for permitting a new port in Trinidad. This included developing ESHIA efforts, stakeholder engagement, agency interactions and development impacts ranging from air quality and climate change, biological systems, and public health and economics. The ESHIA was performed following IFC Performance Standards for the new development.

### Drilling Campaign Impact Assessment, Trinidad & Tobago

Managed the international Impact Assessment for the development of a deep water oil and gas facility offshore Angola. The ESHIA was performed following IFC Performance Standards and Equator Principals guidance. This included the establishment of environmental baseline, impact analysis, all documentation, and development of regulatory support process through the license to install phase for both the facility and associated seafloor pipeline.

### Drilling Campaign Impact Assessment, Angola

Developed ESIA for a new offshore platform group in the marine waters of Angola. This included impacts to marine receptors (e.g., fishes, mammals, turtles, invertebrates) and seabirds. Impacts from drilling, waste management, air quality, fisher communities (commercial and artisanal), and social impacts were included. Additional impacts related to onshore operations were included here. This resulted in the larges ESIA in Angola history.

### Decommissioning Impact Assessment, Thailand

Developed ESIA focused on impacts related to decommissioning of a large oil and gas field in the Gulf of Thailand. This field consisted of 7 processing platforms and over 150 wellhead platforms. The focus of this was to conform with the Thai Decommissioning Environmental Assessment (DEA) to determine ultimate impacts from platform removal.

### Permitting and Impact Analysis, California

Developed CEQA project application for decommissioning of a large coastal nuclear power plant for the project proponent. Developed all supporting CEQA studies including: Biology (marine and terrestrial); Air Quality, Water Quality; Noise (land and underwater); Traffic (marine and road); Cultural Resources; Soils and Geology; Land Use and Planning; and Restoration planning. Development of the overall project description and support for third-party EIR writers. Negations with State and Federal regulatory agencies, and development of Environmental Justice. Also developed detailed cost estimates for various Partner in Charge/Principal Ecologist

### Environmental, Social, and Health Impact Assessments, Guyana

Served as the marine science lead for several ESHIA documents for offshore and onshore oil and gas operations in Guyana. This included development of marine baseline and special studies, assessment of

impact levels, and development of mitigation measures. Projects included sea turtle and seabird tracking studies, fish and invertebrate population assessments, marine habitat and biodiversity studies. All studies were performed under ICF performance standards and Equator Principals level of detail. Projects included: Liza 1&2, Turbot, Stabroek, Ranger, and Pacora blocks. These blocks included ultradeep areas and associated infrastructure.

**Arctic Drilling Campaign Impact Assessment, Alaska**
Managed marine resources and development of components of drilling plan for resources in Alaska's Chukchi Sea. Studies included impacts of ice scour, marine noise, and drilling activities on marine mammals (cetations and pinepeds), marine fishes, and terrestrial mammals (polar bears). Marine biodiversity was established following IFC PS6 standards and the overall EIA was developed following IFC performance standards as the guiding level of analysis.

**Arctic Drilling Campaign Impact Assessment, Alaska**
Developed and led the marine impact assessment ESHIA team and served as the primary subject matter expert for the determination of impacts related to marine port development facilities in southwestern Alaska. Impacts evaluated included marine threatened and endangered species, fish and invertebrate communities, and marine habitats.

**Underwater Noise Impacts on Marine Biodiversity, Mexico**
Developed a comprehensive impact assessment methodology and supporting tools to evaluate impacts of underwater sound on marine organisms. Particular attention was placed on impacts to marine mammals. This included a detailed review of hearing physiology, physics of sound in the sea, and hearing/behavior threshold levels.

**Underwater Noise Impacts on Marine Biodiversity, California**
Developed an impact assessment and monitoring plan for impact hammer underwater sound from a coastal construction operation in the surf zone. Impacts from various sources and levels were used to determine safe distances and develop mitigation measures for marine mammals (cetations and pinnipeds) as well as sea birds.

**Underwater Noise Impacts on Marine Biodiversity, California**
Impact assessment for operational sound generated by a coastal nuclear power station. This study involved field measurements of operational sound levels along with natural background sound sources along the coastline. Data were used to develop an operational sound signature in conjunction with impacts associated with decommissioning of the facility.

**Methane Hydrate Impact, Angola**
Developed a detailed review of impacts associated with deep water methane hydrates. Study included search and review of existing peer-reviewed literature as well as agency and industry publications related to formation and hydrate properties, toxicology, and ecological impacts.

## PORT AND HARBOR MANAGEMENT

**Sediment Program Manager – Port of Long Beach, California**
Managed multi-year sediment projects including maintenance dredging, new construction dredging, and Port development projects. Supervised field studies involved in dredging and risk assessment activities related to contaminated sediment issues for the Port. Projects included serving as the program manager for the West Basin, Channel Two, Pier T, and Pier S deepening and terminal development projects. Activities included regulatory interactions, sampling plan designs, field studies, and laboratory toxicity studies.

### Sediment Program Manager – Port of Los Angeles, California
Managed sediment projects for the Port that included sediment sampling, testing, and long-term evaluations. Projects included maintenance dredging, and new construction dredging at various Port properties including municipal marinas, bulk loading terminals, and container terminals. Management tasks included development of detailed management plans for contaminated sediments, regulatory interactions, supervising field, and laboratory studies, and development of sediment action plans for sites at risk.

### US Army Corps of Engineers, San Francisco District, Los Angeles District, and Pacific Division. Program Manager
Served as the primary contact and manager for multi-year service contracts for several U.S.ACE districts. Projects included maintenance dredging projects for over 50 sites throughout California, Oregon, and Hawaii. Managed the disposal and daily operation of the largest contained disposal facility in California at the Galbraith Disposal Area in Oakland, California. Developed study designs, field sampling plans, and supervised field and laboratory activities related to permitting of ACOE projects.

### Dredging Program Manager – Port of Oakland, California
Supervised staff in regulatory interactions, sediment quality guideline development, and permitting for routine maintenance dredging and new construction projects for the Port over multiple years. Projects included sediment studies at all Port terminals, supervision of dredging activities, and disposal operations. Served as manager for field activities for the 50-foot deepening project and Middle Harbor re-development that included collection and analysis of over 250 sediment samples.

### Principal Toxicologist – Port of Portland, Oregon
Managed the ecological risk and impact assessment of the demolition of a series of salt storage tanks in the Port of Portland Terminal T4. This included site evaluations, chemical and toxicological analysis, and risk assessment to be incorporated in the impact assessment for permitting. Extensive agency interactions at the Federal, State and local level were needed prior to conclusion of the project.

### Principal Toxicologist, Georgia
Worked on a large-scale lake remediation project covering 5 water bodies. Tasks included development of sampling and analysis plans, sediment collection, analysis of chemical and physical sediment properties, negotiations with key Federal and State agencies, field supervision, and data analysis/reporting.

## BIODIVERSITY/ECOLOGY

### Coral Reef Biodiversity Assessment – US Virgin Islands
Completed a multiple reef evaluation for coral diversity and quality and health across the US Virgin Islands. This included multiple subtidal diver surveys, detailed photo quadrats, tissue sampling, and health score calculations. Each team used in the study was assigned a separate island reef complex. The health categories included bleaching, predation, density, diversity. Additionally, tissue samples were collected to measure reproductive potential and development. Each aspect of the reef health was analyzed within the context of the reef health index. The purpose of this study was to provide USVI with an initial assessment of unimpacted reef quality.

### Refinery Reef Biodiversity Evaluation, Aruba
Designed and completed a marine biodiversity assessment of reefs around the ExxonMobil refinery in Aruba. This included detailed fish, macro-invertebrate and coral surveys. Coral surveys were focused on monitoring the ecological health of the area in anticipation of a property divestment.

### Marine Habitat and Biodiversity Evaluation, Turks & Caicos

Performed an assessment of marine subtidal habitats for suitability of a Giant Conch (*Lobatus gigas*) farm in the Turks & Caicos Islands. This included evaluation of subtidal seagrass community, nearby coral reefs (including coral diversity and health index), and presence of predatory species. The evaluation was used to make decisions on the size and suitability area for development of grow out pens for Conch culture.

### Restoration and Biodiversity Plan, Indonesia

Developed restoration and biodiversity implementation plan for a large coastal restoration following remediation of a coastal oil and gas facility in Indonesia. The focus of the restoration was approximately 4 km of coastal mangroves. For this effort local NGO community was engage do planting and monitoring of the effort following implementation.

### Wetland Biodiversity Restoration, California

Designed coastal wetland restoration effort in California to offset impacts from an offshore oil and gas decommissioning project. The focus of the restoration was to re-develop the internal coastal lagoon to facilitate recruitment of important fish resources (California halibut).

### Habitat/Biodiversity Sensitivity Map, Thailand

Designed coastal habitat sensitivity map along the western shores of the Gulf of Thailand. Mapping included desktop evaluation of habitat types, species diversity, and biodiversity rankings based on species sensitivity. Following desktop analysis, field teams performed focus surveys to evaluate the rankings and to identify any additional sensitivities in the region. The result was a sensitivity map suitable for use in emergency response and planning.

### Mangrove Biodiversity Restoration Plan, Mexico

Managed the coastal restoration of a large-scale mangrove forest in Eastern Mexico. A critically endangered black mangrove forest was impacted by drilling operations and required restoration under Mexican authorities. For this area approximately 2 hectares of mangrove forest was remediated, and new plantings placed in strategic areas. This helped restore water flow and provided a more robust population of the important species.

### Biodiversity Restoration Plan, Thailand

Developed restoration and implementation plan for coastal nearshore communities including mangroves, dune plants, intertidal and subtidal resources. This included coral relocation efforts, mangrove plantings and artificial reef development. This work was done in conjunction with industry and university efforts in southern Thailand.

### Biodiversity Evaluation, Angola

Developed and led ecological evaluations of offshore resources of Angola including sediment, biota and water quality. Developed ecological resource valuations, fisheries, project alternatives, restoration potential, and current status evaluations throughout the region.

### Coral Biodiversity Restoration Plan, Brunei

Developed detailed coral restoration plan for impacts related to a subtidal blowout in Southeast Asia. Starting with detailed coral mapping of pristine and impacted reefs, specific coral species were transplanted into the impact area to develop. Long term monitoring has shown that the transplanted corals survived better than expected and the project monitoring is now ongoing with local university resources.

### Biological Baseline and Biodiversity Study, Angola

Provided technical input to the study design and field effort for developing the biological baseline of a deep water exploration field. Field samples included deep water drop cameras, water and sediment quality, and benthic resources. Specific emphasis was placed on the evaluation of the presence of chemosynthetic communities. Samples were collected at depth of over 900 m at over 17 station locations in a regional background approach.

## OIL AND GAS DECOMMISSIONING

### Plastics Assessment - Pipelines, Australia

Developed innovative laboratory and field studies to evaluate the potential of plastics used in offshore infrastructure and pipelines. Worked with laboratories to develop analyses of parent polymers, additives, and plastic residues. Developed timeline for degradation and impacts to sediment and water column organisms.

### Plastics Assessment, Concrete Gravity Structures Australia

Developed decommissioning strategy around plastic and fiberglass components on CGS platform structures. Current plans include decommissioning CGS in place and regulatory oversight required a specific impact and ecological risk evaluation of parent polymers, glass fibers, and additives. Studies included degradation rates, sedimentation studies, and ecotoxicological impacts.

### Mercury/NORM Assessment – Pipelines, Australia

Developed decommissioning strategy related to Mercury and NORM in residual pipelines slated for decommissioning in place. Developed sediment models for future mercury concentrations post-degradation of the pipelines. Also, looked at long-term pipeline degradation and burial potential along with specific ecotoxicological forward-looking risk.

### Plastics Decommissioning Strategy - Pipelines, Australia

Developed decommissioning strategy around plastic and flexible flow lines and umbilicals around leave in place options for deep water production sites. This included detailed literature reviews, plastic degradation studies and toxicological reviews.

### Decommissioning Plan, Mauritania

Developed a decommissioning plan and environmental impact assessment for marine fish populations related to the closure and dismantlement of offshore oil production and transportation facilities in the Islamic Republic of Mauritania. Developed initial environmental impacts associated with deep water decommissioning and leave-in-place options for subsea structures, lines, and associated infrastructure.

### Pipeline Decommissioning Strategy Plan, Brunei

Developed a decommissioning strategy plan for offshore and onshore decommissioning of pipelines in Brunei. This included developing detailed ecological and human health risk assessments for various decommissioning options.

### Platform Decommissioning Strategy Plan, Denmark

Performed an evaluation of decommissioning strategies from the environmental perspective for platform resources in the North Sea. Evaluations included understanding contaminated sediments and sub-sea structures related to decommissioning and abandonment activities planned.

### Decommissioning NEBA, Thailand

Developed Net Environmental Benefit Analysis models for determining effective decommissioning options for offshore assets including central processing platforms, wellhead platforms and pipelines. Efforts included developing impact assessments for air, marine, and benthic resources.

### Decommissioning Environmental Assessment, Thailand

Developed the Decommissioning Environmental Assessment (DEA) document to support the decommissioning of multiple well head, central processing, and sub-sea structures in the Gulf of Thailand. This included detailed field studies and a quantitative evaluation of decommissioning options and methods.

### Decommissioning Options Analysis, UK

Managed the evaluation of decommissioning options for the Brent Sea platforms. Environmental assessment included a review of all platform assets and life cycle status, biological resources in the North Sea, and incidence of shell mound habitats underneath platforms. Additional studies included the effects of deep water trawling on biota and long-term effects in the oil fields.

### Decommissioning Ecological Assessment, California

Managed the marine sciences and ecological risks associated with the disposition of residual shell mounds from the decommissioning of the 4H oil production platforms located in the Santa Barbara Channel. Led marine science investigations on the mounds, developed monitoring strategies, political strategy with CCC, CSLC, and other agencies, technical frameworks, and project designs for innovative studies to support the CEQA/NEPA process and develop the environmentally superior project alternative.

### Decommissioning Ecological Impact Assessment, Alaska

Provided ecological support for determining potential effects to marine resources from decommissioning activities related to potential removal of platforms within the Cook Inlet. Studies included development of baseline ecological resources, resource mapping, and data evaluations.

### Sediment Quality Objectives, California

Evaluated and developed the proposed framework for establishing sediment quality objectives for the State of California. Participated as a member of the Scientific Advisory Committee and evaluation of proposed methods for the evaluation and implementation of objectives to determine direct and indirect effects of contaminated sediments on ecological receptors.

### Toxic Hot Spot Evaluation, California

Developed the California Toxic Hot Spot review and sediment quality criteria. Provided direct support as liaison to SWRCB throughout the process. Served as member of the Scientific Steering Committee.

### Ecological Risk Assessment, California

In preparation for a property transfer, conducted the Ecological Risk Assessment on effects of residual PCBs and metals on the terrestrial and marine communities in Humboldt Bay, CA.

### Ecological Risk Assessment, Oregon

Conducted the Ecological Risk Assessment on effects of mine tailings on a stream community at the Cornucopia mine site in eastern Oregon.

### Ecological Services, California

City and County of San Francisco, Department of Public Works and the Port of San Francisco. Project Provided regulatory support, sediment study plans, field and laboratory services, and risk assessment assistance for routine maintenance dredging and development activities.

RAMBOLL

ENVIRONMENT
& HEALTH

## OTHER KEY PROJECTS

### Deepwater Toxicity Study, California

Managed the long-term study designed to detect toxicity in sediments from sunken US Navy target ships at depths of over 2000 feet. Designed field study programs, developed innovative protocols, engineered field sampling equipment, and provided laboratory support.

### Deepwater Drilling Fluid Study, California

Managed the data collection, interpretation, and statistical analysis of a long-term deep sea study of the effects of offshore discharge of drilling fluids. This study included placement of settling traps and in-situ bioassays at a depth of over 600 feet in the Santa Barbara Channel.

### Wastewater Toxicity, Texas

Analyzed spatial and temporal distributions of toxicity around a municipal-industrial wastewater discharge in Texas. Designed and led field and laboratory studies to characterize waste plumes using sediment pore-water toxicity, water chemistry, and benthic diversity data.

### Produced Water Toxicology, California

Analyzed the ecological effects of oil-related effluents. Designed and led both field and laboratory studies to investigate effects on reproduction, growth, and development of marine invertebrates from produced water discharges.

## PUBLICATIONS

- Krause, P.R., and J. Baquiran. 2023. Subtidal intake systems for deep water desalination. Keynote address presented at the 2023 CalDesal Conference, Sacramento, CA.
- Baquiran, J. and Krause, P. (2022) Important Considerations for Pharmaceutical Development and Use in Aquaculture. Aquaculture 2022 Conference, San Diego.
- Krause, P.R., and J. Baquiran. 2019. Determining environmentally superior decommissioning options for hard and flexible pipelines. Society of Petroleum Engineers, SPE Journal. 2019.
- Jagerroos, S. and P.R. Krause. 2016. Rigs-to Reefs; Impact or enhancement on marine biodiversity. Journal of Ecosystem and Ecography. 16-438.
- Krause, P.R., M. Hartley, and W. Gala. 2015. Mitigation and restoration to enhance biodiversity. Presented at the International Association of Impact Assessment conference, Florence, Italy. 2015.
- Krause, P.R. 2014. Ecological value of leave-in-place and reefing options in temperate environments: Case studies from decommissioning projects in California, U.S.A. Society of Petroleum Engineers, SPE Journal. 2014
- Krause, P.R. J. Holder, and E. Buchak. 2013. Environmental baseline studies in the IA: Form and Function. Presented at the International Association of Impact Assessment conference, Calgary, Alberta, Canada. 2013
- Krause, P.R., R. Hill, and W.R. Gala. 2012. The Ecological resources on shell mound habitats surrounding platform decommissioning sites in the Santa Barbara Channel, California, U.S.A. Society of Petroleum Engineers, SPE Journal. 2012
- Krause, P.R. 2010. A new artificial reef in Santa Barbara, California: An example of environmental enhancement from oil field decommissioning activities. Presented at the Ecological Society of America, 2010 Annual Conference, Pittsburgh, PA.
- Krause, P.R., R. W. Hill, W.R. Gala, and S. Larew. 2010. Determining the ecological value of fish resources at platform decommissioning sites using ROV and trapping techniques in the Santa Barbara Channel, U.S.A. Society of Petroleum Engineers, SPE Journal 2010.

- Krause, P.R. 2002. Ecological toxicology of produced water. Proceeding, 2002 Information Transfer Meeting, US Department of the Interior, Minerals Management Service, Gulf Coast Region.
- Raimondi, P.T., A.M. Barnett, and P.R. Krause. 1997. The effects of drilling muds on marine invertebrate larvae and adults. Env. Tox. and Chem.16(6):1218-1228.
- Krause, P.R. 1995. Spatial and temporal variability in receiving water toxicity near an oil effluent discharge site. Arch. Env. Contam. Toxicol. 29:523-529.
- Krause, P.R. 1994. Effects of produced water on gametogenesis and gamete performance in the purple sea urchin (*Strongylocentrotus purpuratus*). Env. Tox. and Chem. 13(7): 1153-1161.

# APPENDIX B
# RAMBOLL SITE VISIT REPORT

Prepared for
**Verrill Dana, LLP**

Prepared by
**Ramboll Americas Engineering Solutions, Inc.**
**Los Angeles, California**

Project Number
**1940116836**

Date
**October 2025**

# SITE VISIT REPORT

## PILGRIM FOODS, OLD DUTCH MUSTARD FACILITY GREENVILLE, NEW HAMPSHIRE

RAMBOLL

## CONTENTS


| | | Page |
|---|---|---|
| **1** | **INTRODUCTION** | **1** |
| **2** | **SITE VISIT** | **2** |
| 2.1 | pH Instruments and Calibration | 2 |
| 2.2 | Site Visit – Discharge Area | 3 |
| 2.2.1 | Groundwater Well Station | 3 |
| 2.2.2 | Old Rail Swale Upstream of Discharge | 4 |
| 2.2.3 | Point of Discharge | 4 |
| 2.2.4 | Stop #4: Swale Downstream | 5 |
| 2.2.5 | Borrow Area | 5 |
| 2.2.6 | Swale Downstream of Borrow Area | 6 |
| 2.2.7 | Top of Rail Swale | 6 |
| 2.2.8 | Downstream of Swale Split | 7 |
| 2.2.9 | Drainage Towards River | 7 |
| 2.2.10 | Steel Structure | 8 |
| 2.2.11 | Secondary Drainage Channels | 8 |
| 2.2.12 | Stream Entrance to River | 9 |
| 2.3 | Measurements of pH | 9 |
| 2.3.1 | Mushroom Bloom in Swale | 9 |
| 2.3.2 | ODM-01 pH Measurements | 10 |
| 2.3.3 | ODM-02 pH Measurements | 11 |


## TABLES


Table 1: Site Visit Locations Summary – October 13, 2025 2


## PHOTO PANELS


| | | |
|---|---|---|
| Photo Panel 1: | Groundwater Well | 3 |
| Photo Panel 2: | Old Rail Swale | 4 |
| Photo Panel 3: | Point of Discharge | 4 |
| Photo Panel 4: | Swale Downstream | 5 |
| Photo Panel 5: | Borrow Area | 5 |
| Photo Panel 6: | Swale Downstream of Borrow Area | 6 |
| Photo Panel 7: | Top of Rail Swale | 6 |
| Photo Panel 8: | Downstream of Swale Split | 7 |
| Photo Panel 9: | Drainage Towards River | 7 |
| Photo Panel 10: | Steel Structure | 8 |
| Photo Panel 11: | Secondary Drainage Channels | 8 |
| Photo Panel 12: | Stream Entrance to River | 9 |
| Photo Panel 13: | Mushrooms | 10 |
| Photo Panel 14: | ODM-01 pH Measurements. Water pH (left) recorded as 6.62 and soil pH (right) recorded as 7.40. | 10 |
| Photo Panel 15: | ODM-02 pH Measurements. Water pH (left) measured at 6.61 and soil pH (right) measured at 7.02. | 11 |

# 1 INTRODUCTION

Ramboll Americas Engineering Solutions, Inc. (Ramboll) was retained by Verrill Dana LLP in conjunction with its representation of Pilgrim Foods dba Old Dutch Mustard (ODM) to provide opinions on impacts and effects of discharges from the ODM facility in Greenville, New Hampshire.

On October 13, 2025, Ramboll conducted site visits at the ODM facility in Greenville, New Hampshire to observe and document current conditions along the site of a discharge of wastewater that contained vinegar (acetic acid). This discharge route ran along an old rail line swale and ultimately into Souhegan River through a delta. Site visit locations included the ODM facility, the point of discharge and rail swale, water course, swale delta, and river. Additionally, an unnamed stream was visited where it passed under and through the ODM facility. During the site visit water and soil pH were measured at various locations.

This after-action report summarizes the location, times, and information gathered at each site visit location. Ramboll's observations of stream conditions are described and representative photographs are included.

# 2 SITE VISIT

The following section provides a chronological overview of each stop that Ramboll visited on October 13, 2025. For each stop, date, time, GPS coordinates taken during the visit, general observations, and representative photos are provided. Detailed observations are presented in Section 2.1.

## 2.1 pH Instruments and Calibration

Water and soil pH were measured at various locations to determine residual acidity within the water course. Water pH was measured using a HANNAH HI991300 pH meter capable of measuring pH, temperature, and conductivity. A HANNAH HI99121 direct measurement soil pH instrument was used to measure soil pH and temperature. Both instruments were obtained from Palms Environmental for this event. Both instruments were calibrated following instrument instructions on the morning of October 13 using two calibration standards (pH 7.0 and pH 4.0) prior to use in the field. Geographic positions were measured using a GARMIN handheld GPS with approximately 2-3 foot accuracy.

**Table 1** provides an overview of the site visit locations.

**Table 1: Site Visit Locations Summary – October 13, 2025**

| Stop Number | Stop Name (shorthand) | Coordinates | General Location | Time Visited |
|---|---|---|---|---|
| 1 | Groundwater well station | N42º46’37.3”, W071º48’42.1” | On ODM Property | 10:50 |
| 2 | Old rail swale (upstream of discharge) | N42º46’37.5”, W071º48’47.5” | Upstream of Discharge Point | 10:57 |
| 3 | Discharge point | N42º46’39.6”, W071º48’41.6” | Discharge Point | 11:05 |
| 4 | Downstream on swale | N42º46’41.7”, W071º48’40.6” | Standing water on Swale | 11:10 |
| 5 | Borrow area | N42º46’42.3”, W071º48’39.9” | Upland borrow area from approx. 2015 | 11:16 |
| 6 | Swale | N42º46’44.0”, W071º48’38.7” | Small amt of water | 11:20 |
| 7 | Top of rail swale going downhill towards river | N42º46’45.3”, W071º48’38.0” | Swale splits to the east | 11:35 |
| 8 | Downstream of water split | N42º46’45.1”, W071º48’36.5” | Some water flowing to river | 11:40 |
| 9 | Water flowing to river | N42º46’45.2”, W071º48’33.0” | Drainage | 11:48 |
| 10 | Steel structure (old City well?) | N42º46’45.1”, W071º48’33.4” | Covered with chain link gate. | 11:52 |

| Table 1: Site Visit Locations Summary – October 13, 2025 | | | | |
|---|---|---|---|---|
| **Stop Number** | **Stop Name (shorthand)** | **Coordinates** | **General Location** | **Time Visited** |
| 11 | Secondary Channel | N42º46’45.3”, W071º48’34.3” | Main channel splits into multiple rivulets | 11:58 |
| 12 | Stream entrance to river | N42º46’45.9”, W071º48’32.9” | Drainage point into river + old City well house | 12:02 |
| 13 | Mushrooms on swale near drainage | N42º46’44.1”, W071º48’39.3” | Mushrooms | 13:01 |
| 14 | ODM-01 | N42º46’44.1”, W071º48’39.3” | pH measurements on swale | 13:03 |
| 15 | ODM-02 | N42º46’44.8”, W071º48’35.7” | pH measurements near river entrance | 13:33 |

## 2.2 Site Visit – Discharge Area

This portion of the site walk started at the top of the hill to the east of the ODM facility and continued down to the Souhegan River on October 13, 2025. It incorporated the discharge location and water course down the old rail swale to the entrance into the river. Representative photos are provided here. All photographs are included in Appendix 1.

### 2.2.1 Groundwater Well Station

**Arrival time:** 10:50 EST
**Coordinates:** N42º46’37.3”, W071º48’42.1”
**Photographs:**

- Well location on swale.
- Well location looking towards ODM facility.

**General observations:** This station shows a groundwater well location on the top of the swale.



**Photo Panel 1: Groundwater Well**

### 2.2.2 Old Rail Swale Upstream of Discharge

**Arrival time:** 10:57 EST
**Coordinates:** N42º46’37.5”, W071º48’47.5”
**Photographs:**

- Swale looking downhill towards river.
- Water in swale flowing downhill towards river.

**General observations:** Swale upstream of discharge point. Water present.



**Photo Panel 2: Old Rail Swale**

### 2.2.3 Point of Discharge

**Arrival time:** 11:05 EST
**Coordinates:** N42º46’39.6”, W071º48’41.6”
**Photographs:**

- Tree section where discharge is located under debris – looking downhill.
- Discharge point under debris – looking uphill.

**General observations:** Discharge location is buried (not observed) under woody debris. Roughly under the debris below the large tree.



**Photo Panel 3: Point of Discharge**

#### 2.2.4 Stop #4: Swale Downstream

**Arrival time:** 11:10
**Coordinates:** N42º46’41.7”, W071º48’40.6”
**Photographs:**

- Looking down swale (towards river)
- Looking east to borrow site

**General observations:** Rail swale downstream of discharge. Standing water in swale but flowing water not observed and fallen leaves across swale. Borrow site on the left in photos.



**Photo Panel 4: Swale Downstream**

#### 2.2.5 Borrow Area

**Arrival time:** 11:16
**Coordinates:** N42º46’42.3”, W071º48’39.9”
**Photographs:**

- Borrow Area from swale.
- Borrow Area from swale.

**General observations:** Borrow area where soil was excavated around 2015 to close and fill the old lagoon ponds on the facility (not shown).



**Photo Panel 5: Borrow Area**

### 2.2.6 Swale Downstream of Borrow Area

**Arrival time:** 11:20 EST
**Coordinates:** N42º46’44.0”, W071º48’38.7”
**Photographs:**

- Water in swale looking upstream towards discharge point.
- Water in swale drainage with plants – note iron staining on rocks.

**General observations:** Drainage route with noticeable iron staining on rocks and boulders.



**Photo Panel 6: Swale Downstream of Borrow Area**

### 2.2.7 Top of Rail Swale

**Arrival time:** 11:35 EST
**Coordinates:** N42º46’45.3”, W071º48’38.0”
**Photographs:**

- Swale flow split into eroded area.
- Swale flowing towards river.

**General observations:** At this location, the swale splits into two sections. The main section splits towards the river through a deeper eroded area.



**Photo Panel 7: Top of Rail Swale**

### 2.2.8 Downstream of Swale Split

**Arrival time:** 11:40 EST
**Coordinates:** N42º46’45.1”, W071º48’36.5”
**Photographs:**

- Water flowing downstream – photo looking uphill.
- Water flowing downstream towards river – photo looking uphill.

**General observations:** Drainage route through a heavily wooded area. Many dropped leaves are present in the area along with ferns and a variety of trees.



**Photo Panel 8: Downstream of Swale Split**

### 2.2.9 Drainage Towards River

**Arrival time:** 11:48 EST
**Coordinates:** N42º46’45.2”, W071º48’33.0”
**Photographs:**

- Rivulet flowing towards river.
- Rivulet split flowing towards river.

**General observations:** Water flow to the river splits into multiple rivulets forming a small delta area (i.e., swale delta).



**Photo Panel 9: Drainage Towards River**

### 2.2.10 Steel Structure

**Arrival time:** 11:52 EST
**Coordinates:** N42º46'45.1", W071º48'33.4"
**Photographs:**

- Covered structure overflowing with water.
- Water overflowing from covered structure and flowing to river.

**General observations:** Steel structure near river to the north of the drainage delta. This may be old City well. Covered with locked chain link cover and overflowing with water that mixes and flows into the river. This is approximately 10 feet from the riverbank.





**Photo Panel 10: Steel Structure**

### 2.2.11 Secondary Drainage Channels

**Arrival time:** 11:58
**Coordinates:** N42º46'45.3", W071º48'34.3"
**Photographs:**

- One of multiple small rivulets flowing to river – photo looking upstream.
- Rivulet flowing towards river – photo looking towards river.

**General observations:** Main channel splits into multiple rivulets and flows to river.





**Photo Panel 11: Secondary Drainage Channels**

### 2.2.12 Stream Entrance to River

**Arrival time:** 12:02 EST
**Coordinates:** N42º46’45.9”, W071º48’32.9”
**Photographs:**

- One of multiple small rivulets flowing to river – photo looking upstream.
- Rivulet flowing towards river – photo looking towards river.

**General observations:** Main channel and rivulets enter Souhegan River.



**Photo Panel 12: Stream Entrance to River**

## 2.3 Measurements of pH

Following full access from the discharge to the river, the swale was revisited to perform water and soil pH measurements. At a location about halfway down the swale, multiple mushrooms were observed growing near the water edge.

### 2.3.1 Mushroom Bloom in Swale

**Arrival time:** 13:01
**Coordinates:** N42º46’44.1”, W071º48’39.3”
**Photographs:**

- Overview of mushrooms along drainage approximately 50 feet downstream from discharge point.
- Detail of mushrooms.

**General observations:** Mushrooms along drainage. Same location as ODM-01 pH measurements.

Case 1:25-cr-00002-LM-TSM Document 36-21 Filed 03/30/26 Page 67 of 68





**Photo Panel 13: Mushrooms**

### 2.3.2 ODM-01 pH Measurements

**Arrival time:** 13:03
**Coordinates:** N42º46’44.1”, W071º48’39.3”
**Photographs:**

- Water pH measurement.
- Soil pH measurement.

**General observations:** Water pH and soil pH meter reading at ODM-01. Approximately 50 feet downstream from discharge.




**Photo Panel 14: ODM-01 pH Measurements. Water pH (left) recorded as 6.62 and soil pH (right) recorded as 7.40.**

### 2.3.3 ODM-02 pH Measurements

**Arrival time:** 13:33
**Coordinates:** N42º46’44.8”, W071º48’35.7”
**Photographs:**

- Water pH measurement.
- Soil pH measurement.

**General observations:** Water pH and soil pH meter reading at ODM-02. Midpoint from drainage split on swale and river.




**Photo Panel 15: ODM-02 pH Measurements. Water pH (left) measured at 6.61 and soil pH (right) measured at 7.02.**