# EXHIBIT V

Prepared for
**Verrill Dana LLP**

Prepared by
**Ramboll Americas Engineering Solutions, Inc.**
**Los Angeles, California**

Date
**December 2025**

# EXPERT OPINION REPORT OF DR. PAUL R. KRAUSE REGARDING THE IMPACT OF DISCHARGES OF ACIDIC WASTEWATER TO THE SOUHEGAN RIVER

## CASE NUMBER 1:25-CR-02-LM-AJ-01/02

RAMBOLL

## PREPARED BY

Paul R. Krause, PhD
Principal

**Ramboll Americas Engineering Solutions, Inc.**
**350 South Grand Avenue**
**Suite 2800**
**Los Angeles, California 90071**

## CONTENTS


| | | Page |
|---|---|---|
| **QUALIFICATIONS OF DR. KRAUSE** | | **1** |
| **EXECUTIVE SUMMARY** | | **2** |
| **1.** | **BACKGROUND** | **3** |
| 1.1 | Pilgrim Foods Property | 3 |
| 1.2 | Unnamed Stream at Facility | 3 |
| 1.3 | Discharge History | 9 |
| 1.4 | Site Visit | 9 |
| 1.5 | Summary of Opinions | 9 |
| 1.6 | Pilgrim Foods Facility Site Conditions | 10 |
| 1.6.1 | Old Rail Swale and Discharge Delta | 15 |
| 1.6.2 | Unnamed Stream | 15 |
| 1.7 | Acidity in the Souhegan River | 15 |
| 1.8 | Properties and Ecology of Acetic Acid (Vinegar) | 21 |
| 1.8.1 | Chemical Properties of Acetic Acid | 21 |
| 1.8.2 | Degradation of Acetic Acid | 21 |
| 1.9 | Ecology of Aquatic Periphyton | 24 |
| 1.9.1 | Periphyton Data for Swale Delta | 24 |
| 1.9.2 | Periphyton Data for the Unnamed Stream | 31 |
| 1.10 | Other Inputs and Discharges to the Unnamed Stream and Souhegan River | 38 |
| **2.** | **OPINIONS** | **39** |
| 2.1 | Opinion 1: Discharges from the Pilgrim Foods facility do not constitute an ongoing or potential long-term impact to the biota of the terrestrial habitat, or Souhegan River. | 39 |
| 2.1.1 | Opinion 1A: Exposure to low pH wastewater discharge has not contributed to ecological impacts along the drainage route from point of origin to the Souhegan River. | 39 |
| 2.1.2 | Opinion 1B: Water of the Souhegan River does not exhibit evidence of impact from low pH wastewater discharge. | 39 |
| 2.1.3 | Opinion 1C: Aquatic periphyton (plant) communities in downstream reaches of the Souhegan River did not indicate that acid discharges affected aquatic plant life downstream of the discharge point. | 40 |
| 2.2 | Opinion 2: Ecological conditions within the Souhegan River watershed including the Unnamed Stream show improvements in invertebrate community health. | 40 |
| 2.2.1 | Opinion 2A: Macroinvertebrate communities in the Unnamed Stream demonstrate improved community health. | 40 |
| 2.2.2 | Opinion 2B: Discharges from the Pilgrim Foods facility do not contribute to the presence of “sewage fungus” and degradation of water quality in the Unnamed Stream and Souhegan River. | 41 |
| 2.3 | Opinion 3: Potential discharges into the Unnamed Stream do not contribute to acidification of the Souhegan River. | 41 |
| 2.4 | Opinion 4: Based on multiple lines of evidence, the current conditions in the Souhegan River and the terrestrial swale support the conclusion that any impacts from the discharge were short-lived and are not contributing to ongoing degradation of the biota or water quality of the terrestrial or river habitats. | 42 |
| **3.** | **CONCLUSION** | **43** |
| **4.** | **LITERATURE CITED** | **44** |

## CONTENTS *(Continued)*

## FIGURES


| | | Page |
|---|---|---|
| Figure 1: | Site map showing the environment surrounding the Pilgrim Foods facility | 4 |
| Figure 2: | Storm drains along the west bank of the Souhegan River approximately 100-150 feet upstream of the Pilgrim swale delta | 5 |
| Figure 3: | Storm drains along the west bank of the Souhegan River approximately 100-150 feet upstream of the Pilgrim swale delta | 6 |
| Figure 4: | Storm drain along the west bank of the Souhegan River approximately 150-200 feet upstream of the swale delta | 7 |
| Figure 5: | Storm drain along the west bank of the Souhegan River approximately 100-150 feet upstream of the Pilgrim facility on the River | 8 |
| Figure 6: | Swale channel downhill from pipe discharge point, looking downhill | 11 |
| Figure 7: | Drainage delta entering into the Souhegan River, herbaceous plants thrive in the swale delta and river's edges (Appendix A) | 12 |
| Figure 8: | Mushrooms (common ink cap, *Coprinopsis atramentaria*) observed adjacent to the drainage (Appendix A) | 13 |
| Figure 9: | A green frog (*Lithobates clamitans*) in the swale delta draining to the Souhegan River (Taken in 2023 and provided by counsel) | 14 |
| Figure 10: | Location of all terrestrial samples collected across multiple reports | 17 |
| Figure 11: | Location of all watershed samples collected across multiple reports | 18 |
| Figure 12: | A box and whisker plot of pH measured at different locations | 20 |
| Figure 13: | Diagram showing the degradation pathways of acetic acid in the environment, from Adeleke et al. 2017 | 23 |
| Figure 14: | Map of 2023 periphyton sampling locations (Swale and Souhegan River) | 25 |
| Figure 15: | The relative abundance of periphyton phyla across different site locations relative to the swale (pipe, control, and mid sites) and Souhegan River (Souhegan up is upstream of the swale delta and Souhegan down is downstream of the swale delta). | 28 |
| Figure 16: | Dissimilarity ordination matrix plot following BCD analysis of periphyton community at five locations | 29 |
| Figure 17: | The periphyton species richness and the total density across the three swale locations | 30 |
| Figure 18: | Relative abundance of the periphyton community (phyla) collected upstream and downstream of the Unnamed Stream Outfall | 32 |
| Figure 19: | The species evenness versus species richness of periphyton upstream and downstream of the Unnamed Stream Outfall | 33 |
| Figure 20: | Macroinvertebrate community taxa found in the Unnamed Stream at locations upstream and downstream of the Pilgrim Foods facility | 36 |

## CONTENTS *(Continued)*

## APPENDICES

Appendix A: Field Visit Log Report
Appendix B: CV of Dr. Paul Krause
Appendix C: Periphyton Data

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| ANOVA | Analysis of variance |
| BCD | Bray-Curtis Dissimilarity |
| $CH_3COO^-$ | Acetate anion |
| $CH_3COOH$ | Acetic acid |
| ECHO | Enforcement and Compliance History Online |
| EPT | Ephemeroptera, Plecoptera, Trichoptera |
| $H^+$ | Hydrogen ion |
| $H_3O^+$ | Hydronium ion |
| NHDES | New Hampshire Department of Environmental Services |
| NMDS | Non-metric multidimensional scaling |
| POTW | Publicly Owned Treatment Works |
| USEPA | United States Environmental Protection Agency |

# QUALIFICATIONS OF DR. KRAUSE

I am a Principal with Ramboll, located in Los Angeles, CA. I have over 30 years of experience in the fields of aquatic and marine ecology, ecological toxicology, environmental impact analysis, ecological risk assessment, modeling, and regulatory permitting and negotiation. I earned my Ph.D. in environmental toxicology from the University of California at Santa Barbara in 1993. I was the recipient of a University of California research fellowship and a National Academy of Science postdoctoral fellowship. Currently, I manage Ramboll's Impact Assessment and Ecological Risk team in Southern California. My area of expertise is in developing impact assessments and ecological risk assessments in aquatic and marine environments for a variety of clients. Throughout my professional career, I have managed a large environmental biological testing laboratory, supported numerous ecological risk assessments, prepared discharge studies, developed and managed toxicological evaluations of waters and sediments, and led permit negotiations. I am an internationally recognized expert on ecotoxicological effects on aquatic biota and sediments from environmental contaminants.

For this project my rate at Ramboll is $490 per hour. I have been retained as an expert but have not testified in trial or by deposition in any other cases in the previous four years. My Curriculum Vitae is included as Appendix A hereto.

## MATERIALS REVIEWED AND RELIED UPON

In the development of my opinions, I relied on various sources of information along with my background as an ecotoxicologist. In addition to the literature cited in this report, the other sources of information that I reviewed and relied upon to formulate my opinion include the following:

- US Environmental Protection Agency "How's My Waterway" maps and database (https://mywaterway.epa.gov/community/010700060902/overview)
- New Hampshire Department of Environmental Services (NHDES) Field Inspection Report, May 19, 2023 and May 23, 2023 (EMD File#: 4191)
- US Environmental Protection Agency NEIC Criminal Investigation report (#NEICRP2134R01)
- Souhegan River Management Plan (NHDES-R-WD-11-15)
- Environmental sampling data
- Site photographs and data collected by NHDES and Normandeau and Associates
- Site photographs and data collected by Ramboll and counsel during October 13, 2025 site visit

# EXECUTIVE SUMMARY

I am an expert in aquatic ecology, toxicology, and environmental impact analysis with over 30 years of experience. For this report, I analyzed available data to evaluate the effect of acidic, low pH wastewater from Old Dutch Mustard Co., Inc. dba Pilgrim Foods, Inc. (Pilgrim) on the Souhegan River, New Hampshire.

Waterways in New Hampshire are monitored by the US Environmental Protection Agency (USEPA), New Hampshire Department of Environmental Services, other agencies, and citizen scientists. All reaches of state waterways are currently impaired, per the USEPA website "How's my Waterway."

This report provides opinions on several aspects of contamination of natural waterways by Pilgrim. I focus on quantitative and qualitative comparisons between upstream and downstream conditions of the waterways. My opinions are as follows:

- **Opinion 1:** Discharges from the Pilgrim Foods facility do not constitute an ongoing or potential long-term impact to the biota of the terrestrial habitat, or Souhegan River.
  - **Opinion 1A:** Exposure to low pH wastewater discharge has not contributed to ecological impacts along the drainage route from point of origin to the Souhegan River.
  - **Opinion 1B:** Water of the Souhegan River does not exhibit evidence of impact from low pH wastewater discharge.
  - **Opinion 1C:** Aquatic periphyton (plant) communities in downstream reaches of the Souhegan River and Unnamed Stream did not indicate that low pH discharges affected aquatic plant life downstream of the discharge point.
- **Opinion 2:** Ecological conditions within the Souhegan River watershed including the Unnamed Stream show improvements in invertebrate community health.
  - **Opinion 2A:** Macroinvertebrate communities in the Unnamed Stream demonstrate improved community health.
  - **Opinion 2B:** Discharges from the Pilgrim Foods facility do not contribute to the presence of "sewage fungus" and degradation of water quality in the Unnamed Stream and Souhegan River.
- **Opinion 3:** Potential discharges into the Unnamed Stream do not contribute to acidification of the Souhegan River.
- **Opinion 4:** Based on multiple lines of evidence, the current conditions in the Souhegan River and the terrestrial swale support the conclusion that any impacts from the discharge were short-lived and are not contributing to ongoing degradation of the biota or water quality of the terrestrial or river habitats.

In sum, it is my opinion that results of analysis of biological and physical data collected do not support the claim that low pH wastewater discharges from Pilgrim have impaired the Souhegan River.

# 1. BACKGROUND

The purpose of this document is to provide my opinions on potential impacts of discharges of acidic (low pH) wastewater (i.e., vinegar containing discharges) from the Pilgrim Foods facility, in Greenville, NH, on the Souhegan River.

## 1.1 Pilgrim Foods Property

Pilgrim Foods is a facility located at 68 Old Wilton Rd, Greenville NH, that manufactures vinegar (acetic acid) from ethanol feed stock. Pilgrim sits on a hill above the confluence of the Unnamed Stream (State Waterbody ID: NHRIV700060902-21) and the Souhegan River, with the southern border along the Unnamed Stream, and the eastern border along the Souhegan River (Figure 1). The map shows the location of Pilgrim Foods Facility, location of discharge from the swale delta into the Souhegan River, the Unnamed Stream Outfall, and identifies the Publicly Owned Treatment Works (POTW) upstream of the facility

There is a permitted outfall just south of the Pilgrim Foods facility, on the Unnamed Stream (Multisector General Permit, NPDES ID: NHR053086). The confluence with the Souhegan River is south of Pilgrim and downstream of the Greenville Wastewater Treatment Facility, a POTW (NPDES ID: NHG580006). Directly upstream, and to the east of the Pilgrim Foods facility, is G.W. Shaw and Son, Inc., a waste management company that provides transport for residential and commercial trash removal and septic services. Land slopes down, to the east and south of G.W. Shaw and Son, into the Souhegan River.

Acidic, low pH wastewater from Pilgrim's industrial process of vinegar manufacturing is stored in tanks and transported off-site. Periodically in 2017-2023, this low pH wastewater was discharged from a pipe on the uphill side of the property, where it flowed down an old railroad bed to the Souhegan River via swale delta.

There are industrial facilities located upstream on the Souhegan River in close proximity, including the Greenville POTW, that discharge or run-off directly into the Souhegan River. During my site visit, I also observed several old City water wells that also discharge flow to the River, upstream of Pilgrim's swale delta into the Souhegan River (Figure 2 through Figure 5).

## 1.2 Unnamed Stream at Facility

The Unnamed Stream extends south-east approximately 1.3 miles upstream of the Pilgrim Foods facility. It crosses under Old Wilton Rd., where Pilgrim's permitted outfall is located, joining the Souhegan River at a confluence downstream of the Greenville POTW. This waterbody does not contain any ESA-listed species (USEPA ECHO).

Counsel provided me with relevant historical documents about the Unnamed Stream: a report on the Souhegan River Watershed from 1997 (Bowser and Snook 1997) and a memo from David Neils, New Hampshire Department of Environmental Services (NHDES), comparing conditions around the Pilgrim Foods facility in 2013 and 2022 (Neils 2023).




**Figure 1: Site map showing the environment surrounding the Pilgrim Foods facility**



**Figure 2: Storm drains along the west bank of the Souhegan River approximately 100-150 feet upstream of the Pilgrim swale delta**

See Figure 1 for approximate locations.



**Figure 3: Storm drains along the west bank of the Souhegan River approximately 100-150 feet upstream of the Pilgrim swale delta**

See Figure 1 for approximate locations.



**Figure 4: Storm drain along the west bank of the Souhegan River approximately 150-200 feet upstream of the swale delta**

See Figure 1 for approximate locations.



**Figure 5: Storm drain along the west bank of the Souhegan River approximately 100-150 feet upstream of the Pilgrim facility on the River**

See Figure 1 for approximate locations.

## 1.3 Discharge History

Discharges from Pilgrim have occurred from two different sources. First discharges from the facility have flowed into the Unnamed Stream via an outfall managed under permit. Second, at an unpermitted location at the top of a hill above the Pilgrim Foods facility where it flowed onto an old rail swale and downhill, ultimately spreading out into a small delta (referred to here as the swale delta) before entering the Souhegan River.

Permitted discharges into the Unnamed Stream have occurred over a longer period of time. In the last 10 years, three Clean Water Act formal enforcement actions have been taken under permit NHR053086 (USEPA ECHO). Corrective actions, including an environmental management system and additional short-term pH monitoring and reporting, improved the condition of the Unnamed Stream over time, as evidenced by Neils (2023) and Opinion 2.

Periodic discharges of low pH wastewater from the Pilgrim Foods facility were released from a pipe at the top of the swale between 2017 and 2023 when it was ceased by capping the pipe at the lower end of the hill after an enforcement action from the USEPA (Keteles 2025). No discharges have occurred since the pipe that extends to the top of the hill was capped.

## 1.4 Site Visit

I visited the site on October 13, 2025, to better understand and interpret current conditions. This included walking the site, collecting surface water and soil pH measurements, and general observations. I started my reconnaissance at the discharge location at the top of the hill and followed the swale down the hill across the delta where it spread out and entered the Souhegan River through several locations. The distance from the discharge location at the top of the hill through the swale delta and to the Souhegan River is approximately 1140 feet. There is a change in elevation from the top of the hill to the River of approximately 132 feet.

More details can be found in the Site Visit Report (Appendix A).

## 1.5 Summary of Opinions

This report provides opinions on several aspects of the current conditions and potential short- and long-term impacts from the low pH acidic wastewater discharges to the property, the Unnamed Stream, and Souhegan River.

- **Opinion 1**: Discharges from the Pilgrim Foods facility do not constitute an ongoing or potential long-term impact to the biota of the terrestrial habitat, or Souhegan River.
  - **Opinion 1A:** Exposure to low pH wastewater discharge has not contributed to ecological impacts along the drainage route from point of origin to the Souhegan River.
  - **Opinion 1B**: Water of the Souhegan River does not exhibit evidence of impact from low pH wastewater discharge.
  - **Opinion 1C:** Aquatic periphyton (plant) communities in downstream reaches of the Souhegan River and Unnamed Stream did not indicate that low pH discharges affected aquatic plant life downstream of the discharge point.

- **Opinion 2:** Ecological conditions within the Souhegan River watershed including the Unnamed Stream show improvements in invertebrate community health.
  - **Opinion 2A:** Macroinvertebrate communities in the Unnamed Stream demonstrate improved community health.
  - **Opinion 2B**: Discharges from the Pilgrim Foods facility do not contribute to the presence of "sewage fungus" and degradation of water quality in the Unnamed Stream and Souhegan River.
- **Opinion 3:** Potential discharges into the Unnamed Stream do not contribute to acidification of the Souhegan River.
- **Opinion 4:** Based on multiple lines of evidence, the current conditions in the Souhegan River and the terrestrial swale support the conclusion that any impacts from the discharge were short-lived and are not contributing to ongoing degradation of the biota or water quality of the terrestrial or river habitats.

### 1.6 Pilgrim Foods Facility Site Conditions

On October 13, 2025, I conducted a site visit to review the condition of the Pilgrim Foods facility (Appendix B). I collected water and soil pH measurements to evaluate abiotic conditions of the environment around this discharge point. I also observed the general health of the terrestrial ecosystem. If acidic discharge presented a long-term, or residual harm to the environment, I would expect the terrestrial biota to be affected. I particularly focused on the swale in the abandoned railroad bed that leads from the pipe at the top of the hill where the discharges occurred (Figure 6) down to the delta and into the Souhegan River (Figure 7). I also walked the grounds of the entire Pilgrim Foods facility including the Unnamed Stream.

Along the swale, I observed what appeared to be healthy plants and trees, none dying due to acid exposure. In particular, mushrooms were observed on site and are a sign of a healthy ecosystem (Figure 8). The observed mushrooms, the common ink cap (*Coprinopsis atramentaria)* are simply the fruiting bodies (i.e., reproductive body) of a vast underground network of hyphae (i.e., the main body of the fungi). Mushrooms are effective as bioindicators since they are highly sensitive to environmental conditions (Warnasuriya et al. 2023) and do not grow well in acidic conditions. Fungi are key constituents in below-ground energy flow and nutrient cycling, and their presence indicates ongoing healthy ecological processes of degradation.

Further, a photograph provided by counsel (collected in August 2023) indicates the presence of amphibians. In this case the animal observed was a green frog (*Lithobates clamitans*) seen near the swale delta on the Souhegan River (Figure 9). Frogs are particularly sensitive to aquatic toxins and, like mushrooms, are used as biological indicators of a healthy ecological environment. Such biological indicators are species whose presence and condition correlate with the health of other species (such as vegetation) and abiotic characteristics in a particular habitat (such as water quality). Biological indicator species allow us to use their presence as a representative for the quality and health of an environment (Barbour et al. 1999).




**Figure 6: Swale channel downhill from pipe discharge point, looking downhill**

Note healthy trees, with deciduous tree leaves changing from green (Appendix A).



**Figure 7: Drainage delta entering into the Souhegan River, herbaceous plants thrive in the swale delta and river's edges (Appendix A)**



**Figure 8: Mushrooms (common ink cap, *Coprinopsis atramentaria*) observed adjacent to the drainage (Appendix A)**



**Figure 9: A green frog (*Lithobates clamitans*) in the swale delta draining to the Souhegan River (Taken in 2023 and provided by counsel)**

### 1.6.1 Old Rail Swale and Discharge Delta

From 2017-2023, a pipe and pump intermittently transported low pH wastewater underground from the Pilgrim Foods facility uphill where it was released onto the swale and flowed down slope towards the River. The terminal pipe end (i.e., release point) is buried under forest debris at the top of the hill. At the top of the swale is a groundwater monitoring well. The buried discharge pipe is capped (as of 2023) at the lower (i.e., downhill) end. The swale extends from the top of the hill down an abandoned railroad bed and is the principal path of water flow. The swale is approximately 1140 feet in length and descends approximately 132 feet from the top of the hill to the River. Water flows down the swale and spreads out like a delta with multiple small entry areas into the Souhegan River (Figure 1). It does not drain into the River as a point-source discharge.

### 1.6.2 Unnamed Stream

The Unnamed Stream extends south-east approximately 1.3 miles upstream of the Pilgrim Foods facility. While discharges into the Unnamed Stream have been implicated in previous water quality impacts reviews including Bowser and Snook (1997); Neils (2013); and Normandeau (2022). These reports assessed the Unnamed Stream over time and report explicitly to the improvement in water quality. For instance, enforcement actions in the late 1990s revealed a cracked pipe leading to the permitted outfall; after repairs were completed, "*improvements [were] observed in the water quality of the stream*" (Bowser and Snook 1997). Neils (2023) reported that between 2013 and 2022, invertebrate community conditions had improved, the presence of sewage fungus had decreased (though see Section 1.9.2.1 for critique of this analysis), and the thickness of benthic deposits had decreased: all cited as signs of improvement.

## 1.7 Acidity in the Souhegan River

The headwaters of the Souhegan River are in New Ipswich, NH, and it flows just over 30 miles northeast, largely through rural towns, agriculture, and woodlands, to join the Merrimack River in Merrimack, NH.

To assess the health of the river near the Pilgrim Foods facility, Ramboll evaluated pH data samples collected over a number of dates and locations. The pH is an indicator of the level of acidity in water and ranges from 0 (highly acidic) to 14 (highly alkaline), with 7 being neutral. Most aquatic organisms can thrive in a range of pH levels, but many are not able to tolerate extremely acidic (e.g., lower than pH 5) or extremely alkaline (e.g., higher than pH 10) conditions. If aquatic organisms in the Souhegan River have been impaired by acidic low pH wastewater, pH samples in the River downstream of the swale should not only be low, but low relative to other pH samples collected in the watershed.

To evaluate differences in pH across sampling sites, pH data were pooled together from across years. A summary of terrestrial pH samples (i.e., along the swale) are provided in Figure 10 and watershed samples (i.e., in the Unnamed Stream and Souhegan River) in Figure 11. Additional pH data were pooled from the 2025 New Hampshire River Trend Report (Buonpane et al. 2025). To evaluate parts of the Souhegan River upstream of Pilgrim Foods facility all upstream river sample sites were defined as "Upstream Pilgrim Foods facility in Souhegan River" in the analysis. The section of the Unnamed Stream that flows above of the Unnamed Stream Outfall is referred to as "Upstream Unnamed Stream Outfall". The section of the Unnamed Stream that flows below the Unnamed Stream Outfall is referred to as

"Downstream Unnamed Stream Outfall". The section of the Souhegan River that flows upstream of the swale delta is referred to as "Upstream Swale Delta". Collections made along the swale and at the facility are referred to as "Swale" and "Manhole", respectively. The section of the Souhegan River that flows downstream of the swale delta is referred to as "Downstream Swale Delta".

After all pH data were pooled, Ramboll ran a one-way analysis of variance (ANOVA) to determine if there were statistical differences of pH across various sections of the Souhegan River, the Unnamed Stream and swale delta. Following the ANOVA, a Tukey post-hoc test was used to determine which specific pairs of the samples were significantly different from each other. Note that information about individual dates from the pH data can be found in Figure 10 and Figure 11.




**Figure 10: Location of all terrestrial samples collected across multiple reports**




**Figure 11: Location of all watershed samples collected across multiple reports**

To understand all pH values in context, Ramboll used a statistical test to determine whether pH values were different from each other, in these varied locations. Results from this test are shown in Figure 12 and indicate that pH did not statistically differ across locations in the Souhegan River watershed including the Unnamed Stream and Souhegan River (the blue values shown in Figure 12). This lack of statistical difference is notable given that the effluent in the swale (not in the River) is of low pH (range from 3.5 – 5.5). This indicates that, in general the pH levels upstream and downstream in both the Unnamed Stream and Souhegan River are similar and within a normal range for aquatic life. In contrast the pH data show that the levels found along the swale were not different from those measured in the wastewater cistern (manhole) at the Pilgrim Foods facility. This is not surprising as the cistern was the source of the low pH water discharged to the swale. Furthermore, this analysis shows that while the swale was subject to low pH discharges, the Unnamed Stream and Souhegan River were not impacted by the releases.




**Figure 12: A box and whisker plot of pH measured at different locations**

The boxes (blue and yellow) represent the 75th percentile and 25th percentile of the pH range. The middle of the box (thick black line) is the median. All individual pH values are represented as either blue circles or yellow triangles, depending on location. Locations with the same letter (a or b) are areas where pH samples were not statistically different from each other.

## 1.8 Properties and Ecology of Acetic Acid (Vinegar)

Unlike strong acids like hydrochloric acid and sulfuric acid, acetic acid ($CH_3COOH$) is considered a weak organic acid by chemists. This means that the molecule readily dissociates in water solution to form a hydrogen ion ($H^+$) and the acetate anion ($CH_3COO^-$). Acetic acid rapidly degrades under natural conditions (i.e., biodegrades) where it serves as an energy source (i.e., food) for the microbial community. It also physically degrades through photodegradation when exposed to sunlight. Because of this efficient breakdown, acetic acid is not a chemical that will bioaccumulate (i.e., become concentrated) in the tissues of organisms or persist over the long term in the environment.

It is the acetic acid in vinegar that provides the "bite" when used in foods. Typically, acetic acid concentrations in table vinegar range from approximately 4% to 8% while pickling vinegar formulations may contain up to 18% acetic acid (Hailu, Admassu & Jha, 2012). As a waste product from vinegar production, the effluent is expected to be even more dilute.

### 1.8.1 Chemical Properties of Acetic Acid

In the presence of water molecules, acetic acid will donate a hydrogen ion ($H^+$), which will become associated with a water molecule to form a hydronium ion ($H_3O^+$) and the unstable acetate ion ($CH_3COO^-$). The unstable acetate ion readily recombines with hydronium ion to produce acetic acid and water. The instability of the acetate ion makes it such that the chemical reaction is in dynamic equilibrium, in which both chemicals (acetic acid and water) and products (hydronium ion and acetate ion) occur simultaneously in the forward and reverse state (Bishop 2008). This property, especially in vinegar, allows it to be used in food preparations. This is in sharp contrast with strong acids that readily dissociate and do not reform, resulting in extremely reactive solutions. For example, hydrochloric acid is the typical strong acid used in swimming pools to kill bacteria and algae. Acetic acid, as vinegar, is used in food preparations as a preservative when sealed away from air, and directly on foods because of that rapid equilibrium with water.

### 1.8.2 Degradation of Acetic Acid

Acetic acid is readily biodegradable: under aerobic conditions (i.e., in the presence of oxygen) it serves as a preferred substrate for microorganisms as a food source; under anaerobic conditions (i.e., in the absence of oxygen) it is consumed by other bacteria such as denitrifiers, iron- and sulfate-reducers, and methanogens, leading to short environmental half-lives. In other words, the acetic acid will be degraded and broken down through metabolic processes through both aerobic and anaerobic conditions. In surface waters, direct photolysis through sunlight exposure is negligible relative to rapid microbial uptake; the predominance of the acetate ion limits volatilization into the atmosphere and partitioning to organic matter. In groundwater, low sorption maintains mobility, but biodegradation under both oxic and anoxic conditions typically prevents persistence.

Though acetic acid is noted by Neils (2023) as being present in all samples from the Unnamed Stream analyzed in the Normandeau (2022) report, acetic acid is readily biodegradable and highly water-soluble organic acid that is not expected to bioaccumulate or persist in either surface water or groundwater. In fact, acetic acid is readily assimilated into the environment by plants and microorganisms in the soil solution and water and contributes to biological functions and processes (Adeleke et al, 2017; Figure 13).

Overall, acetic acid is a weak organic acid that breaks down quickly in the environment and does not persist for long periods. In soils and sediments with high organic matter, the microbial activity is greater which accelerates the biodegradation of acetic acid. These microbes readily use acetic acid as a carbon source, converting it into carbon dioxide and water under aerobic conditions. Even in anaerobic environments, certain bacteria continue to use and break down acetic acid, further reducing its persistence. Because acetic acid is highly soluble and easily utilized by microorganisms, acetic acid does not accumulate in soil, sediments, surface water or groundwater. Instead, the presence of organic matter supports rapid microbial degradation, giving acetic acid a very short environmental lifespan and therefore preventing sustained acidification of surface and groundwater.




**Figure 13: Diagram showing the degradation pathways of acetic acid in the environment, from Adeleke et al. 2017**

## 1.9 Ecology of Aquatic Periphyton

Periphyton is a term that includes algae, bacteria, and microbes that tend to aggregate on rocks and cobble substrates in aquatic environments. Notably, species included in the term "periphyton" come from several phyla (high level organismal classification) that have different life histories, ecological function, and tolerance to biotic and abiotic factors (Barbour et al. 1999). Inferences about the quality of water can be made based on the types of species that are present in the watershed and the composition of species located in different areas. We would expect to see different species in the terrestrial swale and the watershed, however, we would expect to see similar species across the watershed, notably up- and downstream of the swale delta in the Souhegan River.

### 1.9.1 Periphyton Data for Swale Delta

The periphyton community at the swale delta and terrestrial swale was evaluated using samples collected on October 12, 2023 by a consultant hired by defense counsel (Figure 14) and provided to Ramboll (see Appendix C). Samples were collected along various sections of the swale, and upstream and downstream of the swale delta in the Souhegan River. Samples collected at the "Pipe" refers to the area of the buried discharge point at the top of the swale that discharged low pH wastewater onto the swale. Samples labeled as "Control" refers to the top of the swale, near the discharge point but outside of the influence of the released low pH wastewater. Samples labeled as "Mid" were collected in the middle of the swale water channel downhill from the release point. "Souhegan up" and "Souhegan down" refer to samples collected in the Souhegan River at locations upstream and downstream of the swale delta into the Souhegan River (Figure 14).




**Figure 14: Map of 2023 periphyton sampling locations (Swale and Souhegan River)**

Periphyton collection data is included in Appendix C.

*Source: Provided by counsel.*

First, to evaluate the samples collected from the different sites (Pipe, Mid, Souhegan up and Souhegan down) the similarity of the ecological community (as indicated by the relative abundance and number of species or phyla) was examined statistically using a Bray-Curtis Dissimilarity (BCD) matrix and non-metric multidimensional scaling (NMDS).

A BCD analysis quantifies the differences in periphyton populations (i.e., the type of species or phyla, "what kind?", and the composition of species or phyla, "how many?") between two different sites. This calculation quantifies how different two sites are from each other. Because there are five sites in this data set, Ramboll calculated the BCD matrix, which is a matrix that pairs each site with each other to compare how dissimilar the composition of species or phyla are within each site. Because the types of organisms ("what kind?") are known, and the abundance ("how many?"), we can use the BCD to measure the differences in and between locations The resulting matrix can is best referred to as a distance matrix that measures how dissimilar (or similar) different sites are from each other. The closer the distance two sites are to each other, the closer the similarity that species composition is within those two sites. The further the distances the two sites are from one another, then the more dissimilar the species composition is.

Once a BCD matrix (distance matrix) is created, it can be visualized using an NMDS plot (i.e., map or graph), which visualizes the quantitative spread of the composition at all sites. An NMDS is a distance-based ordination technique that is used to measure how similar or different site locations are with respect to the types of organisms that are present and their abundance present. The axes on an NMDS plot are arbitrary dimensions. They are unitless but reflect the relative distance between locations. The location of the points on the plot reflect the dissimilarity in a given data set.

In this analysis, the relative abundance of phyla infers the composition of an organism relative to the total number of organisms in a given site. We would expect the relative abundance of organisms to have similar phyla composition (i.e., similar proportions) up- and downstream of the swale delta (Souhegan up and Souhegan down, respectively) because these are the same type of habitats, both found within the watershed along the same river stretch. We would expect the terrestrial environment to have some similar but variable phyla composition because the Pipe location is a different substrate to the Control location and the Control sampling site was located outside of the influence of the discharge from the Pipe, and the Mid location is even further downhill on the swale channel.

Results of the analysis of population composition are shown in Figure 15. Periphyton phyla at the Souhegan up and Souhegan down locations were most similar to each other and were very different from the terrestrial swale samples at Pipe, Control, and Mid locations. These results are not surprising in that the types of species that compose the environment in the terrestrial sites are expected to be different than that of the types of species that compose the environment in the river sites because these are very different habitats. The river sites contain similar phyla composition, which demonstrate that the low pH discharge from the swale delta did not cause impacts to the ecological composition of periphyton in the Souhegan River.

Figure 16 shows the results of the BCD matrix analysis. Here it is seen that river locations Souhegan up and Souhegan down contain similar composition of species and species abundance. The swale sites Pipe, Control, and Mid are all different from each other, and are also different from the river samples (Souhegan up and Souhegan down). There is no difference in the species composition in the Souhegan River up- and downstream of the swale delta. This result demonstrates that the low pH discharge from the swale delta did not cause impacts to the Souhegan River. Had the discharge caused impacts then it would have been expected that there would be fundamental differences in composition of periphyton communities between upstream and downstream of the delta.

Species richness is defined as the number of species in a community, and the total density is the total number of individuals per unit area (in this case, number of individuals per centimeter squared). Ecological community health can be characterized by evaluating the species richness and how the overall number of individuals are distributed between species. This is known as the “evenness”. High values for both species richness and evenness are indicators of a highly diverse and healthy community (Barbour et al. 1999).

Figure 17, shows that species richness and total density both increased greatly from the discharge origin (Pipe location), downslope towards the river (Mid location). A lower species richness and total density are to be expected at the Pipe location because of the low pH wastewater released at this site. What is surprising is that the species richness and density is higher at the Control location very near, but just outside, the influence of the Pipe location. This shows that the influence of the discharge of low pH water was very localized and did not extend greatly. This is further supported by the species density and richness at the Mid location which was more than double that found at the release point and the highest along the swale. This demonstrates that even within the swale channel, there are no long-term or wide spread impacts to the periphyton community caused by the low pH discharged water.

Overall, these results demonstrate that the release of low pH wastewater onto the swale did not cause impairment to the ecological community along the swale or within the Souhegan River. Although low pH wastewater was released periodically from the buried pipe, the results of this analysis demonstrate clearly that it did not impact the Souhegan River. The types of species and species composition are similar upstream and downstream of the Souhegan River with respect to the swale delta and the community is ample within the watershed.




**Figure 15: The relative abundance of periphyton phyla across different site locations relative to the swale (pipe, control, and mid sites) and Souhegan River (Souhegan up is upstream of the swale delta and Souhegan down is downstream of the swale delta).**

Note that specific phyla (e.g., Charophyta, and Euglenophyta) are less than 0.01% and are not visible in the figure.




**Figure 16: Dissimilarity ordination matrix plot following BCD analysis of periphyton community at five locations**

The swale sites are “control”, “mid”, and “pipe” and the river sites are “Souhegan down” and “Souhegan up”. The x- and y-axes (Distance 1 and Distance 2) are unitless and reflect the relative dissimilarity between sites. The red box highlights the proximity of the two dots Souhegan down and Souhegan up which are most similar to each other.




**Figure 17: The periphyton species richness and the total density across the three swale locations**

### 1.9.2 Periphyton Data for the Unnamed Stream

A similar analysis was done for periphyton species collected downstream of the Unnamed Stream from data reported in Neils (2023). The relative abundance of the periphyton phyla were evaluated to determine the qualitative differences between upstream and downstream of the Unnamed Stream Outfall. The species richness and species evenness were also evaluated to evaluate the periphyton community composition upstream and downstream of the Unnamed Stream Outfall.

The relative abundance of periphyton phyla, as an indication of composition of the community, is shown in Figure 18 and qualitatively similar between upstream and downstream sampling locations of the Unnamed Stream. Because the periphyton community is so similar upstream and downstream of the Unnamed Stream Outfall, influences to the periphyton community cannot be attributed to Pilgrim Foods facility. If the facility discharges were influencing the community health of the Unnamed Stream it would be expected that fundamental differences in the community make up would exist, and they do not.

Species richness is the number of species in a community and species evenness is the distribution of the abundance of species in a community. Species richness and species evenness are measurements of community health in that a high value for both indicates a highly biodiverse and balanced community (Pyron 2010). Both upstream and downstream periphyton communities in the Unnamed Stream show similar evenness and richness when compared to each other (Figure 19). This further shows that the influence of the Pilgrim Foods facility is not impacting the periphyton community health within the Unnamed Stream.

Because the phyla composition and the species richness and species evenness are so similar, these results suggest no detectable long-term change in community structure and health in the Unnamed Stream. Both upstream and downstream reaches experience similar environmental conditions and habitat quality. Therefore, these results support the conclusion that the Pilgrim Foods facility did not cause long-term impairment of the Unnamed Stream by the Pilgrim Foods facility.




**Figure 18: Relative abundance of the periphyton community (phyla) collected upstream and downstream of the Unnamed Stream Outfall**

Note that phyla Bacteriodata, Charophyta and Euglenophyta make up less than 0.5% and are not visible on the figure.




**Figure 19: The species evenness versus species richness of periphyton upstream and downstream of the Unnamed Stream Outfall**

#### 1.9.2.1 Aquatic Ecology Indicators of the Unnamed Stream and Souhegan River

The ecological health of streams and rivers can be indicated by the populations of benthic organisms. One indicator group is that of the macroinvertebrates. Aquatic macroinvertebrates are a group of organisms ranging from larval stage insects and includes snails, worms, crayfish and clams that live in and on the substrate. Macroinvertebrates are pivotal to nutrient recycling and are important food resources for higher trophic levels. Similar to periphyton taxa, the presence or absence of different species of macroinvertebrates indicates the quality and health of freshwater ecosystems. Specifically, the presence of taxa in the phyla Ephemeroptera (mayflies), Plecoptera (stoneflies), and Tricoptera (caddisflies) indicate excellent water quality because they are sensitive to pollutants in the water. These three phyla are abbreviated as "EPT" taxa and their presence and abundance is used as an indicator of water quality in freshwater systems.

The influence of low pH discharges from the Pilgrim Foods facility into the Unnamed Stream has been implicated as impacting the ecology of the Unnamed Stream and ultimately the Souhegan River (Ketels 2025). If this is true, then data on macroinvertebrate communities would show differences between locations upstream and downstream of the Pilgrim Foods facility. This hypothesis is expressly examined here.

#### 1.9.2.2 Macroinvertebrates

Macroinvertebrates were sampled in the Unnamed Stream by Neils in 2013 and Normandeau in 2022. Data were presented in a report by Neils in 2023. Data collected by Neils in 2013 do not contain individual species information, however samples collected by Normandeau (presented in Appendix D in the 2022 report) do include detailed species information. Here we analyze the Normandeau 2022 macroinvertebrate data for the Unnamed Stream.

Macroinvertebrate data were collected by Normandeau in reaches upstream and downstream of the Unnamed Stream Outfall. Ramboll examined the EPT taxa reported by Normandeau (2022) and found that the proportion of EPT taxa is higher downstream of the Unnamed Stream Outfall than upstream (Figure 20). A higher downstream proportion of EPT organisms indicates better water quality or more suitable habitat conditions downstream of the Pilgrim Foods facility than upstream. While upstream samples had a higher total abundance of all macroinvertebrates, the key indicator of community health (EPT taxa) downstream shows that the Pilgrim Foods facility is not adversely affecting aquatic organism health. Higher upstream density of non-EPT taxa is a potential indicator of nutrient enrichment, fine-grained sediments, and depositional conditions that would favor more tolerant taxa such as Chironomids (midge flies) or Oligochaetes (worms). While the upstream reaches of the Unnamed Stream contain more species relative abundance, the data suggest a more ecologically degraded composition, whereas the downstream reach demonstrates healthier conditions because of the higher relative abundance of sensitive taxa despite lower absolute abundance. This result shows that the Pilgrim Foods facility is not impacting the Unnamed Stream, and it can be inferred that no impacts to the Souhegan River exist downstream of its confluence with the Unnamed Stream.

Furthermore, the Neils (2023) summary report states that the macroinvertebrate community composition in the Unnamed Stream show "*improvement in invertebrate community condition*" which are "*encouraging results*", as demonstrated here in this analysis. Although the 2013 report states the water quality was poor throughout the Unnamed Stream, the

2022 macroinvertebrate data show that the population downstream of the Pilgrim Foods facility in the Unnamed Stream has a higher proportion of pollution sensitive species (EPT taxa) in the overall species composition. These data show that there are no long-lasting effects from the facility discharge at the Unnamed Stream.




**Figure 20: Macroinvertebrate community taxa found in the Unnamed Stream at locations upstream and downstream of the Pilgrim Foods facility**

(n = total number of individuals identified)

*Data Source: Normandeau 2022.*

#### 1.9.2.3 "Sewage Fungus"

Neils (2023) and Keteles (2025) reference the presence of sewage fungus as an indicator of impairment in the Unnamed Stream from discharges emanating from the Pilgrim Foods facility, however it is unclear what either author defines as "sewage fungus" in this context. Ecologically sewage fungus is characterized as a complex of fungi that are indicative of poor water quality and nutrient enrichment that may be found around sewage discharges. It is not specifically sewage related, but it is related to areas of high organic input. In contrast, bacterial mats or biofilms form on benthic surfaces in aquatic environments driven largely by organic inputs and generally characterized by slow or low moving waters. The organic input needed to support fungal or bacterial mats can be provided by many sources including urban runoff, storm runoff, sewage discharges, or even organic agriculture waste.

Both benthic fungus and sewage fungus are referred to by Neils 2023 and Keteles (2025) but not consistently defined. Neils (2023) reports data collected in 2013 and 2022 on the Unnamed Stream and reported presence of "benthic fungus" which was equated with sewage fungus. Further, two types of fungus organisms are identified: *Leptomitus sp* and *Sphaerotilus sp.* Neils goes on to characterize *Leptomitus sp*. as benthic fungus while *Sphaerotilus sp*. are noted as "iron bacteria." From only this memo, one might assume then that "benthic fungus" refers only to *Leptomitus sp*., although a full list of species found is not available. This confusion draws into question the results of these studies in the context of organic inputs and impacts to the Unnamed Stream and ultimately the Souhegan River.

In the Normandeau (2022) data reported in Neils (2023), sewage fungus is defined only as *Sphaerotilus natans* and this species was found both upstream and downstream of the Unnamed Stream Outfall at the Pilgrim Foods facility, with a maximum relative abundance higher in the upstream reach than downstream (97 and 86 respectively). No *Leptomitus sp*. were identified in this report. This indicates that organic inputs to the Unnamed Stream located upstream of the Pilgrim Foods facility are responsible for organic enrichment in that water body.

Further, the presence of sewage fungus is not clear. Neils (2023) reports that no benthic fungus was observed in visual observations (e.g., view buckets) or point observations upstream of the Unnamed Stream Outfall in 2013 and 2022. Yet in the underlying Normandeau (2022) report, photographs (see figure A-15 and A-16 in Normandeau 2022), relative abundance, and notes on view bucket observations identify and report material "similar to downstream fungus" suggesting that, in fact, sewage fungus or *Sphaerotilus natans* were identified in both up and downstream reaches in 2022. Again this appears to report that benthic mats (either bacterial or fungi) were present in upstream and downstream reaches of the Unnamed Stream in 2022.

Dr. Keteles (2025) concludes that the presence of sewage fungus, known to inhabit waters with elevated organic material indicates that the Unnamed Stream is being polluted by discharges from the Pilgrim Foods facility and that this contributes to downstream impact to the Souhegan River. It was also determined that the sewage fungus likely contributed to low dissolved oxygen levels in the Unnamed Stream and could be harmful to sensitive aquatic life, including fish. This conclusion ignores the Neils (2023) data summary that clearly indicates that the entire Unnamed Stream is influenced by high organic material originating all along the waterway and upstream of the Pilgrim Foods facility. However, Keteles (2025)

also ignores that the POTW, which is located immediately upstream of the Pilgrim Foods facility and the confluence of the Unnamed Stream, also contributes to the discharge of constituents including organic material into the Souhegan River.

### 1.10 Other Inputs and Discharges to the Unnamed Stream and Souhegan River

The watershed of the Unnamed Stream and Souhegan River contain multiple point and non-point sources of inputs that have contributed to overall degradation of the aquatic resources. Upstream of Pilgrim's Souhegan River swale delta are other inputs to the River (Figure 1). This includes multiple storm drains and other industrial facilities and a POTW discharge. Figure 2 through Figure 5 show some of these inputs observed during the site visit that I conducted on October 13, 2025. One of these industrial facilities is a waste management company that provides transport for residential and commercial trash removal and septic services. Natural slopes of the landscape would provide natural conduits for runoff from parking lots, and storm drains providing various inputs to the River that could cause degradation. Finally, the Greenville POTW discharges effluent comprised of metals and nonmetallic chemical elements into the Souhegan River. Additionally, it was observed that a steel structure which may be an old City well, was located near the swale delta and overflowing into the River during my site visit (see Appendix B). All of these inputs collectively contribute to degradation of the Souhegan River watershed including the Unnamed Stream.

# 2. OPINIONS

Given the evidence presented above, my opinions regarding the impact of discharges of low pH acidic wastewater to the Souhegan River are articulated below.

## 2.1 Opinion 1: Discharges from the Pilgrim Foods facility do not constitute an ongoing or potential long-term impact to the biota of the terrestrial habitat, or Souhegan River.

The overwhelming wealth of evidence shows that low pH wastewater from the Pilgrim Foods facility do not constitute an ongoing or residual impact to biota, along the discharge swale and within the Souhegan River. This is most evidenced by the water and soil pH measurements collected in 2025 during my sit visit. In sampling at the swale site, I found surface water pH measurements were recorded as 6.62 while soil pH level was 7.40. Similarly, within the swale delta surface water pH of 6.61 and soil pH at 7.02. All of these values are not indicative of impairment or impact. They are indicative of normal ranges of pH for aquatic organisms. This supports the conclusion that since discharges have stopped at the swale in 2023, no residual or long-term impacts exist. This coupled with watershed pH measurements, periphyton and ecological community samples support the conclusion that there is not a current or legacy effect of intermittent low pH discharges that occurred between 2017-2023.

### 2.1.1 Opinion 1A: Exposure to low pH wastewater discharge has not contributed to ecological impacts along the drainage route from point of origin to the Souhegan River.

Observations of a healthy ecosystem along the swale and upland habitat including healthy vegetation, mushrooms, typical woodland plants, and hardwood forest, show there is not a legacy effect on the ecosystem along the swale, the swale delta, and the Souhegan River. Evidence of long-term effects of the low pH wastewater would show dying off of vegetation in the soil and surrounding areas of the drainage along the swale. However, this is not the case and there is no evidence of declining vegetation health. Furthermore, evidence presented here show that pH levels along the swale drainage and into the swale delta do not exhibit long-term impacts.

### 2.1.2 Opinion 1B: Water of the Souhegan River does not exhibit evidence of impact from low pH wastewater discharge.

At the discharge location and along the swale, pH values vary from low near the discharge to normal at the River. These pH data indicate that while low pH discharges occurred periodically, samples taken upstream and downstream of the swale delta in the Souhegan River show that the pH values are not significantly different from each other, are within the values from samples collected across the Unnamed Stream and Souhegan River, and are significantly different from the low pH samples collected along the swale (Section 1.7). These results demonstrate that there is no evidence of impacts from discharged low pH wastewater from the Pilgrim facility to the Souhegan River.

### 2.1.3 Opinion 1C: Aquatic periphyton (plant) communities in downstream reaches of the Souhegan River did not indicate that acid discharges affected aquatic plant life downstream of the discharge point.

The abundance and species composition of periphyton (e.g., algae, bacteria, and other microbes that aggregate on rocks or cobbles) are indicators of the health of aquatic systems. Analysis of periphyton data show that the ecological health of the Souhegan River was not impacted by discharges of low pH wastewater at the swale or at the Unnamed Stream. Analysis of data collected in the Souhegan River (upstream and downstream) of the swale delta show clearly that the community within the River are not different from each other (See Section 1.9.1). This data alone shows periodic releases of low pH wastewater onto the swale did not impact the Souhegan river. The same analysis showed that periphyton communities on the swale were more robust and healthier closer to the River. Even samples near, but outside the immediate area of the release point showed little impact from low pH wastewater exposure. Additionally, as discussed in Section 1.6 direct observations of plant life along the swale and within the swale delta found healthy communities, including acid-sensitive mushroom fungus. This further supports the conclusion that the periodic discharges of low pH wastewater along the swale did not create any residual impacts and that any impacts were short-lived and across a limited spatial scale.

## 2.2 Opinion 2: Ecological conditions within the Souhegan River watershed including the Unnamed Stream show improvements in invertebrate community health.

Discharges of low pH effluents into the Unnamed Stream have been implicated in previous water quality studies, (Bowser and Snook 1997; Neils 2013, and Normandeau 2022) as having degraded water quality and ecological communities over time. However, these same studies have concluded that following repairs or other mitigation measures marked improvements in water quality and the ecological community within the Unnamed Stream were observed (See Section 1.6.2). The scientific data collected over more than a decade continue to show that discharges into the Unnamed Stream through the Outfall are not impacting invertebrate communities, and that those communities continue to improve.

### 2.2.1 Opinion 2A: Macroinvertebrate communities in the Unnamed Stream demonstrate improved community health.

When looking at the macroinvertebrate community within the Unnamed Stream, Neils (2023) provided a compelling data set from previous work by Normandeau (2022) where the community upstream and downstream of the Pilgrim Foods outfall on the Unnamed Stream was sampled (see Section 1.9.2.2). Analysis of this data found that the specific indicator taxa group (EPT organisms) were in a higher proportion downstream from the Pilgrim Foods facility than upstream. This result indicates that discharges into the Unnamed Stream were not adversely impacting the macroinvertebrate community. This was acknowledged by Neils (2023) where in a summary report on the Unnamed Stream it was noted that the invertebrate community showed improvements over time. It can only be concluded from these studies that the Pilgrim Foods facility is not contributing to ongoing or lasting impacts to the Unnamed Stream, and by extension, the Souhegan River below the Stream confluence.

### 2.2.2 Opinion 2B: Discharges from the Pilgrim Foods facility do not contribute to the presence of "sewage fungus" and degradation of water quality in the Unnamed Stream and Souhegan River.

As discussed in Sections 1.9.2.3 and 1.10, both Neils (2023) and Keteles (2025) identify biological mats on the benthic surface of the Unnamed Stream as sewage fungus. However, neither of the authors are consistent with their definition and both analyses are confusing, and this draws into question their conclusions. This confusion stems from the often mis-characterized species found in the biological mats. Growth of these biological mats is primarily driven by the presence of high organic inputs and relatively low and slow water flows. One study (Normandeau 2022) found similar amounts of sewage fugus in the benthic habitat both upstream and downstream of the Unnamed Stream Outfall. Like the periphyton data described above, this does not support a conclusion of an impact from the Outfall. Additionally, numerous inputs in the upstream reach of the Unnamed Stream including road, urban, and storm runoff may contribute to elevated organic content to the Stream and ultimately the Souhegan River.

Keteles (2025) made the conclusion that the presence of sewage fungus in the Unnamed Stream is evidence that the Pilgrim Foods facility contributes to impacts in the Unnamed Stream and by extension, the Souhegan River. This ignores the data of Neils (2023) that clearly indicates that the entire Unnamed Stream is influenced by high organic inputs including upstream of the Pilgrim Foods facility. Furthermore, direct observations on the Souhegan River found numerous storm drains, an industrial facility specializing in waste management, and a POTW sewage discharge that undoubtedly contribute to organic inputs to the River system.

It cannot be concluded here that the Pilgrim Foods facility is responsible for the presence of biological fungal mats in the Unnamed Stream or downstream degradation of the Souhegan River.

## 2.3 Opinion 3: Potential discharges into the Unnamed Stream do not contribute to acidification of the Souhegan River.

Though there have been previous discharges into the Unnamed Stream that were not in compliance with state and federal regulations, water quality in the Unnamed Stream has improved over time with various mitigation measures implemented. Section 1.7 provides pH data collected across the entire facility site including in the Unnamed Stream, along the swale, and in the Souhegan River. Analysis of this data clearly shows that pH levels in the Unnamed Stream (upstream and downstream of the Outfall), and the Souhegan River (upstream and downstream of the swale delta), collected during and just after the enforcement action, were not different from one another. Additionally, the full range of values remained well within the range of ecological tolerance (pH 5 to 8). If discharges from the Pilgrim Foods facility were contributing to impacts in either the Unnamed Stream or the Souhegan River, it would be expected that there would be statistical differences in the pH between upstream and downstream of these releases. The lack of influence on the pH of either drainage indicates that there are no ongoing or long-lasting impacts on the drainages.

## 2.4 Opinion 4: Based on multiple lines of evidence, the current conditions in the Souhegan River and the terrestrial swale support the conclusion that any impacts from the discharge were short-lived and are not contributing to ongoing degradation of the biota or water quality of the terrestrial or river habitats.

It is not disputed that Pilgrim Foods has been responsible for periodic discharges of low pH wastewater into the Souhegan River in the past. However, current conditions, and analysis of previously collected data from both prior to, during and after the enforcement action and subsequent capping of the discharge pipe, suggest that any potential impacts were short-lived, within a relatively small spatial scale.

Observations of current conditions at the Pilgrim Foods facility also find that there are several sources upstream of the facility on the Souhegan River that likely contribute to the condition of the River. As described above, even when low pH wastewater was periodically discharged at the top of the hill and travels towards the Souhegan River, water quality and biotic metrics, including pH level and periphyton community and abundance data, in the River and along the terrestrial swale do not point to long-lasting or ongoing impacts to the water quality or ecology of the area. Indeed, there are no visible signs of long-term impairment of the terrestrial habitat, due to the discharge of low pH wastewater where a weak organic acid is further diluted and degraded by natural processes. When this source of this low pH wastewater is removed, pH values rebound quickly and are well within the variability of samples taken at other locations around the Pilgrim Foods facility and within the watershed.

# 3. CONCLUSION

Any influence of the Pilgrim Foods facility on the watershed is shown here to be minimal, short-term and did not exhibit any ongoing impact to the aquatic community. Recent reports indicate that the Souhegan River and the Unnamed Stream biota have improved overtime, supporting the conclusion that any low pH wastewater discharged into the Stream did not cause long-term effects. Natural biological populations identified as "sewage fungus" are present upstream in the Unnamed Stream and downstream of the Unnamed Stream Outfall. Although found downstream, the presence of these taxa cannot be solely attributed to Pilgrim Foods facility and in fact indicates sources outside of Pilgrim also contribute to the proliferation of these taxa. Current conditions, and analysis of previously collected data, suggest that any potential impacts of discharges from the Pilgrim Foods facility were short-lived, within the variability of samples measured among other locations, and likely receiving discharges from other upstream sources not associated with Pilgrim Foods facility.

# 4. LITERATURE CITED

Adeleke, R., C. Nwangburuka, and B. Oboirien. 2017. Origins, Roles and Fate of Organic Acids in Soils: A Review. South African Journal of Botany 108 (January): 393–406. https://doi.org/10.1016/j.sajb.2016.09.002.

Barbour, M.T., Gerritsen, B.D., Stribling, J.B., 1999. Rapid Bioassessment Protocols for Use in Streams and Wadeable Rivers: Periphyton, Benthic Macroinvertebrates and Fish, Second Edition (No. EPA 841-B-99-002). U.S. Environmental Protection Agency; Office of Water, Washington, D.C. https://www.epa.gov/sites/default/files/2019-02/documents/rapid-bioassessment-streams-rivers-1999.pdf.

Bishop, M. 2008. Chapter 5 – An Introduction to Chemistry: Acids, Bases, and Acid-Base Reactions. In An Introduction to Chemistry. In An Introduction to Chemistry, 2nd ed. Chiral Publishing. https://preparatorychemistry.com/Bishop_Book_5_eBook.pdf.

Bowser, M., Snook, H., 1997. Souhegan River Watershed Report (Final Report No. NHDES-WD-97-9). New Hampshire Department of Environmental Services Water Division.

Buonpane, Joshua, Andrew Chapman, and Maxwell Maynard. 2025. New Hampshire River Trend Report (2025). New Hampshire Department of Environmental Services. https://www.des.nh.gov/sites/g/files/ehbemt341/files/documents/r-wd-25-06.pdf.

Detailed Facility Report | ECHO | US EPA. n.d. Accessed October 1, 2025. https://echo.epa.gov/detailed-facility-report?fid=110007131950.

District of New Hampshire | Owner of Old Dutch Mustard Co. Pleads Guilty to Violating the Clean Water Act by Polluting the Souhegan River | United States Department of Justice. 2025. February 24. https://www.justice.gov/usao-nh/pr/owner-old-dutch-mustard-co-pleads-guilty-violating-clean-water-act-polluting-souhegan.

Hailu, Simon, Shimelis Admassu, and Yogesh Kumar Jha. 2012. "Vinegar Production Technology – An Overview." Beverage and Food World, ahead of print, November. https://www.researchgate.net/publication/280722745_Vinegar_Production_Technology_-_An_Overview.

How's My Waterway. 2005. Environmental Protection Agency. https://mywaterway.epa.gov/community/010700060902/overview.

Keteles, K., 2025. Adverse Ecological Impacts due to Acidic Discharges from Pilgrim Foods Old Dutch Mustard, Greenville, NH (Expert Report No. NEICRP2134X01).

Neils, D., 2013. Water quality impairment documentation in unnamed stream, Greenville, NH. New Hampshire Division of Environmental Services.

Neils, D., 2023. Comparison of biological data collected from an Unnamed Stream, Greenville, NH, 2013 and 2022. New Hampshire Division of Environmental Services.

Normandeau Associates., 2022. Unnamed Brook 2022 Environmental Monitoring Report. Greenville, NH.

Pyron, Mark. 2010. Characterizing Communities. Nature Education Knowledge 3 (10): 39. https://www.nature.com/scitable/knowledge/library/characterizing-communities-13241173/.

STORET Water Quality Data. 2000. Environmental Protection Agency. https://mywaterway.epa.gov/community/010700060902/overview.

U.S. Attorney's Office, District of New Hampshire, 2025. Owner of Old Dutch Mustard Co. Pleads Guilty to Violating the Clean Water Act by Polluting the Souhegan River. Press Release. https://www.justice.gov/usao-nh/pr/owner-old-dutch-mustard-co-pleads-guilty-violating-clean-water-act-polluting-souhegan.

US Environmental Protection Agency, n.d. Enforcement and Compliance History Online - Pilgrim Foods Facility (ECHO) [WWW Document]. URL https://echo.epa.gov/detailed-facility-report?fid=110007131950 (accessed 11.13.25).

Warnasuriya, S.D., Udayanga, D., Manamgoda, D.S., Biles, C., 2023. Fungi as environmental bioindicators. Science of The Total Environment 892, 164583. https://doi.org/10.1016/j.scitotenv.2023.164583.

# APPENDIX A
# FIELD VISIT LOG REPORT

Prepared for
**Verrill Dana, LLP**

Prepared by
**Ramboll Americas Engineering Solutions, Inc.**
**Los Angeles, California**

Project Number
**1940116836**

Date
**October 2025**

# SITE VISIT REPORT

## PILGRIM FOODS, OLD DUTCH MUSTARD FACILITY GREENVILLE, NEW HAMPSHIRE

RAMBOLL

# CONTENTS

| | | Page |
|---|---|---|
| **1** | **INTRODUCTION** | **1** |
| **2** | **SITE VISIT** | **2** |
| 2.1 | pH Instruments and Calibration | 2 |
| 2.2 | Site Visit – Discharge Area | 3 |
| 2.2.1 | Groundwater Well Station | 3 |
| 2.2.2 | Old Rail Swale Upstream of Discharge | 4 |
| 2.2.3 | Point of Discharge | 4 |
| 2.2.4 | Stop #4: Swale Downstream | 5 |
| 2.2.5 | Borrow Area | 5 |
| 2.2.6 | Swale Downstream of Borrow Area | 6 |
| 2.2.7 | Top of Rail Swale | 6 |
| 2.2.8 | Downstream of Swale Split | 7 |
| 2.2.9 | Drainage Towards River | 7 |
| 2.2.10 | Steel Structure | 8 |
| 2.2.11 | Secondary Drainage Channels | 8 |
| 2.2.12 | Stream Entrance to River | 9 |
| 2.3 | Measurements of pH | 9 |
| 2.3.1 | Mushroom Bloom in Swale | 9 |
| 2.3.2 | ODM-01 pH Measurements | 10 |
| 2.3.3 | ODM-02 pH Measurements | 11 |

# TABLES

Table 1: Site Visit Locations Summary – October 13, 2025 2

# PHOTO PANELS

Photo Panel 1: Groundwater Well 3
Photo Panel 2: Old Rail Swale 4
Photo Panel 3: Point of Discharge 4
Photo Panel 4: Swale Downstream 5
Photo Panel 5: Borrow Area 5
Photo Panel 6: Swale Downstream of Borrow Area 6
Photo Panel 7: Top of Rail Swale 6
Photo Panel 8: Downstream of Swale Split 7
Photo Panel 9: Drainage Towards River 7
Photo Panel 10: Steel Structure 8
Photo Panel 11: Secondary Drainage Channels 8
Photo Panel 12: Stream Entrance to River 9
Photo Panel 13: Mushrooms 10
Photo Panel 14: ODM-01 pH Measurements. Water pH (left) recorded as 6.62 and soil pH (right) recorded as 7.40. 10
Photo Panel 15: ODM-02 pH Measurements. Water pH (left) measured at 6.61 and soil pH (right) measured at 7.02. 11

# 1 INTRODUCTION

Ramboll Americas Engineering Solutions, Inc. (Ramboll) was retained by Verrill Dana LLP in conjunction with its representation of Pilgrim Foods dba Old Dutch Mustard (ODM) to provide opinions on impacts and effects of discharges from the ODM facility in Greenville, New Hampshire.

On October 13, 2025, Ramboll conducted site visits at the ODM facility in Greenville, New Hampshire to observe and document current conditions along the site of a discharge of wastewater that contained vinegar (acetic acid). This discharge route ran along an old rail line swale and ultimately into Souhegan River through a delta. Site visit locations included the ODM facility, the point of discharge and rail swale, water course, swale delta, and river. Additionally, an unnamed stream was visited where it passed under and through the ODM facility. During the site visit water and soil pH were measured at various locations.

This after-action report summarizes the location, times, and information gathered at each site visit location. Ramboll's observations of stream conditions are described and representative photographs are included.

# 2 SITE VISIT

The following section provides a chronological overview of each stop that Ramboll visited on October 13, 2025. For each stop, date, time, GPS coordinates taken during the visit, general observations, and representative photos are provided. Detailed observations are presented in Section 2.1.

## 2.1 pH Instruments and Calibration

Water and soil pH were measured at various locations to determine residual acidity within the water course. Water pH was measured using a HANNAH HI991300 pH meter capable of measuring pH, temperature, and conductivity. A HANNAH HI99121 direct measurement soil pH instrument was used to measure soil pH and temperature. Both instruments were obtained from Palms Environmental for this event. Both instruments were calibrated following instrument instructions on the morning of October 13 using two calibration standards (pH 7.0 and pH 4.0) prior to use in the field. Geographic positions were measured using a GARMIN handheld GPS with approximately 2-3 foot accuracy.

**Table 1** provides an overview of the site visit locations.

**Table 1: Site Visit Locations Summary – October 13, 2025**

| Stop Number | Stop Name (shorthand) | Coordinates | General Location | Time Visited |
|---|---|---|---|---|
| 1 | Groundwater well station | N42º46’37.3”, W071º48’42.1” | On ODM Property | 10:50 |
| 2 | Old rail swale (upstream of discharge) | N42º46’37.5”, W071º48’47.5” | Upstream of Discharge Point | 10:57 |
| 3 | Discharge point | N42º46’39.6”, W071º48’41.6” | Discharge Point | 11:05 |
| 4 | Downstream on swale | N42º46’41.7”, W071º48’40.6” | Standing water on Swale | 11:10 |
| 5 | Borrow area | N42º46’42.3”, W071º48’39.9” | Upland borrow area from approx. 2015 | 11:16 |
| 6 | Swale | N42º46’44.0”, W071º48’38.7” | Small amt of water | 11:20 |
| 7 | Top of rail swale going downhill towards river | N42º46’45.3”, W071º48’38.0” | Swale splits to the east | 11:35 |
| 8 | Downstream of water split | N42º46’45.1”, W071º48’36.5” | Some water flowing to river | 11:40 |
| 9 | Water flowing to river | N42º46’45.2”, W071º48’33.0” | Drainage | 11:48 |
| 10 | Steel structure (old City well?) | N42º46’45.1”, W071º48’33.4” | Covered with chain link gate. | 11:52 |

**Table 1: Site Visit Locations Summary – October 13, 2025**

| Stop Number | Stop Name (shorthand) | Coordinates | General Location | Time Visited |
|---|---|---|---|---|
| 11 | Secondary Channel | N42º46'45.3", W071º48'34.3" | Main channel splits into multiple rivulets | 11:58 |
| 12 | Stream entrance to river | N42º46'45.9", W071º48'32.9" | Drainage point into river + old City well house | 12:02 |
| 13 | Mushrooms on swale near drainage | N42º46'44.1", W071º48'39.3" | Mushrooms | 13:01 |
| 14 | ODM-01 | N42º46'44.1", W071º48'39.3" | pH measurements on swale | 13:03 |
| 15 | ODM-02 | N42º46'44.8", W071º48'35.7" | pH measurements near river entrance | 13:33 |

## 2.2 Site Visit – Discharge Area

This portion of the site walk started at the top of the hill to the east of the ODM facility and continued down to the Souhegan River on October 13, 2025. It incorporated the discharge location and water course down the old rail swale to the entrance into the river. Representative photos are provided here. All photographs are included in Appendix 1.

### 2.2.1 Groundwater Well Station

**Arrival time:** 10:50 EST
**Coordinates:** N42º46'37.3", W071º48'42.1"
**Photographs:**

Well location on swale.
Well location looking towards ODM facility.

**General observations:** This station shows a groundwater well location on the top of the swale.





**Photo Panel 1: Groundwater Well**

### 2.2.2 Old Rail Swale Upstream of Discharge

**Arrival time:** 10:57 EST
**Coordinates:** N42º46'37.5", W071º48'47.5"
**Photographs:**

Swale looking downhill towards river.
Water in swale flowing downhill towards river.

**General observations:** Swale upstream of discharge point. Water present.



**Photo Panel 2: Old Rail Swale**

### 2.2.3 Point of Discharge

**Arrival time:** 11:05 EST
**Coordinates:** N42º46'39.6", W071º48'41.6"
**Photographs:**

Tree section where discharge is located under debris – looking downhill.
Discharge point under debris – looking uphill.

**General observations:** Discharge location is buried (not observed) under woody debris. Roughly under the debris below the large tree.



**Photo Panel 3: Point of Discharge**

### 2.2.4 Stop #4: Swale Downstream

**Arrival time:** 11:10
**Coordinates:** N42º46’41.7”, W071º48’40.6”
**Photographs:**

Looking down swale (towards river)
Looking east to borrow site

**General observations:** Rail swale downstream of discharge. Standing water in swale but flowing water not observed and fallen leaves across swale. Borrow site on the left in photos.



**Photo Panel 4: Swale Downstream**

### 2.2.5 Borrow Area

**Arrival time:** 11:16
**Coordinates:** N42º46’42.3”, W071º48’39.9”
**Photographs:**

Borrow Area from swale.
Borrow Area from swale.

**General observations:** Borrow area where soil was excavated around 2015 to close and fill the old lagoon ponds on the facility (not shown).



**Photo Panel 5: Borrow Area**

### 2.2.6 Swale Downstream of Borrow Area

**Arrival time:** 11:20 EST
**Coordinates:** N42º46'44.0", W071º48'38.7"
**Photographs:**

Water in swale looking upstream towards discharge point.
Water in swale drainage with plants – note iron staining on rocks.

**General observations:** Drainage route with noticeable iron staining on rocks and boulders.





**Photo Panel 6: Swale Downstream of Borrow Area**

### 2.2.7 Top of Rail Swale

**Arrival time:** 11:35 EST
**Coordinates:** N42º46'45.3", W071º48'38.0"
**Photographs:**

Swale flow split into eroded area.
Swale flowing towards river.

**General observations:** At this location, the swale splits into two sections. The main section splits towards the river through a deeper eroded area.





**Photo Panel 7: Top of Rail Swale**

### 2.2.8 Downstream of Swale Split

**Arrival time:** 11:40 EST
**Coordinates:** N42º46’45.1”, W071º48’36.5”
**Photographs:**

Water flowing downstream – photo looking uphill.
Water flowing downstream towards river – photo looking uphill.

**General observations:** Drainage route through a heavily wooded area. Many dropped leaves are present in the area along with ferns and a variety of trees.



**Photo Panel 8: Downstream of Swale Split**

### 2.2.9 Drainage Towards River

**Arrival time:** 11:48 EST
**Coordinates:** N42º46’45.2”, W071º48’33.0”
**Photographs:**

Rivulet flowing towards river.
Rivulet split flowing towards river.

**General observations:** Water flow to the river splits into multiple rivulets forming a small delta area (i.e., swale delta).



**Photo Panel 9: Drainage Towards River**

### 2.2.10 Steel Structure

**Arrival time:** 11:52 EST
**Coordinates:** N42º46’45.1”, W071º48’33.4”
**Photographs:**

Covered structure overflowing with water.
Water overflowing from covered structure and flowing to river.

**General observations:** Steel structure near river to the north of the drainage delta. This may be old City well. Covered with locked chain link cover and overflowing with water that mixes and flows into the river. This is approximately 10 feet from the riverbank.



**Photo Panel 10: Steel Structure**

### 2.2.11 Secondary Drainage Channels

**Arrival time:** 11:58
**Coordinates:** N42º46’45.3”, W071º48’34.3”
**Photographs:**

One of multiple small rivulets flowing to river – photo looking upstream.
Rivulet flowing towards river – photo looking towards river.

**General observations:** Main channel splits into multiple rivulets and flows to river.



**Photo Panel 11: Secondary Drainage Channels**

#### 2.2.12 Stream Entrance to River

**Arrival time:** 12:02 EST
**Coordinates:** N42º46’45.9”, W071º48’32.9”
**Photographs:**

One of multiple small rivulets flowing to river – photo looking upstream.
Rivulet flowing towards river – photo looking towards river.

**General observations:** Main channel and rivulets enter Souhegan River.





**Photo Panel 12: Stream Entrance to River**

### 2.3 Measurements of pH

Following full access from the discharge to the river, the swale was revisited to perform water and soil pH measurements. At a location about halfway down the swale, multiple mushrooms were observed growing near the water edge.

#### 2.3.1 Mushroom Bloom in Swale

**Arrival time:** 13:01
**Coordinates:** N42º46’44.1”, W071º48’39.3”
**Photographs:**

Overview of mushrooms along drainage approximately 50 feet downstream from discharge point.
Detail of mushrooms.

**General observations:** Mushrooms along drainage. Same location as ODM-01 pH measurements.





**Photo Panel 13: Mushrooms**

### 2.3.2 ODM-01 pH Measurements

**Arrival time:** 13:03
**Coordinates:** N42º46’44.1”, W071º48’39.3”
**Photographs:**

Water pH measurement.
Soil pH measurement.

**General observations:** Water pH and soil pH meter reading at ODM-01. Approximately 50 feet downstream from discharge.





**Photo Panel 14: ODM-01 pH Measurements. Water pH (left) recorded as 6.62 and soil pH (right) recorded as 7.40.**

### 2.3.3 ODM-02 pH Measurements

**Arrival time:** 13:33
**Coordinates:** N42º46’44.8”, W071º48’35.7”
**Photographs:**

Water pH measurement.
Soil pH measurement.

**General observations:** Water pH and soil pH meter reading at ODM-02. Midpoint from drainage split on swale and river.




**Photo Panel 15: ODM-02 pH Measurements. Water pH (left) measured at 6.61 and soil pH (right) measured at 7.02.**

# APPENDIX B
# CV OF DR. PAUL KRAUSE

ENVIRONMENT & HEALTH

# PAUL KRAUSE, PHD

**Principal**



Dr. Krause has over 30 years of experience in marine and aquatic ecology, toxicology, environmental impact analysis, environmental risk assessment, modeling, and regulatory permitting and negotiation. He is an internationally recognized expert in international permitting projects. His academic specialty is in marine ecology specializing in issues relating to the effects of large-scale industrial developments worldwide. His particular expertise revolves around development of multi-disciplinary teams for the management of large programs focused on marine and coastal environments. This includes development of port facilities, international impact assessments, emergency responses, decommissioning strategies, permitting, environmental studies, compliance, and agency negotiations. Dr. Krause has managed large impact and ecological assessments of marine and terrestrial receptors throughout the western United States, Gulf of Mexico, the Pacific Islands, Caribbean, Guyana, Thailand, Malaysia, Brunei, Indonesia Australia, and West Africa.


## CONTACT INFORMATION

**Paul Krause, Ph.D.**

pkrause@ramboll.com
+1 562-400-4570

Ramboll
350 S Grand Avenue
Suite 2800
Los Angeles, CA 90071
United States of America


## EDUCATION

PhD, Ecology/ University of California, Santa Barbara, CA, USA, 1993

MS, Biological Sciences, California State University, Long Beach, CA, USA, 1987

BS, Marine Biology, California State University, Long Beach, CA, USA, 1984

## CERTIFICATIONS/MEMBERSHIPS

- Sr. Professional Ecologist – Ecological Society of America
- Society of Environmental Toxicology & Chemistry (SETAC)
- Ecological Society of America (ESA)
- Society of Petroleum Engineers (SPE)
- Society of Ecological Restoration (SER)

## KEY PROJECTS

## LITIGATION AND SUPPORT SERVICES

### Expert, Impact Assessment, California

Served as litigation expert for the evaluation of physical and biological damages on a southern California beach related to ongoing development. Performed site reconnaissance, historical land and water use evaluations, biological impact assessment, and developed expert reports in preparation of court actions.

### Expert Toxicologist, Water and Sediment Contamination, California
Served as litigation expert for the evaluation of lead contamination in Lake Tahoe. Designed multiple field sampling studies, conducted ecological risk assessment, and developed expert reports in preparation of court actions.

### Expert Marine Scientist, Pipeline Spill, California
Supported litigation efforts related to a pipeline spill in southern California. This included evaluation of data related to ship collisions, pipeline ecological communities, organism growth and survival at offshore locations. Results of studies informed counsel to the nature and extent of direct impacts associated with anchor hits to the pipeline.

### Expert, Streambed Ecology, Colorado
Evaluated streambed ecological impacts related to potable water release in high mountain stream in Vail, Colorado. This included review of plaintiff expert reports, evaluation of data, investigation to the potential toxicological impacts of the release. Developed a technical report for defense counsel and participated in agency negotiations on settlement.

### Expert, Deepwater Horizon Spill, Louisiana
Served as marine science expert in evaluating impacts related to deepwater corals, nearshore oyster reefs, and fisheries following the MC252 "Deepwater Horizon" oil spill. Designed field studies, data evaluations and support to legal defense team. Additionally, evaluated multiple restoration activities and approaches for nearshore areas of Louisiana.

### Expert, Offshore Decommissioning Litigation, California
Served as defense expert in evaluating contractual obligations, state of the science, and regulatory history for platform decommissioning obligations in the Santa Barbara Channel. Reviewed technical and regulatory documents, formulated opinion, and provided technical advice to counsel.

### Expert, Wastewater Discharge Permit Litigation, Hawaii
Supported NPDES litigation related to permit conditions for discharges at several large municipal wastewater sites. Issues included bacteriological, toxicological, and nutrient aspects of promulgated NPDES permits issues by the State.

### Expert, Groundwater Contamination Litigation, Florida
Served as a litigation expert for stream and bay communities contamination from chromium, PCB, and fluoride contamination from groundwater sources. Project involved development of field studies, interpretation of past studies, review and analysis of benthic ecological data, development of litigation support materials, and trial demonstrable materials.

### Expert Toxicologist, PCB Litigation, New York
Provided litigation support services, project management, and strategic consulting. This project supported an imminent and substantial endangerment claim brought against the client. Managed trial depositions of experts, review of plaintiff's expert reports, development of defense expert reports, and publication of trial demonstratives.

### Drinking Water Litigation, California
Supported pending litigation regarding a TMDL related to a drinking water reservoir. Activities included the design of proposed field studies, review of regulations, regulatory negotiations, and strategic consulting.

RAMBOLL

ENVIRONMENT
& HEALTH

## ECOLOGICAL RISK ASSESSMENT

### Marine Sediment Ecological Risk Assessment, California
Designed and carried out an ERA including SLERA and BERA for lead contamination in San Francisco Bay related to a shooting range where lead shot was found in marine sediments. The key receptor was diving ducks and benthic organisms. The focus of the ERA included development of cleanup goals. As part of this ERA represented the client (DOD) on the lead sediment BTAG committee.

### Soils Lead Ecological Risk Assessment, California
Designed and managed large scale ERA including SLERA and BERA under Superfund guidance for the Fort Ord shooting range in California. This study focused on areas where rifle and pistol training ranges had been used for decades. Lead and copper levels from expended ammunition were sampled in soils. Ecological receptors included burrowing owls, small mammals, various birds, reptiles, and amphibians. As part of this ERA represented the client (US Army) on the BTAG committee for risk.

### Marine Sediment Ecological Risk Assessment, California
In preparation for a property transfer, conducted the Ecological Risk Assessment using USEPA Superfund methodologies on effects of residual PCBs and metals on the terrestrial and marine communities in Humboldt Bay, CA. This included a SLERA and BERA. The BERA was focused on marine sediment biota and coastal receptors

### Mine Tailings Ecological Risk Assessment, Oregon
Conducted both SLERA and BERA level Ecological Risk Assessment on effects of mine tailings on a stream community at the Cornucopia uranium mine site in eastern Oregon. This particular site included field evaluations of tailings piles and stream bed communities. Ecological contaminants of concern included U, Pb, Cu, V, and Hg associated with the tailings. Ecological receptors included birds, bats, and aquatic species.

### Produced Water Discharge Ecological Risk Assessments, Trinidad and Tobago
Designed and conducted multiple SLERA and BERA ecological risk assessments for offshore platform discharges of produced water and other platform associated discharges. Over 12 associated risk assessment have been completed. Contaminants of concern are PAHs and metals. Marine receptors include fishes, birds, mammals, turtles, and invertebrates. Where BERA has been required, detailed food web modeling is included.

### Mercury, NORM, and Plastics Ecological Risk Assessment, Australia
Designed and conducted SLERA and BERA ecological risk assessment on pipelines and associated subsea infrastructure scheduled for decommissioning. The future looking ERA focused on sediment and water related risks. Contaminants were focused on mercury, NORM, and various plastic coatings from the pipelines. Receptors included marine fishes and benthic organisms.

### Soils Ecological Risk Assessment, Montana
Supported the development and execution of SLERA and BERA level ERAs focused on remediation areas of the Anaconda Smelter in Montana. This study included terrestrial soils, plants and organisms as receptors with emphasis on food web modeling and exposure level calculations. Contaminants were primarily metals with an emphasis on Copper.

### Decommissioning Human Health and Ecological Risk Assessment, Thailand
In anticipation of decommissioning of multiple platforms in the Gulf of Thailand, designed, managed, and developed a multi-faceted HHERA focused exclusively on mercury remaining in sediments from decades of produced water discharges. This study included fish tissue sampling, evaluation of fishing and local population centers for exposure, sediment benthic modeling, food chain modeling, and a detailed net environmental benefit analysis (NEBA).

### Soils Ecological Risk Assessment, Montana

Supported the development and execution of SLERA and BERA level ERAs focused on remediation areas of the Anaconda mine areas near the Coeur D'alene copper mine site in Idaho. Studies included terrestrial soils, plants and organisms as receptors with emphasis on food web modeling and exposure level calculations. Contaminants were primarily metals with an emphasis on Copper. The focus of the ERA was to develop cleanup level goals for remediation.

## IMPACT ASSESSMENT SERVICES

### Environmental Impact Assessment, Global

Led the evaluation of environmental impacts for establishment of global efforts related to multiple desalination facilities. This included regional IA studies in the USA, Saudi Aribia, Norway, Malta, and other venues. Studies included detailed discharge modeling, desal water quality, transmission and power needs.

### Environmental Impact Assessment, Trinidad & Tobago

Led a multi-disciplinary assessment of impacts for permitting a new port in Trinidad. This included developing ESHIA efforts, stakeholder engagement, agency interactions and development impacts ranging from air quality and climate change, biological systems, and public health and economics. The ESHIA was performed following IFC Performance Standards for the new development.

### Drilling Campaign Impact Assessment, Trinidad & Tobago

Managed the international Impact Assessment for the development of a deep water oil and gas facility offshore Angola. The ESHIA was performed following IFC Performance Standards and Equator Principals guidance. This included the establishment of environmental baseline, impact analysis, all documentation, and development of regulatory support process through the license to install phase for both the facility and associated seafloor pipeline.

### Drilling Campaign Impact Assessment, Angola

Developed ESIA for a new offshore platform group in the marine waters of Angola. This included impacts to marine receptors (e.g., fishes, mammals, turtles, invertebrates) and seabirds. Impacts from drilling, waste management, air quality, fisher communities (commercial and artisanal), and social impacts were included. Additional impacts related to onshore operations were included here. This resulted in the larges ESIA in Angola history.

### Decommissioning Impact Assessment, Thailand

Developed ESIA focused on impacts related to decommissioning of a large oil and gas field in the Gulf of Thailand. This field consisted of 7 processing platforms and over 150 wellhead platforms. The focus of this was to conform with the Thai Decommissioning Environmental Assessment (DEA) to determine ultimate impacts from platform removal.

### Permitting and Impact Analysis, California

Developed CEQA project application for decommissioning of a large coastal nuclear power plant for the project proponent. Developed all supporting CEQA studies including: Biology (marine and terrestrial); Air Quality, Water Quality; Noise (land and underwater); Traffic (marine and road); Cultural Resources; Soils and Geology; Land Use and Planning; and Restoration planning. Development of the overall project description and support for third-party EIR writers. Negations with State and Federal regulatory agencies, and development of Environmental Justice. Also developed detailed cost estimates for various Partner in Charge/Principal Ecologist

### Environmental, Social, and Health Impact Assessments, Guyana

Served as the marine science lead for several ESHIA documents for offshore and onshore oil and gas operations in Guyana. This included development of marine baseline and special studies, assessment of

impact levels, and development of mitigation measures. Projects included sea turtle and seabird tracking studies, fish and invertebrate population assessments, marine habitat and biodiversity studies. All studies were performed under ICF performance standards and Equator Principals level of detail. Projects included: Liza 1&2, Turbot, Stabroek, Ranger, and Pacora blocks. These blocks included ultradeep areas and associated infrastructure.

**Arctic Drilling Campaign Impact Assessment, Alaska**
Managed marine resources and development of components of drilling plan for resources in Alaska's Chukchi Sea. Studies included impacts of ice scour, marine noise, and drilling activities on marine mammals (cetations and pinepeds), marine fishes, and terrestrial mammals (polar bears). Marine biodiversity was established following IFC PS6 standards and the overall EIA was developed following IFC performance standards as the guiding level of analysis.

**Arctic Drilling Campaign Impact Assessment, Alaska**
Developed and led the marine impact assessment ESHIA team and served as the primary subject matter expert for the determination of impacts related to marine port development facilities in southwestern Alaska. Impacts evaluated included marine threatened and endangered species, fish and invertebrate communities, and marine habitats.

**Underwater Noise Impacts on Marine Biodiversity, Mexico**
Developed a comprehensive impact assessment methodology and supporting tools to evaluate impacts of underwater sound on marine organisms. Particular attention was placed on impacts to marine mammals. This included a detailed review of hearing physiology, physics of sound in the sea, and hearing/behavior threshold levels.

**Underwater Noise Impacts on Marine Biodiversity, California**
Developed an impact assessment and monitoring plan for impact hammer underwater sound from a coastal construction operation in the surf zone. Impacts from various sources and levels were used to determine safe distances and develop mitigation measures for marine mammals (cetations and pinnipeds) as well as sea birds.

**Underwater Noise Impacts on Marine Biodiversity, California**
Impact assessment for operational sound generated by a coastal nuclear power station. This study involved field measurements of operational sound levels along with natural background sound sources along the coastline. Data were used to develop an operational sound signature in conjunction with impacts associated with decommissioning of the facility.

**Methane Hydrate Impact, Angola**
Developed a detailed review of impacts associated with deep water methane hydrates. Study included search and review of existing peer-reviewed literature as well as agency and industry publications related to formation and hydrate properties, toxicology, and ecological impacts.

## PORT AND HARBOR MANAGEMENT

**Sediment Program Manager – Port of Long Beach, California**
Managed multi-year sediment projects including maintenance dredging, new construction dredging, and Port development projects. Supervised field studies involved in dredging and risk assessment activities related to contaminated sediment issues for the Port. Projects included serving as the program manager for the West Basin, Channel Two, Pier T, and Pier S deepening and terminal development projects. Activities included regulatory interactions, sampling plan designs, field studies, and laboratory toxicity studies.

RAMBOLL

ENVIRONMENT
& HEALTH

### Sediment Program Manager – Port of Los Angeles, California

Managed sediment projects for the Port that included sediment sampling, testing, and long-term evaluations. Projects included maintenance dredging, and new construction dredging at various Port properties including municipal marinas, bulk loading terminals, and container terminals. Management tasks included development of detailed management plans for contaminated sediments, regulatory interactions, supervising field, and laboratory studies, and development of sediment action plans for sites at risk.

### US Army Corps of Engineers, San Francisco District, Los Angeles District, and Pacific Division. Program Manager

Served as the primary contact and manager for multi-year service contracts for several U.S.ACE districts. Projects included maintenance dredging projects for over 50 sites throughout California, Oregon, and Hawaii. Managed the disposal and daily operation of the largest contained disposal facility in California at the Galbraith Disposal Area in Oakland, California. Developed study designs, field sampling plans, and supervised field and laboratory activities related to permitting of ACOE projects.

### Dredging Program Manager – Port of Oakland, California

Supervised staff in regulatory interactions, sediment quality guideline development, and permitting for routine maintenance dredging and new construction projects for the Port over multiple years. Projects included sediment studies at all Port terminals, supervision of dredging activities, and disposal operations. Served as manager for field activities for the 50-foot deepening project and Middle Harbor re-development that included collection and analysis of over 250 sediment samples.

### Principal Toxicologist – Port of Portland, Oregon

Managed the ecological risk and impact assessment of the demolition of a series of salt storage tanks in the Port of Portland Terminal T4. This included site evaluations, chemical and toxicological analysis, and risk assessment to be incorporated in the impact assessment for permitting. Extensive agency interactions at the Federal, State and local level were needed prior to conclusion of the project.

### Principal Toxicologist, Georgia

Worked on a large-scale lake remediation project covering 5 water bodies. Tasks included development of sampling and analysis plans, sediment collection, analysis of chemical and physical sediment properties, negotiations with key Federal and State agencies, field supervision, and data analysis/reporting.

## BIODIVERSITY/ECOLOGY

### Coral Reef Biodiversity Assessment – US Virgin Islands

Completed a multiple reef evaluation for coral diversity and quality and health across the US Virgin Islands. This included multiple subtidal diver surveys, detailed photo quadrats, tissue sampling, and health score calculations. Each team used in the study was assigned a separate island reef complex. The health categories included bleaching, predation, density, diversity. Additionally, tissue samples were collected to measure reproductive potential and development. Each aspect of the reef health was analyzed within the context of the reef health index. The purpose of this study was to provide USVI with an initial assessment of unimpacted reef quality.

### Refinery Reef Biodiversity Evaluation, Aruba

Designed and completed a marine biodiversity assessment of reefs around the ExxonMobil refinery in Aruba. This included detailed fish, macro-invertebrate and coral surveys. Coral surveys were focused on monitoring the ecological health of the area in anticipation of a property divestment.

RAMBOLL

ENVIRONMENT & HEALTH

**Marine Habitat and Biodiversity Evaluation, Turks & Caicos**
Performed an assessment of marine subtidal habitats for suitability of a Giant Conch (*Lobatus gigas*) farm in the Turks & Caicos Islands. This included evaluation of subtidal seagrass community, nearby coral reefs (including coral diversity and health index), and presence of predatory species. The evaluation was used to make decisions on the size and suitability area for development of grow out pens for Conch culture.

**Restoration and Biodiversity Plan, Indonesia**
Developed restoration and biodiversity implementation plan for a large coastal restoration following remediation of a coastal oil and gas facility in Indonesia. The focus of the restoration was approximately 4 km of coastal mangroves. For this effort local NGO community was engage do planting and monitoring of the effort following implementation.

**Wetland Biodiversity Restoration, California**
Designed coastal wetland restoration effort in California to offset impacts from an offshore oil and gas decommissioning project. The focus of the restoration was to re-develop the internal coastal lagoon to facilitate recruitment of important fish resources (California halibut).

**Habitat/Biodiversity Sensitivity Map, Thailand**
Designed coastal habitat sensitivity map along the western shores of the Gulf of Thailand. Mapping included desktop evaluation of habitat types, species diversity, and biodiversity rankings based on species sensitivity. Following desktop analysis, field teams performed focus surveys to evaluate the rankings and to identify any additional sensitivities in the region. The result was a sensitivity map suitable for use in emergency response and planning.

**Mangrove Biodiversity Restoration Plan, Mexico**
Managed the coastal restoration of a large-scale mangrove forest in Eastern Mexico. A critically endangered black mangrove forest was impacted by drilling operations and required restoration under Mexican authorities. For this area approximately 2 hectares of mangrove forest was remediated, and new plantings placed in strategic areas. This helped restore water flow and provided a more robust population of the important species.

**Biodiversity Restoration Plan, Thailand**
Developed restoration and implementation plan for coastal nearshore communities including mangroves, dune plants, intertidal and subtidal resources. This included coral relocation efforts, mangrove plantings and artificial reef development. This work was done in conjunction with industry and university efforts in southern Thailand.

**Biodiversity Evaluation, Angola**
Developed and led ecological evaluations of offshore resources of Angola including sediment, biota and water quality. Developed ecological resource valuations, fisheries, project alternatives, restoration potential, and current status evaluations throughout the region.

**Coral Biodiversity Restoration Plan, Brunei**
Developed detailed coral restoration plan for impacts related to a subtidal blowout in Southeast Asia. Starting with detailed coral mapping of pristine and impacted reefs, specific coral species were transplanted into the impact area to develop. Long term monitoring has shown that the transplanted corals survived better than expected and the project monitoring is now ongoing with local university resources.

### Biological Baseline and Biodiversity Study, Angola

Provided technical input to the study design and field effort for developing the biological baseline of a deep water exploration field. Field samples included deep water drop cameras, water and sediment quality, and benthic resources. Specific emphasis was placed on the evaluation of the presence of chemosynthetic communities. Samples were collected at depth of over 900 m at over 17 station locations in a regional background approach.

## OIL AND GAS DECOMMISSIONING

### Plastics Assessment - Pipelines, Australia

Developed innovative laboratory and field studies to evaluate the potential of plastics used in offshore infrastructure and pipelines. Worked with laboratories to develop analyses of parent polymers, additives, and plastic residues. Developed timeline for degradation and impacts to sediment and water column organisms.

### Plastics Assessment, Concrete Gravity Structures Australia

Developed decommissioning strategy around plastic and fiberglass components on CGS platform structures. Current plans include decommissioning CGS in place and regulatory oversight required a specific impact and ecological risk evaluation of parent polymers, glass fibers, and additives. Studies included degradation rates, sedimentation studies, and ecotoxicological impacts.

### Mercury/NORM Assessment – Pipelines, Australia

Developed decommissioning strategy related to Mercury and NORM in residual pipelines slated for decommissioning in place. Developed sediment models for future mercury concentrations post-degradation of the pipelines. Also, looked at long-term pipeline degradation and burial potential along with specific ecotoxicological forward-looking risk.

### Plastics Decommissioning Strategy - Pipelines, Australia

Developed decommissioning strategy around plastic and flexible flow lines and umbilicals around leave in place options for deep water production sites. This included detailed literature reviews, plastic degradation studies and toxicological reviews.

### Decommissioning Plan, Mauritania

Developed a decommissioning plan and environmental impact assessment for marine fish populations related to the closure and dismantlement of offshore oil production and transportation facilities in the Islamic Republic of Mauritania. Developed initial environmental impacts associated with deep water decommissioning and leave-in-place options for subsea structures, lines, and associated infrastructure.

### Pipeline Decommissioning Strategy Plan, Brunei

Developed a decommissioning strategy plan for offshore and onshore decommissioning of pipelines in Brunei. This included developing detailed ecological and human health risk assessments for various decommissioning options.

### Platform Decommissioning Strategy Plan, Denmark

Performed an evaluation of decommissioning strategies from the environmental perspective for platform resources in the North Sea. Evaluations included understanding contaminated sediments and sub-sea structures related to decommissioning and abandonment activities planned.

### Decommissioning NEBA, Thailand

Developed Net Environmental Benefit Analysis models for determining effective decommissioning options for offshore assets including central processing platforms, wellhead platforms and pipelines. Efforts included developing impact assessments for air, marine, and benthic resources.

### Decommissioning Environmental Assessment, Thailand

Developed the Decommissioning Environmental Assessment (DEA) document to support the decommissioning of multiple well head, central processing, and sub-sea structures in the Gulf of Thailand. This included detailed field studies and a quantitative evaluation of decommissioning options and methods.

### Decommissioning Options Analysis, UK

Managed the evaluation of decommissioning options for the Brent Sea platforms. Environmental assessment included a review of all platform assets and life cycle status, biological resources in the North Sea, and incidence of shell mound habitats underneath platforms. Additional studies included the effects of deep water trawling on biota and long-term effects in the oil fields.

### Decommissioning Ecological Assessment, California

Managed the marine sciences and ecological risks associated with the disposition of residual shell mounds from the decommissioning of the 4H oil production platforms located in the Santa Barbara Channel. Led marine science investigations on the mounds, developed monitoring strategies, political strategy with CCC, CSLC, and other agencies, technical frameworks, and project designs for innovative studies to support the CEQA/NEPA process and develop the environmentally superior project alternative.

### Decommissioning Ecological Impact Assessment, Alaska

Provided ecological support for determining potential effects to marine resources from decommissioning activities related to potential removal of platforms within the Cook Inlet. Studies included development of baseline ecological resources, resource mapping, and data evaluations.

### Sediment Quality Objectives, California

Evaluated and developed the proposed framework for establishing sediment quality objectives for the State of California. Participated as a member of the Scientific Advisory Committee and evaluation of proposed methods for the evaluation and implementation of objectives to determine direct and indirect effects of contaminated sediments on ecological receptors.

### Toxic Hot Spot Evaluation, California

Developed the California Toxic Hot Spot review and sediment quality criteria. Provided direct support as liaison to SWRCB throughout the process. Served as member of the Scientific Steering Committee.

### Ecological Risk Assessment, California

In preparation for a property transfer, conducted the Ecological Risk Assessment on effects of residual PCBs and metals on the terrestrial and marine communities in Humboldt Bay, CA.

### Ecological Risk Assessment, Oregon

Conducted the Ecological Risk Assessment on effects of mine tailings on a stream community at the Cornucopia mine site in eastern Oregon.

### Ecological Services, California

City and County of San Francisco, Department of Public Works and the Port of San Francisco. Project Provided regulatory support, sediment study plans, field and laboratory services, and risk assessment assistance for routine maintenance dredging and development activities.

RAMBOLL

ENVIRONMENT & HEALTH

## OTHER KEY PROJECTS

### Deepwater Toxicity Study, California
Managed the long-term study designed to detect toxicity in sediments from sunken US Navy target ships at depths of over 2000 feet. Designed field study programs, developed innovative protocols, engineered field sampling equipment, and provided laboratory support.

### Deepwater Drilling Fluid Study, California
Managed the data collection, interpretation, and statistical analysis of a long-term deep sea study of the effects of offshore discharge of drilling fluids. This study included placement of settling traps and in-situ bioassays at a depth of over 600 feet in the Santa Barbara Channel.

### Wastewater Toxicity, Texas
Analyzed spatial and temporal distributions of toxicity around a municipal-industrial wastewater discharge in Texas. Designed and led field and laboratory studies to characterize waste plumes using sediment pore-water toxicity, water chemistry, and benthic diversity data.

### Produced Water Toxicology, California
Analyzed the ecological effects of oil-related effluents. Designed and led both field and laboratory studies to investigate effects on reproduction, growth, and development of marine invertebrates from produced water discharges.

## PUBLICATIONS


- Krause, P.R., and J. Baquiran. 2023. Subtidal intake systems for deep water desalination. Keynote address presented at the 2023 CalDesal Conference, Sacramento, CA.
- Baquiran, J. and Krause, P. (2022) Important Considerations for Pharmaceutical Development and Use in Aquaculture. Aquaculture 2022 Conference, San Diego.
- Krause, P.R., and J. Baquiran. 2019. Determining environmentally superior decommissioning options for hard and flexible pipelines. Society of Petroleum Engineers, SPE Journal. 2019.
- Jagerroos, S. and P.R. Krause. 2016. Rigs-to Reefs; Impact or enhancement on marine biodiversity. Journal of Ecosystem and Ecography. 16-438.
- Krause, P.R., M. Hartley, and W. Gala. 2015. Mitigation and restoration to enhance biodiversity. Presented at the International Association of Impact Assessment conference, Florence, Italy. 2015.
- Krause, P.R. 2014. Ecological value of leave-in-place and reefing options in temperate environments: Case studies from decommissioning projects in California, U.S.A. Society of Petroleum Engineers, SPE Journal. 2014
- Krause, P.R. J. Holder, and E. Buchak. 2013. Environmental baseline studies in the IA: Form and Function. Presented at the International Association of Impact Assessment conference, Calgary, Alberta, Canada. 2013
- Krause, P.R., R. Hill, and W.R. Gala. 2012. The Ecological resources on shell mound habitats surrounding platform decommissioning sites in the Santa Barbara Channel, California, U.S.A. Society of Petroleum Engineers, SPE Journal. 2012
- Krause, P.R. 2010. A new artificial reef in Santa Barbara, California: An example of environmental enhancement from oil field decommissioning activities. Presented at the Ecological Society of America, 2010 Annual Conference, Pittsburgh, PA.
- Krause, P.R., R. W. Hill, W.R. Gala, and S. Larew. 2010. Determining the ecological value of fish resources at platform decommissioning sites using ROV and trapping techniques in the Santa Barbara Channel, U.S.A. Society of Petroleum Engineers, SPE Journal 2010.

- Krause, P.R. 2002. Ecological toxicology of produced water. Proceeding, 2002 Information Transfer Meeting, US Department of the Interior, Minerals Management Service, Gulf Coast Region.
- Raimondi, P.T., A.M. Barnett, and P.R. Krause. 1997. The effects of drilling muds on marine invertebrate larvae and adults. Env. Tox. and Chem.16(6):1218-1228.
- Krause, P.R. 1995. Spatial and temporal variability in receiving water toxicity near an oil effluent discharge site. Arch. Env. Contam. Toxicol. 29:523-529.
- Krause, P.R. 1994. Effects of produced water on gametogenesis and gamete performance in the purple sea urchin (*Strongylocentrotus purpuratus*). Env. Tox. and Chem. 13(7): 1153-1161.

# APPENDIX C
# PERIPHYTON DATASET (2023)

Periphyton data provided by counsel. Sample names match locations on accompanying map.

| sample | month | day | year | phylum | class | species | density | rel.abund |
|---|---|---|---|---|---|---|---|---|
| control | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Aphanothece sp. | 12000 | 0.03878976 |
| control | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Pseudanabaena galeata | 159000 | 0.513964313 |
| control | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Schizothrix sp. | 4000 | 0.01292992 |
| control | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Stigeoclonium helveticum | 104000 | 0.336177916 |
| control | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Gomphonema lagenula | 1000 | 0.00323248 |
| control | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Nitzschia palea | 1000 | 0.00323248 |
| control | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Psammothidium childanos | 1000 | 0.00323248 |
| control | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Pinnularia marchica | 18000 | 0.058184639 |
| control | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Eunotia rostellata | 3000 | 0.00969744 |
| control | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Pinnularia substomatophora | 5000 | 0.0161624 |
| control | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Leptolyngbya sp. | 1360 | 0.004396173 |
| pipe | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Chroococcus sp. | 14200 | 0.206395349 |
| pipe | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Chlamydomonas sp. | 9500 | 0.138081395 |
| pipe | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Nitzschia palea | 4000 | 0.058139535 |
| pipe | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Gomphonema parvulum | 400 | 0.005813953 |
| pipe | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Stigeoclonium helveticum | 39600 | 0.575581395 |
| pipe | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Ulothrix sp. | 1100 | 0.015988372 |
| mid | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Ulothrix sp. | 52000 | 0.09859876 |
| mid | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Chroococcus sp. | 4000 | 0.00758452 |
| mid | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Pseudanabaena galeata | 92000 | 0.17444396 |
| mid | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Pinnularia substomatophora | 2000 | 0.00379226 |
| mid | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Gomphonema lagenula | 60000 | 0.1137678 |
| mid | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Psammothidium childanos | 12000 | 0.02275356 |
| mid | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Gomphonema parvulum | 7000 | 0.01327291 |
| mid | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Nitzschia palea | 11000 | 0.02085743 |
| mid | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Stigeoclonium helveticum | 119000 | 0.22563947 |
| mid | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Characium pringsheimii | 27000 | 0.05119551 |
| mid | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Chlorella sp. | 66000 | 0.12514458 |
| mid | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Chlamydomonas pseudopertyi | 28000 | 0.05309164 |
| mid | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Chlamydomonas gloeogama | 21000 | 0.03981873 |
| mid | 10 | 12 | 2023 | Heterokontophyta | Xanthophyceae | Chlorocloster sp. | 12000 | 0.02275356 |
| mid | 10 | 12 | 2023 | Charophyta | Zygnematophyceae | Closterium sp. | 90 | 0.000170652 |
| mid | 10 | 12 | 2023 | Euglenophyta | Euglenophyceae | Lepocinclus acuta | 90 | 0.000170652 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| mid | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Pseudanabaena catenata | 10370 | 0.019662868 |
| mid | 10 | 12 | 2023 | Heterokontophyta | Xanthophyceae | Tribonema minus | 1160 | 0.002199511 |
| mid | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Chlamydomonas sp. (palmelloid) | 2680 | 0.005081628 |
| downstreamRiver | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Oedogonium sp. | 10600 | 0.050229825 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Coscinodiscophyceae | Melosira varians | 2100 | 0.009951192 |
| downstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Oscillatoria sp. | 3500 | 0.01658532 |
| downstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Phormidium corium | 1400 | 0.006634128 |
| downstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Pseudanabaena galeata | 4900 | 0.023219447 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Synedra rumpens | 5700 | 0.027010378 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Psammothidium childanos | 4900 | 0.023219447 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Eunotia pectinalis var. minor | 1400 | 0.006634128 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Eunotia flexuosa | 2800 | 0.013268256 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Fragilaria vaucheriae | 6400 | 0.030327442 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Cocconeis placentula var. placentula | 5700 | 0.027010378 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Cymbella tumida | 700 | 0.003317064 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Frustulia crassinervia | 1400 | 0.006634128 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Frustulia vulgaris | 1400 | 0.006634128 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Cocconeis placentula var. lineata | 53700 | 0.25446619 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Achnanthidium rivulare | 52300 | 0.247832062 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Achnanthidium minutissimum | 24000 | 0.113727906 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Gomphonema lagenula | 6400 | 0.030327442 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Gomphonema parvulum | 1400 | 0.006634128 |
| downstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Gomphonema caperatum | 1400 | 0.006634128 |
| downstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Aphanothece sp. | 14100 | 0.066815145 |
| downstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Chamaesiphon sp. | 3500 | 0.01658532 |
| downstreamRiver | 10 | 12 | 2023 | Rhodophyta | Florideophyceae | Audouinella sp. | 250 | 0.001184666 |
| downstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Komvophoron sp. | 250 | 0.001184666 |
| downstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Homoeothrix varians | 830 | 0.00393309 |
| upstreamRiver | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Oedogonium sp. | 4900 | 0.047931136 |
| upstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Aphanocapsa sp. | 300 | 0.002934559 |
| upstreamRiver | 10 | 12 | 2023 | Rhodophyta | Florideophyceae | Audouinella sp. | 5800 | 0.056734814 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Navicula cryptocephala | 1200 | 0.011738237 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Fragilaria vaucheriae | 1200 | 0.011738237 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Eunotia pectinalis var. minor | 1200 | 0.011738237 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Cocconeis placentula var. placentula | 1800 | 0.017607356 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Cymbella aspera | 300 | 0.002934559 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Platessa oblongella | 900 | 0.008803678 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Eunotia flexuosa | 600 | 0.005869119 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Cocconeis placentula var. lineata | 30400 | 0.297368678 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Achnanthidium rivulare | 8300 | 0.081189475 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Achnanthidium minutissimum | 2800 | 0.02738922 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Bacillariophyceae | Gomphonema lagenula | 1500 | 0.014672797 |
| upstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Aphanothece sp. | 27000 | 0.264110339 |
| upstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Chamaesiphon sp. | 13500 | 0.13205517 |
| upstreamRiver | 10 | 12 | 2023 | Cyanobacteriota | Cyanophyceae | Anagnostidinema acutissimum | 260 | 0.002543285 |
| upstreamRiver | 10 | 12 | 2023 | Heterokontophyta | Coscinodiscophyceae | Melosira varians | 80 | 0.000782549 |
| upstreamRiver | 10 | 12 | 2023 | Charophyta | Zygnematophyceae | Closterium leibleinii | 30 | 0.000293456 |
| upstreamRiver | 10 | 12 | 2023 | Chlorophyta | Chlorophyceae | Ankistrodesmus falcatus | 100 | 0.000978186 |
| upstreamRiver | 10 | 12 | 2023 | Charophyta | Zygnematophyceae | Cosmarium galeritum | 30 | 0.000293456 |
| upstreamRiver | 10 | 12 | 2023 | Charophyta | Zygnematophyceae | Closterium setaceum | 30 | 0.000293456 |