# EXHIBIT W

Prepared for
**Verrill Dana, LLP**

Prepared by
**Ramboll Americas Engineering Solutions, Inc.**
**Los Angeles, California**

Date
**March 2026**

# SURREBUTTAL TO THE USEPA EXPERT REBUTTAL REPORT (NEICRP2134X02)

RAMBOLL

## PREPARED BY

Paul R. Krause, PhD
Principal

**Ramboll Americas Engineering Solutions, Inc.**
**350 South Grand Avenue**
**Suite 2800**
**Los Angeles, California 90071**

# CONTENTS

| | | Page |
|---|---|---|
| **EXECUTIVE SUMMARY** | | **1** |
| **1.** | **INTRODUCTION** | **3** |
| **2.** | **RESPONSES TO THE SALIENT FINDINGS FROM THE USEPA EXPERT REBUTTAL REPORT OF DR. KETELES (2026)** | **5** |
| 2.1 | Dr. Keteles (2026) claims that continued discharges by Pilgrim Foods into the Unnamed Stream and the swale would undoubtedly continue to have an impact on the Souhegan River. | 5 |
| 2.2 | Dr. Keteles (2026) asserts that the statistical analysis conducted using one-way ANOVA was flawed and irrelevant due to its omission of time as a critical factor. | 6 |
| 2.3 | Dr. Keteles (2026) contends that episodic acidification can have long-term impacts on fish and macroinvertebrate communities as supported by studies done by Hall (1994) and Baker et al., (1996). | 8 |
| 2.4 | Dr. Keteles (2026) questions the reasoning of using periphyton as a measure of environmental harm due to their rapid recovery post-discharge. | 10 |
| 2.5 | Dr. Keteles (2026) asserts that the low pH discharges from Pilgrim Foods enhance the toxicity of copper discharged by the Wastewater Treatment Plant (WWTP), as they increase the concentration of free copper ions. | 11 |
| **3.** | **LITERATURE CITED** | **12** |

# FIGURES

| | | |
|---|---|---|
| Figure 1: | pH values collected in May 2023 by NHDES (Livingstone 2023) on the Souhegan River | 7 |
| Figure 2: | Table 3 presented in Keteles (2026) showing pH data from 2022 with no source, citation, or methodology. Red labeling appear to indicate time and pH values recorded below 6.0 | 8 |

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| ANOVA | Analysis of Variance |
| EPA | Environmental Protection Agency |
| NHDES | New Hampshire Department of Environmental Services |
| PTI | Pollution Tolerance Index |
| Ramboll | Ramboll Americas Engineering Solutions, Inc. |
| USEPA | United States Environmental Protection Agency |
| WWTP | Wastewater treatment plant |

# EXECUTIVE SUMMARY

This surrebuttal responds to the major assertions made by Dr. Keteles (2026) regarding the ecological impacts of acidic discharges from Pilgrim Foods. Here I provide responses to each of the most salient points brought forward by Dr. Keteles and evaluate the evidence cited, and clarify the scientific and technical basis for each point.

**Dr. Keteles (2026) claims that continued discharges by Pilgrim Foods into the Unnamed Stream and the swale would undoubtedly continue to have an impact on the Souhegan River**

Dr. Keteles claims that if Pilgrim Foods' acidic discharges had continued, the Unnamed Stream and Souhegan River would have continued to degrade. This assertion is speculative and unsupported by empirical data. Continuous pH monitoring by the New Hampshire Department of Environmental Services (NHDES) (Neils 2013) demonstrates only short-lived, episodic pH drops that recover quickly, indicating no evidence of sustained ecological impacts. Furthermore, the unpermitted pipe discharge flowed downhill along a swale to the Souhegan River and never into the Unnamed Stream. Impacts attributed to the Unnamed Stream from Pilgrim Foods are not linked to impacts from acidic water discharged from the unpermitted pipe. Data support the conclusion that any changes to pH of the Souhegan River from the unpermitted discharge were localized pH depressions which occurred immediately following periodic discharge events.

**Dr. Keteles (2026) asserts that the statistical analysis conducted using one-way ANOVA was flawed and irrelevant due to its omission of time as a critical factor**

Dr. Keteles criticizes the Analysis of Variance (ANOVA) for not including time as a factor. The purpose of the ANOVA analysis was to compare the pH values collected at the site of the discharge entrance to the Souhegan River with other pH values collected by NHDES and the Environmental Protection Agency at locations relative to the Pilgrim Facility. Due to the haphazard and inconsistent sampling there were not enough data to include time or other factors. Despite this limitation, plotting pH by month shows that there was no temporal trend, and the ANOVA still correctly demonstrated that pH values from aquatic sites were statistically similar across locations, while remaining distinct from terrestrial samples.

**Dr. Keteles (2026) contends that episodic acidification can have long-term impacts on fish and macroinvertebrate communities as supported by studies done by Hall (1994) and Baker et al., (1996).**

Dr. Keteles cites studies by Hall (1994) and Baker et al. (1996) to argue that episodic pH depression can cause long-term harm to aquatic life. While this generalization is not disputed, the studies presented here defined "episodic" as measured in days to weeks. Data collected in the Unnamed Stream show that in 2022 only brief periods of pH depression occurred. A maximum of 120 minutes was recorded with depressions of pH below 6.0 over six months. In a 1997 report several fish kills were observed between 1995 and 1997, however no formal investigation or data are presented for the spatial and temporal impacts. It is impossible to draw conclusions or the significance of fish kills that occurred over a decade prior to the installation of the unpermitted discharge pipe on the swale and the periodic discharges that occurred between 2017 and 2023.

**Dr. Keteles (2026) questions the reasoning of using periphyton as a measure of environmental harm due to their rapid recovery post-discharge.**

Dr. Keteles questions the validity of using periphyton due to their rapid recovery and because phylum-level summaries may mask species-level differences. My 2025 analysis of the periphyton data did offer species-level data including a full taxa list and utilized a species-level Bray-Curtis dissimilarity analysis. Result of this supported the conclusion that there were no long-term impacts to this community. An additional pollution tolerance index analysis was presented and is supported by the methodology. Taken together the analyses provide convergent fine-resolution evidence of the lack of impact to the periphyton community and rapid recovery.

**Dr. Keteles (2026) asserts that the low pH discharges from Pilgrim Foods enhance the toxicity of copper discharged by the Wastewater Treatment Plant (WWTP), as they increase the concentration of free copper ions.**

Dr. Keteles asserts that acidic discharges from Pilgrim Foods may enhance copper toxicity from various discharge violations that occurred at the nearby wastewater treatment plant (WWTP). While it is true that acid conditions can exacerbate the free ion concentration of metals including copper, this claim lacks the necessary data to demonstrate that copper discharged under periodic violations from the WWTP was impacted by discharges from Pilgrim Foods in any way. Indeed, no river copper concentration (including total copper, free ion copper, or sediment bound copper) were provided and this remains purely speculative. Without temporal linkage between low pH events and WWTP copper exceedances, no causal connection can be established.

# 1. INTRODUCTION

This report aims to analyze and provide surrebuttal to the United States Environmental Protection Agency (USEPA) Expert Rebuttal Report (Keteles 2026). Dr. Keteles (2026) rebuts two reports prepared by me regarding this matter: Expert Opinion Report regarding the impact of the discharges of acidic wastewater to the Souhegan River (Krause 2025a) and the Rebuttal Report to the USEPA expert report titled adverse ecological impacts due to acidic discharges from Pilgrim Foods Greenville, New Hampshire (Krause 2025b). This report offers a surrebuttal addressing the key arguments put forth by Dr. Keteles (2026).

My involvement in this matter was brought on to render opinions related to the impacts associated with the discharge of acidic wastewater through an unpermitted discharge pipe installed at Pilgrim Foods, a mustard and vinegar manufacturing company located in Greenville, New Hampshire. Here a guilty plea of knowingly discharging acidic waste into the Souhegan River was entered and pending sentencing. As a field ecologist and ecotoxicologist, I personally visited the site to observe on a first-hand basis, the site conditions including the facility operations, the unpermitted discharge area, the surrounding biota, and evidence of any residual impacts. Additionally, I collected water and sediment pH data from areas along the old rail swale and into the swale delta area to observe the current conditions. This was important to provide a full understanding of the discharge, potential impacts, and ecological recovery.

This report does not respond to personal attacks rendered by Dr. Keteles in her 2026 rebuttal and instead attempts to respond only to the salient facts and issues brought up by her. However, I do think it is in the Court's best interest for me to reiterate my qualifications here since those were questioned. I received a master's degree (MS) in biology and analytical chemistry from California State University, Long Beach in 1987 and went on to serve as a water quality biologist for the County of Orange, California for approximately two years. During that time, I was responsible for surface water quality, study designs, and analysis. Following this, I attended the University of California at Santa Barbara where I received a doctoral degree (PhD) in ecology, evolution and marine biology. The emphasis of my work was on eco-toxicology of effluents. I went on to do postdoctoral studies through a fellowship with the National Research Council and US Fish and Wildlife Service where I continued my work on effluent toxicology. I have taught numerous graduate and undergraduate classes in freshwater and marine ecology, toxicology, research methods, and environmental management through various universities including CSU Long Beach, UC Santa Barbara, University of Texas, Texas A&M University, San Francisco State University, USC, UC Berkely, UC Los Angeles and Rice University. I hold a Sr. Professional Ecologist certification from the Ecological Society of America where I have been a member since 1984 and have held board positions including President of both Northern California and Southern California chapters of the Society of Environmental Toxicology and Chemistry where I have been a member since 1989. Currently, I am the lead for Impact Assessment, Biodiversity, and Ecology (IA/BE) for Ramboll Americas Engineering Solutions, Inc. (Ramboll).

I also attempt to keep my opinions focused on the criminal case at hand which is related to the installation and operation of a discharge pipe that periodically released acidic wastewater onto an old rail swale, where the effluent flowed down hill and ultimately into the Souhegan River. In her 2025 opinion, Dr. Keteles addressed impacts from an Unnamed Stream that flows through and past Pilgrim Foods facility and into the Souhegan River. In my 2025 opinion report I included discussion on impacts to and from the Unnamed Stream in

response but see these two influences on the Souhegan River as separate. One being the unpermitted discharge and subject of the guilty plea, and the other being the influence of the Unnamed Stream. I have seen no evidence or data linking the two and as far as I know, the unpermitted discharge pipe from Pilgrim Foods did not release acidic wastewater to the Unnamed Stream, but to the swale on the other side of the property.

# 2. RESPONSES TO THE SALIENT FINDINGS FROM THE USEPA EXPERT REBUTTAL REPORT OF DR. KETELES (2026)

## 2.1 Dr. Keteles (2026) claims that continued discharges by Pilgrim Foods into the Unnamed Stream and the swale would undoubtedly continue to have an impact on the Souhegan River.

Dr. Keteles (2026) made an opinion in the USEPA expert rebuttal report that "had the discharges continued at their levels prior to action by the State and Environmental Protection Agency (EPA), the quality of the Unnamed Stream and the Souhegan River would have continued to degrade because of the acidic discharges from Pilgrim Foods". The implication is that the ecosystem (i.e., Unnamed Stream and Souhegan River) would not have shown signs of improvement had the discharge continued (Keteles 2026). This assertion, while highlighting potential risks, remains speculative and lacks concrete evidence of sustained acidification and its subsequent impact.

Dr. Keteles' reliance on secondary data sources and speculation about impacts from historical discharge lacks real time verification. The continuous pH monitoring carried out by Neils (2013) for the New Hampshire Department of Environmental Services (NHDES) during the periods from October 16 to 28 and November 19 to December 3, at sites located upstream and downstream of the Pilgrim Foods facility along the Unnamed Stream, showed instances of pH fluctuations that are short-lived and return quickly to a higher (i.e., less acidic) value. This clearly shows that any acidification due to discharge by Pilgrim Foods through the Unnamed Stream is not continuous and continued impact on the Souhegan River is merely a speculation and not supported by data.

The unpermitted discharge location, central to the criminal case, is located at the top of a hill above the Pilgrim Foods facility. This discharge traveled down an old rail swale and spread into a small delta, known as the swale delta, before eventually reaching the Souhegan River. It should be noted that the topography of the hill makes it impossible for flow from the unpermitted discharge pipe to travel to the Unnamed Stream. Dr. Keteles (2025) references the pH data obtained by NHDES (Livingston 2023) on May 19, 2023 and May 23, 2023 to conclude that the river pH was being influenced by the discharge from the swale. The results of these studies did show that the pH values were generally low (acidic) within the swale discharge at that time. However, low pH levels reaching the swale delta are not unexpected and this observation is consistent with the operational nature of a vinegar production facility, where acetic acid is a primary constituent of the process effluent from Pilgrim Foods. However, the study does not provide evidence of any residual impact linked to the discharge, as Livingston's investigation was a one-time (i.e., a snapshot in time) and further continuous monitoring assessment was not part of the NHDES study to determine if any residual impacts are associated with periodic discharges from the unpermitted pipe at the top of the hill.

Collectively, these findings confirm that any changes to pH of the Souhegan River are localized pH depressions which may occur immediately following periodic discharge events. While not discounting the impactful nature of these periodic discharges during release, the pH depression events are short-lived and return to a higher pH value thereafter. The rapid biodegradation of acetic acid prevents sustained or cumulative acidification (Madsen et al. 2001; Eltron Research & Development, Inc. 2017). Therefore, the pH variations observed

along the swale, in the swale delta, and in the area where it entered the Souhegan River where temporary and site-specific occurrences rather than indicators of continued ecological impact.

## 2.2 Dr. Keteles (2026) asserts that the statistical analysis conducted using one-way ANOVA was flawed and irrelevant due to its omission of time as a critical factor.

The NHDES collected pH samples in 2023 at terrestrial and aquatic sites, from the delta on the Souhegan River, up the swale, to the unpermitted discharge pipe (Livingston 2023) at the top of the hill. The purpose of the ANOVA analysis was to compare the pH values collected at the site of the discharge entrance into the Souhegan River by NHDES in 2023, with other pH values collected by NHDES and EPA at locations relevant to the Pilgrim Facility. The relevant question was: How do the pH of samples collected at the discharge point, along the swale, the swale delta and into the Souhegan River compare to other sites in the local watershed?

For this analysis, I included all pH data collected by EPA or NHDES that were made available to me (Krause 2025a, Figures 10-11). Eager to perform a more sophisticated analysis taking into account seasonality or other variables known to influence water chemistry, I was stymied by the lack of other data collected at the same time as the pH samples. Unfortunately, there were not enough data provided by the EPA to use time as a factor in this analysis. That is, the haphazard and inconsistent collection between years and locations meant that there were not enough samples from a single day, month, season, or year for a rigorous analysis that could take time into consideration. Dr. Keteles is certainly correct that time could be a factor, but with this arbitrary sampling pattern and small number of samples, grouping samples by time and location would not leave sufficient statistical power to detect differences. That said, simply plotting the pH values used in Figures 10 and 11 by month show there is no temporal pattern – the range of pH values overlap for all months.

Further, I agree with Dr. Keteles that the variability in pH values downstream of the swale delta on the Souhegan River have a wider range (pH=3.3-8.0) than those upstream. In fact the full extent of this range was captured in 2023. Thus my original conclusion stands: the pH values from aquatic samples collected by EPA and NHDES in the Unnamed Stream, and upstream and downstream of the swale delta on the Souhegan River were not significantly different from each other, but aquatic samples from each location were significantly different from terrestrial samples. I agree that this is not ecologically surprising given the differences in habitat; however, this pattern is very clear that when low pH water was discharged from the unpermitted pipe the pH had largely recovered by the time it entered the Souhegan River (Figure 1). To emphasize this, I performed a statistical test on the swale pH samples and those from the river. Using the pH data shown in Figure 1 from the swale ($n=5$) and in the Souhegan River at the swale delta ($n=6$), results show that the values in pH are significantly different from each other (Welch's t-test, $p=0.0131$).




**Figure 1: pH values collected in May 2023 by NHDES (Livingstone 2023) on the Souhegan River**

Importantly, the pH data that Dr. Keteles refers to (without citation in text on page 15, and in Table 3, page 16 of the combined rebuttal report, Keteles 2026) collected "*during the 2022 field season*" somewhere in the Unnamed Stream (Figure 2) were not made available to me and it is not clear how, where, or by whom the data were collected, or what is included in the complete data set (since only selected data points are included in Table 3, Keteles 2026). Without this information the veracity of the data are unclear.

The Normandeau and Associates report was also conducted in 2022 (Normandeau 2022), but the pH data Dr. Keteles refers to (Figure 2) do not come from the report in our possession, which includes no pH data: a curious omission if the acidity of the water was so worrisome, and a failure to actually replicate the NHDES 2013 study by Neils (which also included benthic invertebrate and water chemistry sampling, Neils 2023. If we are to believe that these data are rigorous, then based on the selection of data shown (Figure 2), they provide excellent support for the very short duration of any low pH readings (a total of a maximum of 120 minutes over nearly six months below a pH of 6.0) and the rapid recovery of pH levels. This is in stark contrast to results of experimental field studies where pH was periodically depressed for days to weeks (Hall 1994, Baker et al. 1996). These field studies where pH was depressed for multiple days or weeks at a time cannot be relied upon for the proposition that brief sporadic periods of low pH causes similar environmental harm.

*Table 3 Continuous monitoring data during the 2022 field season. While there were extended durations when the pH dropped below 6.5, the other than 4 short duration episodes, the pH in the unnamed stream was above 6.0 during the 2022 field season.*

| Monitoring period | Maximum | Minimum | Episodes below 6.0 | Duration (Time, pH) |
|---|---|---|---|---|
| May 19-June2 | 7.06 | 6.06 | 0 | |
| June 2-June 16 | 7.13 | 6.60 | 0 | |
| June 16-June29 | 6.45 | 5.04 | 2 | June 16: 14:15 6.0, 14:30 5.98, 14:45 5.90, 15:00 5.91, 15:15 6.00<br><br>June 22: 10:45 6.27, 11:00 5.04, 11:15 5.62, 11:30 5.97, 11:45 6.16 |
| June 29-July 13 | 7.07 | 6.49 | 0 | |
| July 13-July 26 | 7.19 | 6.04 | 0 | |
| July 26-August 3 | 7.26 | 6.44 | 0 | |
| September 6-October3 | 7.47 | 4.46<br>Aside from the 2 events <30 minutes, the pH was above 6.26 | 2 | Sept 13: 13:57 6.92, 13:57 4.46, 14:12 6.26<br><br>Sept 9: 10:38 7.17, 10:53 4.46, 11:08 6.88 |
| October 3 - October 17 | 7.20 | 6.28 | 0 | |

**Figure 2: Table 3 presented in Keteles (2026) showing pH data from 2022 with no source, citation, or methodology. Red labeling appear to indicate time and pH values recorded below 6.0**

## 2.3 Dr. Keteles (2026) contends that episodic acidification can have long-term impacts on fish and macroinvertebrate communities as supported by studies done by Hall (1994) and Baker et al., (1996).

Episodic acidification refers to short-term reductions in the ability of water bodies to neutralize acid. Acidification can happen without human intervention, usually during rainstorms or snowmelt. Dr. Keteles refers to studies done by Hall (1994) and Baker et al. (1996) that provide insights into the effects of episodic acidification on aquatic life; however, these studies are limited by generalizing and exhibiting resource constraints. Furthermore, the "episodic" depression of pH in both studies ranged from days (Hall 1994) to weeks (Baker et al. 1996). The response of aquatic organisms to ecological impacts such as high flow low pH conditions can vary significantly between streams and species. Therefore, patterns observed in one region cannot be generally applied to another because of differences in local environmental conditions, stream chemistry and ecosystem dynamics. However, these studies do provide insight into impacts of pH depressions over the length of the study (days to weeks). The time frame for pH depression resulting from the discharge at the top of the swale is not similar to those utilized in the field experiment of Hall (1994) and Baker et al. (1996). I have seen no data that suggests that discharges from the unpermitted pipe at Pilgrim Foods extended for days to weeks.

Further on the discussion of episodic acidification, Dr. Keteles discloses continuous pH monitoring data collected in 2022 and points out four instances when the pH was below 6.0 in Unnamed Stream (See Figure 2 above). However, this data appeared to be collected between May – October 2022, and the field season in Normandeau 2022 report was between August – December 2022. This data was not disclosed to Ramboll and was outside the scope of the Normandeau 2022 report. The four times the pH was below 6.0 in June, September, and October were for a duration of approximately 45, 45, 15 and 15 minutes, respectively (for a total of a maximum of 120 minutes over six months, see Figure 2); these are extremely short time periods. Numerous factors can influence fluctuations in pH readings, including random chances of abiotic or biotic factors that interrupt the monitors (Dr. Keteles does not state what instrument was used for these recordings or where they were placed) such as debris or aquatic animals, and also malfunctions of the monitors as well.

As Dr. Keteles concludes on page 16 of her 2026 Rebuttal the 2022 bioassessment observed an improvement in the Unnamed Stream, which furthers the observation that despite the discharge of the low pH wastewater, the Souhegan River has not sustained long-term, detrimental impact.

Dr. Keteles (2025) and reports from NHDES and Normandeau (2022) make inferences about how fish populations are negatively impacted by the low pH discharge from Pilgrim but do not specifically cite any data to demonstrate impact caused by Pilgrim Foods to fish populations.

With respect to fish kill observations in the Souhegan River associated with depressed pH described in Bowser and Snook’s 1997 Souhegan River Watershed report, a clarification is warranted. The 1997 report indicates that fish kills have occurred in the Souhegan River and included at times both longnose and blacknose dace. Furthermore, no numerical counts, photographs, or formal investigative methodology were included in the 1997 report about fish kills. It is difficult to determine the significance of fish kills in 1995 and 1997 with respect to the discharge emanating from the swale since it occurred well over a decade after the reported fish kills.

Finally, there is no evidence of persistent, directional change in fish populations that would indicate long-term impairment. If chronic stress were present, standardized fish assemblage metrics should show sustained departures from regional expectations. However, Dr. Keteles has not provided site-specific, active fish monitoring results, so any assertion of long-term fish community effects rests on literature-based plausibility rather than site-specific evidence. Methodologically, fish responses can differ from other assemblages depending on the environmental context, so demonstrating long-term impacts on fish populations requires fish-specific monitoring rather than inference from other taxa. If Dr. Keteles intends to assert long-term fish impacts, then the USEPA should produce the underlying fish population datasets so that claims can be evaluated on empirical grounds. No data has been produced and thus, based on the standing data available to me, it is to my conclusion that no long-term impacts have occurred to aquatic populations in the Souhegan River.

### 2.4 Dr. Keteles (2026) questions the reasoning of using periphyton as a measure of environmental harm due to their rapid recovery post-discharge.

Dr. Keteles' critique that broad phylum-level groupings cannot resolve ecologically meaningful differences mischaracterizes the analytical basis of my conclusions. While my Expert Opinion Report includes a phylum-level visualization to provide high-level context (see Figure 15 in Krause 2025a), I also provided the full species list (Appendix C Periphyton Dataset in Krause2025a) and used Bray-Curtis dissimilarity computed at the species level (see Figure 16 in Krause 2025a). These materials are precisely the fine-resolution evidence that Dr. Keteles calls for and directly address the concern that different species within the same phylum can have different pollution tolerances.

Bray-Curtis dissimilarity at the species level quantifies differences across all recorded taxa and their relative abundances, making it sensitive to changes in pollution-tolerant versus pollution-sensitive species. The upstream and downstream sites in the Souhegan River exhibited low species-level Bray-Curtis dissimilarity, which is strong evidence of similar periphyton community composition. Conversely, any downstream pollution tolerant species would increase dissimilarity and be apparent in the metrics. Because this was not observed, I concluded there were no long-term detrimental impacts caused by the low pH discharge into Souhegan River.

It is standard practice in ecological reporting to present community data at multiple taxonomic resolutions: coarse summaries (e.g., phyla) for orientation and species-level metrics (e.g., species lists, dissimilarity indices, ordinations) for inference. The presence of a phylum-level figure does not imply the analysis was limited to that resolution, especially where species-resolved evidence and community statistics are provided. In this case, my inclusion of a species-level Bray-Curtis analysis and the underlying taxa list demonstrates that the conclusions rest on fine-resolution assessments rather than broad classifications.

Periphyton are appropriate indicators for water quality assessments because algae- and microbe-dominated communities respond rapidly and predictably to environmental shifts, allowing early detection before impacts manifest at higher trophic levels (Barbour et al. 1999). Dr. Keteles is correct that periphyton can recover quickly; however, this trait does not negate their diagnostic value and only emphasis the point that impacts would be expected to be short-lived and recover rapidly. When assessed with species-level tools and appropriate indices, periphyton can still reveal patterns consistent with longer-term stressors or the absence thereof. Within periphyton, diatoms (Heterokontophyta) are particularly valuable due to their diversity and well-documented sensitivity to abiotic conditions, enabling development and application of pollution tolerance indices (PTIs).

Regarding PTI, I recognize that indices are region- and taxa-specific. No New Hampshire-specific diatom PTI was identified, nor was a PTI referenced by NHDES or Normandeau despite their report stating collection of periphyton data. To provide additional context, I assigned species-specific tolerance values using Muscio 2002 and calculated PTIs for sites upstream and downstream of the swale delta. Muscio (2002) provides a harmonized, reproducible workflow to build and apply diatom PTI values for Environmental Integrity Index analyses. The study reconciled taxonomy to a single primary name per taxon and linked synonyms to eliminate redundancy, and then compiled indicator values from Kentucky, Montana, and Van Dam ecological indicators, which are standardized to a common 1-4 sensitivity scale and directionally aligned (where tolerant = 1, sensitive = 4).

Implementing this method, expanded PTI coverage, yielding a more robust periphyton indicator. While Muscio's PTI was developed for Central Texas, the index offers a transparent, species-level framework for comparing site composition by tolerance classes.

Taken together, the species-level Bray-Curtis results and the adapted PTI analysis provide convergent, fine-resolution evidence. Because both indicate minimal compositional differences between upstream and downstream communities, the most parsimonious interpretation is that there was no measurable impact on the periphyton community at the downstream location. If meaningful species-level differences existed, they would be evident as increased Bray-Curtis dissimilarity, separation in ordination space, or shifts in PTI scores toward more tolerant assemblages.

## 2.5 Dr. Keteles (2026) asserts that the low pH discharges from Pilgrim Foods enhance the toxicity of copper discharged by the Wastewater Treatment Plant (WWTP), as they increase the concentration of free copper ions.

Dr. Keteles (2026) asserts that low pH discharges from Pilgrim Foods amplify the toxicity of copper ions released by the WWTP by increasing the concentration of free copper ions. This claim, while theoretically plausible under acidic conditions, faces significant challenges due to the lack of empirical data and supportive analysis by Dr. Keteles. The claim lacks the necessary data to demonstrate that copper violations from the WWTP coincided with periods of low pH discharge from Pilgrim Foods. Without concurrent data points on pH levels and copper concentrations, this assertion remains purely speculative.

Additionally, variations in hydrological conditions, particularly river flow, can significantly influence copper concentrations in aquatic systems through sediment related processes as well. This factor was not accounted for in the rebuttal report by Dr. Keteles (2026). Changes in flow regimes affect the transport, deposition and remobilization of sediment particles that often carry adsorbed metals such as copper.

During periods of high river discharge, such as heavy rainfall events or snowmelt, increased flow velocity enhances the river's capacity to mobilize and transport sediments. This process can resuspend previously deposited sediments containing copper, thereby increasing copper concentrations in the water column as particle-bound metals become reintroduced into suspension. Resuspension can also promote the release of weakly bound copper from sediments into the overlying water due to particle collisions and changes in chemical conditions, potentially increasing dissolved copper concentrations.

Conversely, during periods of low river flow, sediment transport decreases and suspended particles tend to settle and accumulate on the riverbed. This sediment deposition can reduce copper concentrations in the water column but increase copper storage in the benthic substrate, where it may later be remobilized under changing hydrodynamic conditions.

# 3. LITERATURE CITED

Baker, J. P., J. Van Sickle, C. J. Gagen, et al. 1996. "Episodic Acidification of Small Streams in the Northeastern United States: Effects on Fish Populations." Ecological Applications 6 (2): 422–37. https://doi.org/10.2307/2269380.

Barbour, M. T., J. Gerritsen, and J. B. Stribling. 1999. "Rapid Bioassessment Protocols for Use in Streams and Wadeable Rivers-Periphyton-Benthic Macroinvertebrates and Fish." Environmental Protection Agency.

Bowser, M., Snook, H., 1997. Souhegan River Watershed Report (Final Report No. NHDES-WD-97-9). New Hampshire Department of Environmental Services Water Division.

Eltron Research & Development, Inc., 2017. U.S. FDA Environmental Assessment for Food Contact Notification No. 1783 . Accessed on 11 November 2025. Accessed from: https://www.fda.gov/files/food/published/Environmental-Assessment-for-Food-Contact-Notification-No.-1783.pdf.

Hall, Ronald J. 1994. "Responses of Benthic Communities to Episodic Acid Disturbances in a Lake Outflow Stream at the Experimental Lakes Area, Ontario." Canadian Journal of Fisheries and Aquatic Sciences 51 (8): 1877–92. https://doi.org/10.1139/f94-188.

Keteles, K. 2025. "Adverse Ecological Impacts due to Acidic Discharges from Pilgrim Foods Old Dutch Mustard, Greenville, New Hampshire." United States Environmental Protection Agency (USEPA) Expert Report.

Keteles, K. 2026. "Rebuttal of expert opinion of Dr. Paul Krause regarding the impact of the discharges of acidic wastewater to the Souhegan River and Rebuttal to the USEPA expert report titled adverse ecological impacts due to acidic discharges from Pilgrim Foods Greenville, New Hampshire." USEPA Expert Rebuttal Report.

Krause, P. 2025a. "Expert opinion report of Dr. Paul Krause regarding the impact of discharges of acidic wastewater to the Souhegan River. Case Number 1:25-CR-02-LM-AJ-01/02." Prepared by Ramboll Americas Engineering Solutions, Inc., Los Angeles, CA.

Krause, P. 2025b. Rebuttal to the USEPA report, Adverse ecological impacts due to acid discharges from Pilgrim Foods, Greenville, New Hampshire. Prepared by Ramboll Americas Engineering Solutions, Inc. Los Angeles, CA.

Livingston, R. 2023. Field Inspection Report – NHDES Watershed Bureau. NHDES Field Inspection Report, May 19, 2023 and May 23, 2023 (EMD File#: 4191). Document ID: USAONH-00001 159.

Madsen, T. et al. (2001). Environmental and Health Assessment of Substances in Household Detergents and Cosmetic Detergent Products (Miljøprojekt 615). Danish Environmental Protection Agency. Accessed from: https://www.researchgate.net/publication/264868866_Environmental_and_Health_Assessment_of_Substances_in_Household_Detergents_and_Cosmetic_Detergent_Products.

Muscio, Cara. 2002. "The Diatom Pollution Tolerance Index: Assigning Tolerance Values." City of Austin - Watershed Protection & Development Review Department, Environmental Resource Management, June.

Neils, D. 2013. Water quality impairment documentation in unnamed stream, Greenville, New Hampshire. New Hampshire Department of Environmental Services, Watershed Management Bureau.

Neils, D., 2023. Comparison of biological data collected from an Unnamed Stream, Greenville, NH, 2013 and 2022. New Hampshire Division of Environmental Services.

Normandeau Associates, Inc. 2022. Unnamed Brook 2022 Environmental Monitoring Report. Bedford, NH.