EPA
United States Environmental Protection Agency
Office of Enforcement and Compliance Assurance
Office of Criminal Enforcement, Forensics and Training

National Enforcement Investigations Center
NEIC

**EXPERT REPORT**

**NEICRP2134X01**
**September 9, 2025**

# Adverse Ecological Impacts due to Acidic Discharges from Pilgrim Foods Old Dutch Mustard, Greenville, NH

**Pilgrim Foods**
**NEIC Project No.: RP2134**
**CID Case No.: 06455-0100**
**Prepared by:**

KRISTEN KETELES
Digitally signed by KRISTEN KETELES
Date: 2025.09.09 09:16:34 -06'00'

Kristen Keteles, Ph.D., Toxicologist

**Prepared for:**
**Matthew Hunter**
**Assistant United States Attorney**
**United States Attorney's Office**
**District of New Hampshire**
**53 Pleasant Street 4th Floor**
**Concord, NH 03301**

**Professional Qualifications**

I am employed as a toxicologist by the U.S. Environmental Protection Agency (EPA), Office of Enforcement and Compliance Assistance, National Enforcement Investigations Center (NEIC), where I routinely write expert opinion reports and testify on the potential for harm from chemical releases to human health and environment. I also served on EPA's Risk Assessment Forum, a committee of senior EPA scientists tasked with promoting consensus on difficult and controversial risk assessment issues and incorporating this consensus into Agency risk assessment guidance. I have worked for EPA for more 17 years, including 8 years as a regional toxicologist/risk assessor, conducting both human health and ecological risk assessments at Superfund hazardous waste sites. I also regularly provided technical expertise to the EPA Region 8 and National Emergency Response and Removal programs regarding immediate threats posed to public health and the environment from spills and releases. Prior to working for EPA, I worked for the National Park Service (NPS), managing natural resource condition assessments to determine risk from threats to NPS water resources. Before working for the National Park Service, I was an assistant professor of biology at the University of Central Arkansas, Conway, Arkansas, where I managed a research program assessing the effects of toxic metals on aquatic life, including how acidic water impacts the toxicity of metals.

I have a Ph.D. from Louisiana State University, Baton Rouge, Louisiana, with an emphasis in environmental toxicology. My dissertation research focused on the fate and effects of toxic metals on aquatic life and implications on the food chain. I also have a B.S. in marine science from Coastal Carolina University, Conway, South Carolina. Before beginning my Ph.D. work, I was a senior research associate at the Dartmouth University Superfund Basic Research Program in Hanover, New Hampshire, where I investigated environmental factors including pH that influence the fate and effects of toxic metals in northeastern U.S. Lake food webs.

My professional and academic background includes specialized experience in assessing risk from contaminants to aquatic ecosystems. My curriculum vitae is attached to this report as **Appendix A**. It includes a list of publications authored by me and a list of all cases in which I have testified as an expert in the previous 4 years. As a U.S. government employee, I am compensated only my normal salary as a GS-15 for this work.

**Summary of Opinion**

The decades of discharging acidic waste by Pilgrim Foods Old Dutch Mustard (ODM) into the Souhegan River from a tributary and from an underground pipe adversely impacted aquatic life and the water quality of the river. Historical monitoring data indicate that acidic discharges from ODM into an unnamed stream impaired both the stream and the Souhegan River. In 1997, fish

kills and changes to the fish population were observed in the Souhegan River downstream of the confluence with an unnamed stream and attributed to ODM. The unnamed stream, a tributary of the Souhegan River, is listed as impaired for mercury, iron, low pH and low dissolved oxygen. The acidic discharges into the stream caused the low pH and low dissolved oxygen. Assessments conducted on the stream found severe impacts to aquatic life including the presence of sewage fungus and pollution tolerant aquatic insects downstream of ODM. The fungus will consume oxygen and lead to low dissolved oxygen. Furthermore, the acidic discharges likely caused the metals such as mercury, aluminum, lead and iron from natural or other anthropogenic sources to become dissolved in the water column and become more toxic to aquatic life in the stream and the river. The impacts to the river and the unnamed stream demonstrate that ODM's wastewater is extremely damaging to aquatic life.

More recent discharges from ODM from an underground pipe into a swale partially lined with rip rap that drains into the Souhegan River continued to impact the river and likely prevented the recovery of the ecosystem. State inspectors found extremely low pH in the Souhegan River near the drainage from the swale and the source was identified as an underground pipe coming from ODM. Just as prior discharges into the unnamed stream impacted the Souhegan River, the discharges in the Souhegan River from the swale would continue to stress aquatic life and degrade the Souhegan River ecosystem. The section of the Souhegan River near ODM is impaired due to pH, dissolved oxygen, mercury, aluminum, iron, and lead and it is likely that the discharges from ODM, both recent and historic, greatly contributed to the impairment status of this section of the river.

**Background and introduction**

Pilgrim Foods Old Dutch Mustard facility is located in Greenville, NH near the Souhegan River (Figure 1). The Souhegan River runs northeast near and to the east of the facility and eventually flows into the Merrimack River. An unnamed stream flows from the west through the facility and into the Souhegan River. Since the 1980s, ODM has caused significant ecological damage by discharging acidic waste into the unnamed stream which has resulted in several enforcement actions and attempts to bring ODM into compliance. Acidic wastewater discharges to the unnamed stream were not allowed and close monitoring of stormwater discharges to the unnamed stream were required to ensure that the facility was not discharging acidic wastewater. To dispose of its wastewater, ODM was required to store the wastewater at its facility in tanks and pay a trucking company to haul the wastewater to a treatment plant. In 2015, an underground pipe was installed from the facility to transport water to storage tanks located partway up a hill behind the facility. However, the water storage tanks were dismantled in approximately 2016 or 2017, and the underground pipe was extended to an abandoned railroad bed at the top of the hill behind the facility.




*Figure 1. A site map showing the location of ODM, the unnamed stream, the Souhegan River, the buried discharge pipe and route of discharge into the swale draining into the Souhegan (swale discharge). The buried pipe and discharge route into the swale were estimated based on the NEIC Criminal Investigation Report and represent an approximation of location. The base map including the location of the facility, the unnamed stream and the Souhegan river were obtained from* *www.mywaterway.gov*

Beginning by at least the spring of 2017, ODM pumped acidic wastewater through the underground pipe and released into the abandoned railroad bed. Once discharged into the abandoned railroad bed, the acidic wastewater flowed along a partially lined riprap ditch down the railroad bed and then into a swale where it then flowed into the Souhegan River. Wastewater from the facility, which was prohibited from being discharged into the unnamed stream due to severe ecological damage, was directly flowing into the Souhegan River from the discharge pipe. This report will discuss the impacts to the unnamed stream, impacts to the

Souhegan River from ODM discharges into the unnamed stream, and the impacts to the Souhegan River from the discharges into the swale from the underground pipe (swale discharge).

**Ecological impacts of acidic discharges**

pH is a measure of how acidic or basic a substance is and determines the corrosivity of a substance (Figure 2). A pH of 7 is neutral and values less than 7 are acidic. Because pH is based upon a nonlinear scale, a pH of 5 is ten times more acidic than a pH value of 6 and therefore, a change from a pH of 6 to a pH of 5 can have severe impacts on aquatic life.




*Figure 2. pH scale obtained from https://www.bbc.co.uk/bitesize/articles/z38bbqt#zd7ccmn*

The optimum pH range for aquatic life is between 6.5 and 9 (Baker 1990, Environmental Protection Agency [EPA] 1986). Levels outside this range even for short durations can negatively impact aquatic life. Intermittent or sustained low pH physiologically stresses many fish, invertebrate, and amphibian species and can result in decreased reproduction, decreased growth, and susceptibility to disease. Acidic water directly causes damage to the skin and gills making the animal more susceptible to infections. Gill damage can also affect the absorption of oxygen and the animal's ability to regulate salts and water. Low pH below 5 is lethal to most aquatic life. At pH levels between 5 and 5.5 streams will experience the loss of several fish species including important sport fish such as brook trout, bass, and Atlantic salmon (Table 1). These mobile species will often move to a less impacted portion of a river or large body of water, resulting in the species' loss from the impacted areas. Additionally, many species of invertebrates which many sport fish rely on for food will decline in acidic water and the reduced food can also adversely impact fish and amphibians. Loss of acid sensitive species will occur at a pH between 5.5 and 6.0 (Table 1). Even at pH between 6.0 to 6.5, a decline in reproduction in sensitive species can occur (Table 1). The stress from low pH can result in death to fish and invertebrates or a decline in the species population due to sublethal effects such as reduced reproduction, disease, or susceptibility to predation. Reduction in species populations can

*Table 1. General Summary of Biological Changes Anticipated with Surface Water Acidification, Expressed as a Decrease in Surface Water pH.*

| pH Decrease | General Biological Effects |
|---|---|
| 6.5 to 6.0 | Small decreases in plankton and benthic invertebrate species richness resulting from loss of a few highly acid-sensitive species, but no measurable change in total community abundance or production. |
| | Some adverse effects (decreased reproductive success) may occur for highly acid-sensitive fish species (e.g., fathead minnow, striped bass). |
| 6.0 to 5.5 | Loss of sensitive species of minnows and dace (e.g., fathead minnow and blacknose dace); in some waters, decreased reproductive success of lake trout and walleye, which are important sport fish species in some areas. |
| | Visual accumulation of filamentous green algae in near-shore zone of many lakes and in some streams. |
| | Distinct decrease in species richness and change in species composition of plankton and benthic invertebrate communities, although little if any change in total community abundance or production. |
| | Loss of some common invertebrate species from zooplankton and benthic communities, including many species of snails, clams, mayflies, amphipods, and some crayfish. |
| 5.5 to 5.0 | Loss of several important sport fish species, including lake trout, walleye, rainbow trout and smallmouth bass, as well as additional nongame species such as creek chub. |
| | Further increase in the extent and abundance of filamentous green algae in lake near-shore areas and streams. |
| | Continued shift in species composition and decline in species richness of plankton, periphyton and benthic invertebrate communities; decreases in total abundance and biomass of benthic invertebrates and zooplankton may occur in some waters. |
| | Loss of several additional invertebrate species common in surface waters, including all snails, most species of clams and many species of mayflies, stoneflies and other benthic invertebrates. |

*Table 1. General Summary of Biological Changes Anticipated with Surface Water Acidification, Expressed as a Decrease in Surface Water pH.*

| pH Decrease | General Biological Effects |
|---|---|
| 5.0 to 4.5 | Loss of most fish species, including most important sport fish species (e.g., brook trout and Atlantic salmon). A few fish species are able to survive and reproduce in water below pH 4.5 (e.g., central mudminnow, yellow perch). |
| | Measurable decline in whole-system rates of organic matter decomposition, potentially resulting in decreased rates of nutrient cycling. |
| | Substantial decrease in number plankton and benthic invertebrate species and further decline in plankton and periphyton species richness; measurable decrease in total community biomass of plankton and benthic invertebrates of most waters. |
| | Loss of additional plankton and benthic invertebrate species, including all clams and many insects and crustaceans. |
| | Reproductive failure of some acid-sensitive species of amphibians (e.g., spotted salamanders, Jefferson salamanders, leopard frogs). |
| From Baker et al. (1990). Retrieved from https://www.epa.gov/caddis/ph | |

ultimately lead to reduced biological diversity in streams which is important for the ecosystem to function.

Low pH also affects the toxicity of chemicals such as metals. Low pH causes mercury to become soluble and taken up by aquatic life. For example, acidic water can cause mercury that was bound in sediments to become released into water and once dissolved in the water, it can be taken up by organisms and accumulates in the food chain (Jardine 2013). Additionally, bacteria convert mercury to a form of mercury, methylmercury, that more readily accumulates in aquatic life in low pH water (Wiener et al 1990). In a study of mercury accumulation in lakes with different pH, mercury accumulated in fish at higher levels in the lake with a pH within 5.3 to 5.6 than in a lake with a pH of 6.3 to 6.9 (Scheuhammer and Graham 1999). Acidic water also increases the solubility of other metals including iron, lead, and aluminum, leading to increased uptake by aquatic life and toxicity (Dietrich et al 1989). For example, aluminum is toxic to fish at a pH range of 5.0 to 5.5 (Mason 2002, p. 192)

**Impacts to the unnamed stream**

Because the discharges from ODM have been occurring for decades, the unnamed stream is listed as impaired due to acidity, low dissolved oxygen, mercury, iron and biological integrity which is a measure of the health of the ecosystem (https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-21/2024 Figure 3). In 2013, continuous monitoring was done by New Hampshire Department of Environmental Services (NHDES) at a site upstream and a site downstream of ODM from October 16 to 28 and November 19 to December 3 (Figures 4, 5, 6). Except for a rain event when the pH dropped slightly below 6, the pH at the upstream site was stable and consistently close to 6.5 (Figures 5 and 6). The downstream site experienced sharp drops in pH from 7.0 to below 4.5 (Figures 5 and 6). The extreme variation and episodic low pH downstream of ODM is deleterious to aquatic life. It was evident that the water quality of the stream was impacted by discharges from ODM and as a result, the ecological community was adversely impacted.




*Figure 3 The unnamed stream represented by the blue line is impaired for aquatic life and fish consumption due to acidity, low oxygen, mercury and metals (https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-21/2024).*




| Site_ID | Lat | Long |
|---|---|---|
| 01-XS1 | 42.773986 | -71.80758 |
| 01A-XS1 | 42.773907 | -71.80788 |
| 01W-XS1 | 42.77421 | -71.80988 |
| 01X-XS1 | 42.77473 | -71.81013 |
| 01Y-XS1 | 42.77483 | -71.81041 |
| 01Z-XS1 | 42.77499 | -71.81057 |
| 02-XS1 | 42.77513 | -71.81077 |
| 03-XS1 | 42.772553 | -71.81438 |
| 04-XS1 | 42.77517 | -71.81929 |
| 01E-XS1 | 42.773639 | -71.80938 |

*Figure 4. The locations of continuous monitoring sites upstream and downstream of ODM from October 16- 28, 2013 and November 19, 2023, to December 3, 2023. are circled in yellow (NHDES 2013).*

Assessments conducted in 2013 and 2022 by NHDES and Normandeau Associates, respectively found severe impacts to the stream immediately downstream of ODM. The most visually striking indicator was the presence sewage fungus known to inhabit polluted water downstream of ODM (Figures 7 and 8). The fungus is known to deplete oxygen and smother aquatic life (Taylor *et al* 2009). Therefore, it is likely that the fungus caused the impairment due to low dissolved oxygen. Additionally, the fungus can result in infections in fish, especially if fish have skin lesions due to low pH making them more vulnerable to infection (Willoughby and Roberts 1991). The sewage fungus continued to persist downstream of ODM in 2022. The bottom dwelling invertebrates downstream of the ODM were indicative of pollution, including a midge larva that is known to inhabit waters with low dissolved oxygen (NHDES 2013 and Normandeau Associates 2022). While there was an improvement of the invertebrate community in 2022, the biological integrity remained low. Therefore, the stream was still impaired from the long-term discharges into the stream. The discharges likely also contributed to the impairment for iron and mercury for the unnamed stream due to the solubility of metals in low pH.




*Figure 5. Continuous monitoring of pH from November 19, 2013 to December 3, 2013 upstream (pink) and downstream (blue) of ODM. During this time period there were multiple incidents of extremely low pH in the unnamed stream representing acidic discharge (NHDES 2013).*




*Figure 6. Continuous monitoring of pH from October 16, 2013, to October 28, 2013 upstream (pink) and downstream (blue) of ODM. There were two events of extremely low pH downstream of ODM during this period. (NHDES 2013).*







*Figure 7. Photo A is an image o of a rock covered in sewage fungus from downstream of ODM in the unnamed stream. Photo B is an image of a rock from upstream of ODM in the unnamed stream, note lack of sewage fungus. (NHDES 2013).*



*Figure 8. Sewage fungus downstream of ODM in the unnamed stream (NHDES 2013). The fungus depletes oxygen and smothers existing aquatic life.*

**Impacts to the Souhegan River from ODM Discharges to the Unnamed Stream**

The discharges into the unnamed stream impacted the Souhegan River. For example, fish kills were observed in the Souhegan River in 1995 and 1996 and were attributed to low pH due to acidic discharges from ODM into the unnamed stream (NHDES 1997). During a New Hampshire Department of Environmental Services (NHDES) monitoring survey conducted on the Souhegan River in 1997, pH was in the natural or expected background levels (6.5 to 7.8) at all sites except the site downstream of the confluence with the unnamed stream which was 4.7. Further investigation revealed that the source of the acidic water in the Souhegan River was the unnamed stream which had a pH of 3.4. Continued investigation revealed that ODM was discharging acidic waste into the unnamed stream. Downstream of ODM, pH levels were low compared to sites upstream of the plant demonstrating that ODM was the source of pollution in the unnamed stream (Figure 9) which was polluting the Souhegan River. Monitoring conducted in June 2000 also measured a pH of 5.38 downstream of the unnamed stream (https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2024). The low pH measured in the Souhegan River at the confluence with the unnamed stream demonstrates that discharges from ODM affected the pH of the river and adversely impacted aquatic life in the river.




*Figure 9. pH levels upstream and downstream of ODM pH in the unnamed stream from monitoring conducted in 1997 (NHDES 1997). The pH downstream of ODM is lower than upstream indicating that ODM is the source of the acidic water that was being discharged into the Souhegan River.*

The fish kills in the Souhegan River downstream of ODM in 1995 and 1997 primarily affected longnose and blacknose dace which occupy cobbles in faster flow areas and are limited in movement (NHDES 1997). Fish species that are more mobile such as trout and Atlantic salmon can avoid the contaminated plume. Even though Atlantic salmon did not experience direct mortality, their expatriation from the section of river near the discharge is a detrimental impact, nonetheless. Due to their limited mobility, the dace would be less likely to escape the contaminated plume from ODM. Longnose and blacknose dace are sensitive to pH and therefore the low pH water would be directly lethal to these species (Baker 1990). Dace are important components of the aquatic ecosystem and contribute to the health and biodiversity of the Souhegan river by serving as a food source to larger predatory fish such as trout species and bass (Edwards *et al* 1983, Trial *et al* 1983). Additionally, they consume aquatic insects such as black fly larvae and midges and keep the populations of insects in balance. Dace are also bottom feeders and help keep the river bottom clean of excess algae. Without dace, excess algae can grow. The removal of dace from the river below ODM due to the discharges that occurred over several decades will affect the health of the aquatic ecosystem. The low pH and fluctuations in pH from the discharges would prevent the recovery of the dace populations and is likely why recent fish kills were not observed in recent years. In fact, the 1997 survey indicated the limited fish population consisted predominately of pollutant tolerant species such as white sucker and perch. The monitoring studies conducted on the Souhegan River demonstrate that discharges from ODM into the unnamed stream impacted the Souhegan River.

**Impacts to the Souhegan River from the Swale Discharge**

In May 2023, a NHDES monitoring crew observed a discharge into the Souhegan River downstream of the unnamed stream. Further investigation revealed that the discharge originated from an underground pipe from the ODM facility and was flowing in what was identified as a partially riprap lined swale. As the discharge into the swale reached the Souhegan River, it fanned out and drained into the river at multiple points (Robert Livingston, Watershed Specialist, Bureau of Watershed Management NHDES, personal communication September 5, 2025). On May 19, 2023, the water in the swale had a pH of 3.18 and a sample collected three feet downstream of a swale discharge point in the Souhegan River had a pH of 3.34 (Table 2, Figure 10). The pH of a sample collected three feet upstream of a swale discharge point in the Souhegan River was 5.34 indicating that the river pH was being influenced by the discharge from the swale (Table 2, Figure 10). During an announced site inspection on May 23, 2023, ODM stopped the discharge from the underground pipe and the remaining flow in the swale was 70% lower than it was on May 19. Because the discharge had been cut off and the flow was now a trickle, the impacts to the pH of the Souhegan River were not as evident as they were on May 19 inspection (Robert Livingston, Watershed Specialist, Bureau of Watershed Management, NHDES personal communication September 5, 2025). Measurements taken downstream from a swale discharge point had a pH of 6.70, 6.56, and 5.58 and upstream locations had a pH of 6.63 and 6.90 (NHDES 2023, Figure 11) because ODM was not actively discharging from the buried pipe during the site. The results show that discharges from the buried pipe influence the pH of the Souhegan River. Fluctuations in river pH due to variability in discharge frequency are still very detrimental to aquatic life. Therefore, the acidic discharges from the swale were impacting the pH of the Souhegan River and will adversely affect aquatic life similar to impacts to the Souhegan River from the previous discharges into the unnamed stream.

*Table 2. Sample results from the May 19, 2023, site inspection (NHDES 2023).*

| Site | Date/Time | pH | Site Description |
|---|---|---|---|
| A | 5/19/2023 1:15 PM | 3.18 | Directly in the swale |
| B | 5/19/2023 1:15 PM | 5.34 | 3 ft upstream of a swale discharge point in the Souhegan River |
| C | 5/19/2023 1:15 PM | 3.34 | 3 ft downstream a swale discharge point in the Souhegan River |




*Figure 10. Sampling site photos from the May 19, 2023, inspection. A. Sample Site A was collected within the swale discharge approximately 3 feet from the confluence point of the swale discharge point and the Souhegan River. B. Sample Site B was collected from the Souhegan River approximately 3 feet upstream from the observed swale discharge point. C. Sample site C was collected from the Souhegan River approximately 3 feet downstream from the observed swale discharge point. Note the foam in swale discharge and at both sampling locations in the Souhegan River from the discharge (NHDES 2023).*

According to EPA, the section of the Souhegan River near ODM is listed as impaired as of 2024 due to low pH, dissolved oxygen, mercury, iron, aluminum, and lead (https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2024, Figure 12). It is likely that the continued discharges from ODM contributed to the impairment of the Souhegan River for pH. The decades of discharging acidic water into the river from both the unnamed stream and the swale discharge has the potential to affect the alkalinity or buffering capacity of the river. Alkalinity refers to a water body's capacity to neutralize acid typically by naturally occurring minerals such as bicarbonate and carbonate (Mason 2002, p 184). Acidic discharges can deplete this capacity by using up the minerals that neutralize acid and then affect the river's capacity to neutralize acid from low pH discharges or run off from rain. Therefore, recovery of the ecosystem may take longer if the buffering capacity is depleted due to the long-term discharge of acidic water and continued discharge from the swale.

Additionally, the continued discharges from ODM could contribute to the impairment due to mercury, iron, aluminum and lead since low pH increases the solubility of these metals which

may be from natural or other anthropogenic sources. The solubility enhances uptake and increases the toxicity. Because low pH enhances the conversion of mercury to a form that accumulates in tissue, it's likely that the discharges contributed to conditions that resulted in a mercury fish consumption advisory.



*Figure 11.. Photos from the NHDES May 2023 Inspection report showing the differences in flow in the swale on May 19 (Left) and May 23 (Right).*




*Figure 12. The Souhegan River section near ODM is represented by the blue line and is impaired for aquatic life and fish consumption due to acidity, degraded aquatic life, mercury, and metals (https://mywaterway.epa.gov/waterbody-report/11113300/NHRIV700060902-05/2024).*

## Conclusion

In conclusion, the decades and more recent acidic discharges from ODM adversely affected aquatic life in the Souhegan River and unnamed stream and prevented the recovery of these important ecosystems. The low pH in the unnamed stream from the discharges was harmful to aquatic life and the stream is listed as impaired due to the damage caused by ODM. The discharges from ODM directly impacted aquatic life in the stream and the Souhegan River due to the low pH. Furthermore, low dissolved oxygen, iron, and mercury in the unnamed stream was likely due to the acidic discharges.

Continued discharges from the underground pipe into the swale likely prevented recovery of the aquatic ecosystem in the Souhegan River from the swale discharge. Low pH was measured in the Souhegan River during a discharge event from the swale, indicating that high volumes of discharge from the swale were impacting pH and therefore, would continue to impact aquatic life in the Souhegan River. The Souhegan River is impaired for low pH, low dissolved oxygen, mercury, lead, aluminum, and iron. The acidic discharges from ODM likely contributed to the impairment and prevented recovery of the aquatic ecosystem downstream of ODM.

Discharges from ODM resulted in fish kills in the Souhegan River in the past and the long-term discharges that continued likely caused acid-sensitive species to become expatriated in the Souhegan River near the discharge swale and downstream of the confluence with the unnamed stream. The documented impacts to the Souhegan River from the discharges in the unnamed stream demonstrate that discharges from ODM impact the Souhegan River. The low pH discharges from the swale continued to impact the Souhegan River.

**Facts and Data Considered**

Baker J.P., D.P. Bernard, S.W. Christensen, M.J. Sale. 1990. Biological effects of changes in surface water acid-base chemistry. National Acid Precipitation Assessment Program, Washington DC. NAPAP Report 13.

Dietrich, D. and C. Schlatter. 1989. Aluminium toxicity to rainbow trout at low pH. Aquatic Toxicology, Volume 15, Issue 3, Pages 197-212.

Edwards, E. A., H. Li, and C. B. Schreck. 1983. Habitat suitability index models: Longnose dace. US Dept of Interior Fish and Wildlife Service. FWS/OBS-82/10.33.

EPA. 1986. Quality Criteria for Water. 440/5-86-001.

EPA NEIC Criminal Investigation Report Pilgrim Foods. 2023. NEICRP2134R01.

Jardine, T.D., K.A. Kidd, N. O' Driscoll. 2013. Food web analysis reveals effects of pH on mercury bioaccumulation at multiple trophic levels in streams, Aquatic Toxicology, Volumes 132–133: 46-52.

Mason, C.F. 2002. Biology of Freshwater Pollution, 4th Ed. Chapter 5 Acidification. Pp 175-204.

NHDES. 1997. Souhegan River Watershed Report. NHDES-WD-97-9.

NHDES. Neils, D. 2023. Comparison of biological data collected from an unnamed stream, Greenville, NH, 2013 and 2022.

NHDES. Neils, D. 2013. Water quality impairment documentation in unnamed stream, Greenville, NH.

NHDES v Old Dutch Mustard, Company, Inc. Petition for Injunctive Relief and Civil Penalties. May 6, 2016.

NHDES Watershed Bureau. 2023. Field Inspection Report for ODM, Greenville, NH. EMD# 4191.

Robert Livingston, Watershed Specialist, Watershed Management Bureau NH Department of Environmental Services. Phone call on September 5, 2025.

Scheuhammer, A. M. and J. E. Graham. 1999. The bioaccumulation of mercury in aquatic organisms from two similar lakes with differing pH. Ecotoxiocology 8: 49-56.

Taylor, B., D. Garbary, A. Miller, and. F. Baerlocher. 2009. Metabolism and ecology of the water mould, Leptomitus lacteus (Oomycota), blooming in winter in a Nova Scotia stream. Fundamental and Applied Limnology / Archiv für Hydrobiologie. 175. 171-180.

Trial, J. G., J.G. Stanely, M. Batcheller, G. Gebhart, O. E. Maughn, and P.C. Nelson. 1983. *Habitat suitability information: blacknose dace*. US Dept of Interior Fish and Wildlife Service. FWS/OBS-82/10.41

United States of America v. Old Dutch Mustard CO., INC., d/b/a Pilgrim Foods, INC. Plea Agreement, January 16, 2025. No. 1:25-cr-02-LM-AJ-02/02.

Weiner, J.G., W.R. Fitzgerald, C.J. Watras, and R.G. Rada. 1990. Partitioning and bioavailability of mercury in an experimentally acidified Wisconsin Lake. Enviorn. Toxicol. Chem., 9 909-18.

Willoughby, L.G. and R.J. Roberts. 1991. Occurrence of the sewage fungus *Leptomitus lacteus*, a necrotroph on perch (Perca fluviatilis), in Windermere. Mycological Research. 95 (6) 755-758.

# APPENDIX A

## Curriculum Vitae
## KRISTEN A. KETELES, Ph.D.

**Work Address**

EPA National Enforcement Investigations Center
Denver Federal Center
PO Box 25227, Bldg 25
Denver, CO 80225
303-519-0436
Keteles.Kristen@epa.gov

**Education**

| | | |
|---|---|---|
| Louisiana State University | 2001 | Ph.D. Zoology (Environmental Toxicology emphasis) |
| Coastal Carolina University | 1995 | B.S. Marine Science |

**Field of Specialization and Areas of Interest**

- Human Health and Ecological Risk Assessment
- Toxicogenomics (gene expression in response to chemicals)
- Hazard Assessment
- Children's Environmental Health
- Pesticides
- Fate and Effects of Contaminants of Emerging Concern in the Environment

**Professional Society Affiliation**

Society of Toxicology

**Professional Experience**

*Senior Toxicologist, USEPA National Enforcement Investigations Center (NEIC), 2016-Present*
Duties: Provides technical assistance in the field of toxicology to support criminal investigations and prosecutions, including written reports and declarations, and expert witness testimony during trials and sentencings involving intentional poisonings and chemical exposures resulting from criminal negligence. Communicates potential risks from chemical exposure to juries and other lay audiences. Serves on national technical workgroups including the Risk Assessment Forum and the Science Support Panel. Reviews science policy documents and briefs the NEIC director on these documents. Remains active in the field of toxicology by planning and conducting research. Directs data collection and analysis related to risk assessment as well as advanced monitoring research and other studies. Reviews toxicology studies and applies findings to assess

risk from chemical exposures. Determines risk from chemical exposures to law enforcement and first responders and establishes clearance levels. Served as chair of the EPA Risk Assessment Forum Human Health Oversight Committee (HHOC), May 2020-April 2022. The HHOC oversees the development of EPA risk assessment policy and guidance. Provided toxicology technical assistance to international government officials.

*Toxicologist, Detailed to Office of Land and Emergency Management (OLEM), Policy Analysis and Regulatory Management Staff (PARMS), May-September 2022.* Serves as a national and international science policy expert specializing in areas of environmental risk and toxicological assessment, provides science policy advice and support to OLEM senior leadership on environmental contaminants. Coordinates the development, evaluation, and review of science policy guidance and regulatory actions. Responsible for analyzing complex environmental contamination problems, identifying science policy issues, and communicating key information to senior leadership. Reviews toxicology studies for technical merit and regulatory documents for policy implications. Serves as an expert in hazard identification, dose-response analysis, and exposure pathway analysis for a wide range of contaminants including metals, fibers, solvents and persistent bioaccumulative substances. Provides advice and guidance on the potential impacts of scientific findings, risk assessments, or regulatory analyses, on OLEM.

*Toxicologist (National Technical Expert), USEPA Region 8, Technical Assistance Unit and Pollution Prevention, Pesticides, and Toxics Unit, Denver CO, 2008-2016.*
Duties: Provided technical assistance regarding human health and ecological effects from exposure to pesticides, metals (including mercury), volatile organic compounds and other toxics to the public, state and local officials, and other federal agencies; Served as a technical expert on risks and effects of pesticides and toxics (PAHs, VOCs, PCBs, lead, mercury, asbestos); Reviewed toxicology studies such as toxicology studies from the National Toxicology Program and Agency for Toxic Substances and Disease Registry. Conducted human health and ecological risk assessments at superfund sites; Assessed risk from exposure to chemicals from spills and releases during Emergency Response operations and established screening levels and clearance levels; Calculated references doses using points of departure and uncertainty factors including extrapolating from animal studies, susceptible populations, and other modifying factors. Served as technical expert on workgroups to develop guidance and policies to protect human health and the environment from exposure to chemicals; Assisted with the training of pesticide applicators; Provided toxicological expertise to the Children's Environmental Health and Air Toxics Program; Served on the Air Toxics Risk Assessors workgroup and the Chemical Safety for Sustainability Implementation Team. Prepared briefings on technical issues for senior leadership; Conducted research with the Office of Research and Development (ORD) on the effects of endocrine disrupting chemicals on aquatic life using toxicogenomic tools. Presented information at scientific and public meetings. Provided technical assistance in the field of toxicology to support criminal investigations and prosecutions.

*Acting Deputy Director, USEPA National Enforcement Investigations Center (NEIC), 2011*
Duties: Provided management oversight and technical leadership to NEIC's Program Managers and Branch Chiefs to ensure that the overall goals to provide forensic science support to the enforcement community of EPA were achieved. Resolved differences in scientific opinion and developed a framework to address these differences.

*Instructor, Miami University, Oxford OH, 2015-Present*
Duties: Teaches online classes in the field of environmental science and conservation including, Biology in the Age of Technology, Primate Biology and Conservation, Great Lakes Ecosystem, and Environmental Stewardship Education.

*Lecturer, University of Colorado Denver, Denver, CO, 2009-2011*
Duties: Taught graduate course in Environmental Biology.

*Coastal Watershed Condition Assessment Coordinator (Contaminants Specialist), National Park Service-Water Resources Division, Contractor with Texas A&M University, 2004-2008.*
Duties: Assessed threats to public health and natural resources within and adjacent to coastal National Parks; provided technical assistance regarding health effects and natural resource damage during chemical spill response and provided technical expertise for spill contingency planning in coastal National Parks. Coordinated projects working with multiple stakeholders to assess environmental impacts to National Park resources. Assured that projects were completed on time and met the scope of work. Communicated the results of the assessments to Park managers.

*Assistant Professor of Biology, University of Central Arkansas, Conway, AR 2001-2004.*
Duties: Advised graduate students, maintained a research program in environmental toxicology, Taught graduate and undergraduate courses (Environmental Toxicology, Health Effects from Environmental Contaminants, Environmental Science, and Introductory Biology)

*Visiting Scientist, Federal Bureau of Investigation, Counter Terrorism Forensic Science Research Unit (FBI-CTFSRU) Quantico, VA 2003.*
Duties: Developed a Polymerase Chain Reaction (PCR) DNA-based method to detect biothreats (*Bacillus anthracis*) in environmental samples.

*Adjunct Professor of Biology, River Parishes Community College, Sorrento, LA 2001*

*Graduate Research Assistant, Louisiana State University, Baton Rouge, LA, 1999.*
Effects of PAH on trace metal bioaccumulation in the darter goby, *Gobionellus bolesoma*. Planned and conducted research.

*Graduate Research Assistant, Louisiana State University Baton Rouge, LA, 1998.*
Hazardous Materials Research Center: Fate of PAH contaminants in the environment.

*Senior Research Associate, Dartmouth College, Hanover, NH 1996-1997*
Superfund Basic Research Program: Bioaccumulation and biomagnification of toxic metals including mercury in lake foodwebs throughout the Northeastern Region of the USA. Planned research activities, collected data, and briefed leadership including a congressional delegation on the findings of the research.

**Workgroups Served On**

EPA-National Toxicology Program Workgroup

Risk Assessment Forum Human Health Oversight Committee, Chair 2020-2022

Science Technology Policy Council Science Support Panel

Air Toxics Risk Assessors

OLEM Human Health Regional Risk Assessors Forum

**Presentations**

Keteles, K.A. and A. R. Kadry. A Risk-Based Investigation on an Accidental Exposure of a Bison Herd to Chlorophacinone. Society of Toxicology, San Antonio, TX, March 2018.

Keteles, K.A. Toxicology and Environmental Crimes: Answering, "So what?". Colorado Environmental Crimes Task Force, February 23, 2017.

K.A. Keteles, A.M. Vajda, D. Winkelman, J. Beihoffer, D. Ekman, D.L. Villeneuve, J.M. Lazorchak, A. Jastrow, T. Collette. Use of bioactivity tools to measure estrogenic mixtures below WWTPs with differing treatment technologies. Society of Environmental Toxicology and Chemistry 36th Annual Meeting, Salt Lake City, UT, November 2015.

Dewoskin, R.S., G.L. Diamond, J. Brown, M.H. Follansbee, K.A. Keteles, C.R. Partridge. Predicting Blood Lead Following Short-Term Exposures Using the All Ages Lead Model (AALM), Society of Toxicology, Phoenix, AZ, March 2014.

Keteles, K.A. Schwindt, A.R., Winkelman, D.L., Vajda, A.M., Beihoffer, J. Bioindicators of exposure to Endocrine Active Chemicals, Rocky Mountain Society of Environmental Toxicology and Chemistry Denver, CO, April 2013.

Keteles, K.A. Science for EPA Region 8's Future (invited), National Academy of Sciences National Research Council Committee, Washington, DC, August 8, 2011.

Keteles, K.A. Children's special vulnerabilities to environmental exposures including prenatal and developmental windows of susceptibility, Improving Children's health through federal collaboration speaker series, November 10, 2010.

Keteles, K.A. EPA's response to the Deepwater Horizon Oil Spill, (Invited) America Water Resources Association, Denver CO, August 2010.

Keteles, K.A. Rethinking pristine: Contaminants of emerging concern in high elevation Lakes, Water Professionals Meeting, Fort Collins, CO, Feb 2010.

Keteles, K. A. Why children are not little adults: toxicology 101. Children's Environmental Health Summit, Missoula MT, August 11, 2009.

Keteles, K.A., E. Smith, T. Walter, and D.S. Johnson. Variation in cadmium bioavailability, Society of Environmental Toxicology and Chemistry 25th Annual Meeting, Portland, Oregon, November 2004.

Keteles, K.A., T. Walter, E. Smith, M. Schroeder. Invited Paper. The influence of water quality on trace metal bioavailability. Arkansas Water Resources Meeting, Fayetteville, AR April 2004.

Keteles, K.A. The influence of nutrients on the toxicity of arsenate and arsenite. Society of Environmental Toxicology and Chemistry 24th Annual Meeting, Austin, Texas, November 2003.

Keteles. K.A. and J.W. Fleeger, The trophic transfer of exoskeleton-associated metals in crustacean prey (*Palaemonetes pugio*) to a fish predator (*Fundulus grandis*). Society of Environmental Toxicology and Chemistry 22nd Annual Meeting, Baltimore, MD, November 2001.

Keteles. K.A. and J.W. Fleeger. The effect of source of exposure on the uptake and partitioning of metals by *Palaemonetes pugio*. Society of Environmental Toxicology and Chemistry 21st Annual Meeting. Nashville, TN, November 2000

Keteles. K.A. and J.W. Fleeger. Uptake and partitioning of metals by *Palaemonetes pugio.* Society of Environmental Toxicology and Chemistry 20th Annual Meeting, Philadelphia PA, November 1999.

**Publications**

Jenna E. Cavallin, Jon Beihoffer, Brett R. Blackwell, Alexander R. Cole, Drew R. Ekman, Rachel Hofer, Aaron Jastrow, Julie Kinsey, Kristen Keteles, Erin M. Maloney, Jordan Parman, Dana L. Winkelman, Daniel L. Villeneuve. (2021)
Effects-based monitoring of bioactive compounds associated with municipal wastewater treatment plant effluent discharge to the South Platte River, Colorado, USA, Environmental Pollution Vol 289.

Cavallin, J.E., W. A. Battaglin, J. Beihoffer, B. R. Blackwell, P. M. Bradley, A. R. Cole, D. R. Ekman, R. N. Hofer, J. Kinsey, K. Keteles, R. Weissinger, D. L. Winkelman, and D. L. Villeneuve. (2021) Effects-Based Monitoring of Bioactive Chemicals Discharged to the Colorado River before and after a Municipal Wastewater Treatment Plant Replacement. *Environmental Science & Technology* 2021 *55* (2), 974-984.

Weissinger, R.H., B.R Blackwell, K.A. Keteles, W. A Battaglin, P.M. Bradley. (2018) Bioactive contaminants of emerging concern in National Park waters of the northern Colorado Plateau, USA. Science of The Total Environment. 636: 910–918

Ekman, D.R., K.A. Keteles, J. Beihoffer, J.E. Cavallin, K. Dahlin, J.M. Davis, A. Jastrow, J.M. Lazorchak, M. Mills, M. Murphy, D. Nguyen, A.M. Vajda, D. L. Villeneuve, D.L. Winkelman, and T.W. Collette. (2018) Use of Targeted and Untargeted Effects-based Monitoring Tools to Assess Impacts of Wastewater Effluents on Fish in the South Platte River, CO. Environmental Pollution 239: 706–713.

Bai, X, Lutz, A., Carroll, R. Keteles, K., Dahlin, K., Murphy, M., and Nguyen, D. (2018) Evaluating occurrence, distribution, and seasonality of pharmaceuticals and other emerging contaminants in urban watersheds. Chemosphere. 200: 133-142.

Jastrow, A., D. Gordon, K. Auger, E. Punska, K. Arcaro, K. Keteles, D. Winkelman, D. Lattier, A. Biales, J. Lazorchak. (2017) Tools to minimize inter-laboratory variability in vitellogenin gene expression monitoring programs. Environmental Toxicology and Chemistry. 36 (11), 3102-3107.

Schwindt, A.R., D. Winkelman, K.A. Keteles, M. Murphy, A. Vajda. (2014) An environmental estrogen disrupts fish population dynamics through direct and transgenerational effects on survival and fecundity. Journal of Applied Ecology. 51(3), 582-591.

U.S. EPA (Environmental Protection Agency). (Contributing Author) (2010) Integrating Ecological Assessment and Decision-Making at EPA: A Path Forward. Results of a Colloquium in Response to Science Advisory Board and National Research Council Recommendations. Risk Assessment Forum. Washington, DC. EPA/100/R-10/004.

Millward, R.N., Fleeger, J.W., Reible, D.D., Keteles, K.A., Cunningham, B.P. and Zhang, Li. (2001) Pyrene bioaccumulation, effects of pyrene exposure on particle size selection and fecal pyrene content in the oligochaete, *Limnodrilus hoffmeisteri* (Tubificidae, Oligochaeta). *Environmental Toxicology and Chemistry*. 20 (6), 1359–1366.

Keteles, K.A. (2001) Metal partitioning in *Palaemonetes pugio* and its role in depuration and trophic transfer. Dissertation, Louisiana State University, Baton Rouge, LA.

Keteles, K.A. and J.W. Fleeger (2001) Metal partitioning among tissues and exoskeleton of *Palaemonetes pugio* and its role in depuration and trophic transfer. *Marine Pollution Bulletin*. 42: 1397-1402.

**Awards, Grants, and Fellowships**

Gold Medal for Commendable Service (2018), Terminix Enforcement Criminal Team for outstanding support to the terminix criminal enforcement case.

EPA Science Achievement Award (2018), South Platte Endocrine Disruption Study Team, for engagement in a multi-year collaborative research project to advance scientific knowledge and analytic methods regarding the presence of estrogenic chemicals in public water ways.

Bronze Medal for Commendable Service (2017), Boasso America Criminal Case Team in recognition of the Boasso Enforcement Team's outstanding investigative efforts leading to the sentencing of Boasso and nine individual defendants totaling 343 months of incarceration.

Regional Applied Research Effort: "Using a biosensor tool to evaluate the safety of produced water for beneficial reuse during drought conditions in the west", 2017, $98,440.

EPA Regional Applied Research Effort: "Application of 21st century bioanalytical tools to identify sources and effects of bioactive contaminants associated with select municipal wastewater discharges to the South Platte and Colorado River watersheds" 2017, $134,000.

EPA Region 8 Office of Enforcement Compliance and Environmental Justice Certificate of Excellence (2016) for exemplary work to quickly resolve a significant pesticide misuse by securing a fast and effective remedy in the Meyers Ranch incident.

Science Achievement Award (2013) for outstanding achievement in cementing partnerships to bridge a critical gap in laboratory capacity with the development of a novel laboratory method for the expedited assessment of the viability of *Bacillus anthracis* from an environmental sample.

EPA Science Award (2012) for initiative and creativity in the use of novel molecular biology methods to detect endocrine active chemicals in the environment.

EPA Bronze Medal for Commendable Service (2011), Chemical Safety for Sustainability Research Program Development Team for design and development of the Chemical Safety for Sustainability Research Program Action plan, which embodies innovative, trans-disciplinary approaches for understanding chemicals and enhancing sustainability.

Regional Methods Initiative: "Development of a Whole Effluent Test for androgencity and estrogenicity" 2009, $180,000.

Office of Research and Development Pharmaceuticals in the Environment Workshop 2009, $60,000.

Oak Ridge Institute for Science and Education Fellowship: Visiting Scientist Fellow at the Federal Bureau of Investigation Academy.

URC Faculty Research Grant: "Variation in the uptake of potentially toxic trace metals by aquatic organisms inhabiting agricultural vs. forested watersheds" 2002, $8,795.00.

University Research Council Summer Stipend: "The Effect of Calcium Limitation on Cadmium Uptake" 2002, $2,600.

NSF UFE Workshop, "New Approaches and Techniques for Teaching Science: Addressing Environmental Problems to Stimulate Undergraduate Learning"

"The influence of source of exposure on the uptake and partitioning of metals by *Palaemonetes pugio*" National Sigma Xi Grant-in Aid of Research; 1999, $800

**Litigation Experience: Trials and Depositions (Qualified as an Expert)**

*USA v. Melanie Carlin*; District of Montana, Helena, MT; April 14, 2025; Testified as an expert witness at the sentencing on harm from lead exposure in children.

*The People of Colorado v. Lance Slayton*; Jefferson County, CO; November 20, 2024; Expert witness testimony on the harm from exposure to asbestos.

*Suffolk Country District Attorney v. Kessler Thermometer Corp. and Rober Peyser*; Suffolk County, NY; October 16, 2024; Expert witness testimony on harm from mercury exposure.

*The Matter of New Prime, Inc*; Western District of Missouri, Springfield, MO; October 27, 2022; Testimony at administrative hearing on the potential risk from improperly stored hazardous waste.

*USA v. Wasatch Railroad Contractors and John E. Rimmasch*, District of Wyoming, Cheyenne, WY; April 11, 2022; Testified as an expert witness on harm from exposure to asbestos.

*USA v. Dennis Morgan,* Middle District of Pennsylvania, Williamsport, PA; March 31, 2022; Testified as an expert witness at the sentencing on harm from lead exposure in children.

*USA v. Yoo Jin Management Company, Ltd* District of Alaska, Anchorage, Alaska; March 15, 2021; Testified as an expert witness in a restitution hearing regarding harm from exposure to asbestos.

*USA v. CMS Energy Corporation*; Western District of Michigan, Grand Rapids, MI; February 22, 2018; Deposition at US Department of Justice Environment and Natural Resources Division. Washington, DC.

*USA v Raymond Mitchell*; Southern District of Georgia, Savannah, GA;
March 18, 2016; Testified as an expert witness at the sentencing on the toxicity and potential for harm from exposure to naphthalene.

*USA v Ryan Chamberlain;* Northern District of CA, San Francisco, CA; February 5, 2016; Testified as an expert witness in a Daubert hearing on the use of toxicity data to determine the lethal effects from exposure to the biological toxins, ricin and abrin.

*USA v Carl Kieser;* Central District of Illinois, Peoria, IL; October 29, 2014; Testified as an expert witness in a criminal trial on the toxicity of the herbicide, diuron to aquatic life.

*USA v Martin Kuna;* District of Oregon, Portland; OR, July 22, 2013; Testified as expert witness at the sentencing on the effects of lead on children.

*Colorado v. Joseph Loskinski*; Weld County District Court, Greeley, CO; December 12, 2012; Testified as an expert witness at the sentencing on the effects and lethality of the rodenticide, strychnine.

**Litigation Experience: Expert Reports, Declarations and Affidavits**

Expert witness opinion report for the *State of Washington v. Thom Alfred Fisher and Electron Hydro, LLC*; State of Washington Pierce County Superior Court; November 30, 2022. Expert opinion on the pollution of the Puyallup River from artificial turf and crumb rubber.

Toxicology report in the matter of TWDS, Inc./Windows Direct for EPA Region 5; December 15, 2022; Hazards of lead to children and the importance of lead safe work practices to reduce exposure.

Expert toxicology report for *USA v. Dennis Morgan*; Middle District of Pennsylvania, Williamsport, PA; August 19, 2021; Expert opinion on a pediatric lead exposure incident.

Toxicology report in the matter of Easton Point Fuel Station, Easton Point, MD for EPA Region 3; July 1, 2021; Toxicology report on the potential for harm to ecological receptors, commercial fisherman, and recreators from a petroleum release from the Easton Point Fuel Station.

Expert witness report for *USA v. Yoo Jin Management Company, Ltd*; District of Alaska, Anchorage, Alaska; October 20, 2020; Expert opinion on worker risk from exposure to asbestos at Northern Lights Center.

Expert witness opinion report for *USA v. Edward Miller;* District of Nebraska; April 8, 2020; Expert opinion report on health effects from exposure to chemicals found at illegal dump sites in Hamilton County, Nebraska.

Expert witness opinion report for *USA v. Lloyd Robl;* Western District of Wisconsin, Madison, WI; July 30, 2019; Expert opinion report on health effects from exposure to asbestos.

Expert witness opinion report for *USA v. Total Reclaim Lorch and Zirkle*; Western District of Washington, Seattle WA; March 25, 2019; Expert opinion report on health risks from exposure to mercury from electronic waste.

Declaration for *USA v. Tonawanda Coke Corporation;* Western District of New York, Buffalo, NY; September 17, 2018; Expert opinion on the health effects from exposure to benzene and particulate matter.

Expert witness opinion report for *USA v. Chelsea Environmental-Paul Potter;* Eastern District of VA, Alexandria, VA; August 21, 2018; Expert opinion report on health effects from exposure to asbestos.

Expert witness opinion report for *USA v. CMS Energy Corporation*; Western District of Michigan, Grand Rapids, MI; January 16, 2018; Expert opinion report on risks from the discharge of cement kiln dust leachate.

Expert witness opinion report for *USA v. OE Construction Corporation*; District of Colorado, Denver, CO; June 19, 2017. Expert opinion on health effects from exposure to diesel emissions.

Expert witness report for *USA v. Dipen Patel*; Northern District of Indiana, Hammond, IN; January 26, 2017; Expert opinion on health effects from exposure to the pesticide, Doom (active ingredient, dichlorvos).

Declaration for *USA v. Ryan Chamberlain;* Northern District of California, San Francisco, CA; February 5, 2016; Declaration to support the government's opposition to the defendant's motion to exclude expert witness testimony on the use of toxicological data to determine the toxicity of abrin and ricin.

Expert witness report for *USA v. Terminix International Company;*
District Court of the Virgin Islands, St. Thomas, VI; December 1, 2015. Expert opinion on the methylbromide exposure incident.

Expert witness report for *USA v. Cenex Harvest States, Inc*; District of Montana, Great Falls, MT; January 22, 2013; Expert opinion on the toxicity of the gases released from a warehouse fire to livestock and human health.

Expert witness report for *USA v. Martin Kimber*; Northern District of New York, Albany, NY; February 2012; Summary of the health hazards of mercury by inhalation exposure.

Expert witness report for *USA v. Seville Colony*; District of Montana, Great Falls, MT; January 17, 2012; Expert opinion on the imminent and substantial endangerment from the illegal application of the rodenticide, strychnine.

Expert witness report for *USA v. Bazan et.al*.; United States District Court District of Kansas, Kansas City, KS; March 14, 2011; Expert opinion on the toxicity of the pesticide, methomyl.

Expert witness report for *USA v. Martha Hebert*; Eastern District of Louisiana, New Orleans, LA; November 10, 2011; Expert opinion on the falsification of whole effluent toxicity data.

Expert witness report for the *USA v. Roy Stricklin;* District of Wyoming, Casper, WY; September 8, 2011; Expert opinion on the risks to a population from the exceedance of the drinking water maximum contaminant level for coliform.

## Affirmation

---

I have reviewed my Professional Resume and declare and affirm that the information provided therein is true and correct to the best of my knowledge.

KRISTEN KETELES Digitally signed by KRISTEN KETELES
Date: 2025.09.09 09:17:49 -06'00'

Employee Signature

Senior Toxicologist

Title