United States Environmental Protection Agency
Office of Enforcement and Compliance Assurance
Office of Criminal Enforcement, Forensics and Training

National Enforcement Investigations Center

# EXPERT REBUTTAL REPORT

**NEICRP2134X02**

**February 26, 2026**

**Rebuttal of "**Expert opinion of Dr. Paul R. Krause Regarding the Impact of the Discharges of Acidic Wastewater to the Souhegan River"
and
"Rebuttal to the USEPA Expert Report, Titled "Adverse Ecological Impacts Due to Acidic Discharges from Pilgrim Foods Greenville, New Hampshire"

**Pilgrim Foods**
**NEIC Project No.: RP2134**
**CID Case No.: 06455-0100**
**Prepared by:**

KRISTEN KETELES
Digitally signed by KRISTEN KETELES
Date: 2026.02.26 13:01:39 -07'00'

Kristen Keteles, Ph.D., Toxicologist

**Prepared for:**

**Matthew Hunter**
**Assistant United States Attorney**
**United States Attorney's Office**
**District of New Hampshire**
**53 Pleasant Street 4th Floor**
**Concord, NH 03301**

NEIC

**Introduction**

To be efficient and mindful of the court's time and minimize redundancies, this single report will rebut Dr. Krauses' reports, "Expert opinion of Dr. Paul R. Krause Regarding the Impact of the Discharges of Acidic Wastewater to the Souhegan River" (Opinion Report) and "Rebuttal to the USEPA Expert Report, Titled "Adverse Ecological Impacts Due to Acidic Discharges from Pilgrim Foods Greenville, New Hampshire" (Rebuttal Report). My qualifications are included in my original report. In addition to the qualifications highlighted in my original report which include extensive field sampling and data analysis in New Hampshire aquatic ecosystems, I have also taught undergraduate and graduate college courses in stressed stream assessment methods, and this expertise was documented in my CV (provided again as an appendix). Due to my experience field sampling NH aquatic ecosystems, the existence of data collected while the discharges were occuring, and the fact that the discharge into the swale ceased over two years ago, it was neither necessary nor a productive use of resources for me to visit the site. My analysis in my initial report and this report uses quality data collected during the time frame relevant to the violation, is consistent with accepted stream assessment methodologies, and adheres to the principles of scientific integrity that I am bound by as a government employee and the Laboratory Accreditation of the EPA National Enforcement Investigations Center (NEIC).

**Summary of rebuttal**

Dr. Krause uses selective, incomplete and irrelevant information to support his opinion that the discharge of acidic waste into the unnamed stream and the Souhegan River from a clandestine pipe constructed to circumvent the water quality permitting process did not impact nor continue to impact these systems. Additionally, the methodologies and much of the evidence that Dr. Krause relied upon to arrive at his opinions were not disclosed. Without methodological transparency, the reliability and relevance of his conclusions cannot be scientifically evaluated.

The water quality permitting process is intended to ensure that federal and state water quality standards are met in Waters of the U.S. Therefore, circumventing the water quality permitting process in a manner that results in exceedances of the water quality standards, can subsequently harm aquatic life. pH is a federal water quality standard because aquatic life exists and thrives within a specific pH range. The harmful effects of low pH to aquatic life are well documented, and fluctuating pH is just as detrimental as sustained low pH. Outside of the specific range established by EPA and the State of New Hampshire, it can be expected that degradation to the habitat and loss of biological diversity will occur. Additionally, discharges with sufficiently high levels of acetic acid are themselves toxic to aquatic life and serve as a food source for bacteria and fungus, which can cause an imbalance and the ecosystem and harmful low dissolved oxygen. Contrary to Dr. Krause's opinions, by discharging acidic waste that exceeded the water quality standards, the available and relevant scientific evidence

demonstrates an impact to the unnamed stream and Souhegan River. Biomonitoring and pH data show a slight improvement in the ecological condition and water quality of the Unnamed Stream in 2022 compared to 2013. This improvement corresponds to decreases in the discharges of acidic waste from Pilgrim Foods, which is evidence that the acidic waste discharged into the Unnamed Stream was the cause of the degradation observed in 2013. It is my opinion that had the discharges continued at their levels prior to action by the State and EPA, the quality of the Unnamed Stream and the Souhegan River would have continued to degrade because of the acidic discharges from Pilgrim Foods.

**Krause Opinion 1: Discharges from the Pilgrim Foods facility do not constitute an ongoing or potential long-term impact to the biota of the terrestrial habitat, or the Souhegan River.**
**Keteles Rebuttal 1: Dr. Krause uses irrelevant data that obscures the impacts from the discharges from Pilgrim Foods. Relevant evidence shows that discharges from the Pilgrim Foods facility did impact and continues to impair the Souhegan River, the basis for the CWA violation.**

**Krause Opinion 2: Ecological conditions within the Souhegan River watershed including the Unnamed Stream show improvements in invertebrate community health**.
**Keteles Rebuttal 2: Slight improvements to invertebrate community occurred when the monitoring data indicated that pH had also improved, demonstrating that pH influences the invertebrate community. However, the macroinvertebrate community is still impaired. Had Pilgrim Foods not gotten caught by the State and EPA and continued to circumvent the NPDES permitting process and discharge pollutants at the same level, the ecosystem would not have shown signs of improvement.**

**Krause Opinion 3: Potential discharges into the Unnamed Stream do not contribute to the acidification of the Souhegan River**
**Keteles Rebuttal 3: Data show that the discharges into the Unnamed Stream resulted in acidification of the Souhegan River.**

**Krause Opinion 4: Based on multiple lines of evidence, the current conditions in the Souhegan River and terrestrial swale support the conclusion that any impacts from the discharge were short-lived and are not contributing to ongoing degradation of the biota or water quality of the terrestrial or river habitats**
**Keteles Rebuttal 4: Biological monitoring in the Souhegan River in 1997 demonstrated marked degradation from uncontrolled discharges from Pilgrim Foods. There is no reliable direct evidence for improved biological conditions in the Souhegan River after 1997. Improvement in the biological condition of the Unnamed Stream is evidence that the degradation observed in**

**1997 and 2013 was due to Pilgrim Foods. Had Pilgrim Foods not been caught, the continued discharges would have continued to impair the ecosystem.**

**Krause Opinion 1.A: Exposure to low pH wastewater discharge has not contributed to ecological impacts along the drainage route from point of origin to the Souhegan River.**

Dr. Krause highlights that he visited the site two years after the illicit pipe reportedly ceased discharging. Dr. Krause's site visit did not yield any information germane to drawing conclusions about the impact from the acidic waste discharges to the Souhegan River. Dr. Krause opines that the fact that he did not observe any dead vegetation two years after the discharge had ceased was evidence of no ecological impacts. A basic tenet of ecology is that after a disturbance, such as an acidic waste discharge, vegetation will begin to recover, especially faster growing species as new propagules arrive. An expert in the field of terrestrial ecology (Dr. Krause is a marine biologist) could design a comprehensive study examining vegetation types and recovery following a disturbance, but such a comprehensive study was not conducted. Even if a properly designed study had been conducted at the time of Dr. Krause's site visit, it would not be relevant to the Clean Water Act violations in this case. Dr. Krause's observation of the presence of mushrooms on page 13 of the Opinion Report, two years after the discharges from the pipe reportedly had ceased is irrelevant. Additionally, on page 14 of the Opinion Report, Dr. Krause uses a photo taken in August 2023 of a green frog in puddle without context such as a pH reading of the puddle. Amphibians, while important sentinels of the presences of pollutants and other stressors, are typically tolerant of acidic water and can tolerate pH as low as 4 (Baker 1990). Frogs can also limit exposure duration by moving to other nearby sources of water and would be unlikely to remain in an acidic puddle for a long duration. The cursory examination of the drainage route by Dr. Krause made two years after the discharge had ceased did not provide reliable or relevant information regarding impacts to the Souhegan River resulting from the Clean Water Act Violations.

Dr. Krause presents data from a study of periphyton abundance from samples collected on October 12, 2023 by a consultant hired by defense counsel. There is no information in Dr. Krause's report about this study except the sampling locations and the measured abundance. No information is presented on the sampling or analytical methodology of this study in the report, and no reference is made to a report with any supporting information. Therefore, the reliability of the data cannot be assessed and cannot be used to assess the ecological quality of the drainage route.

**Krause Opinion 1.B: Water of the Souhegan River does not exhibit evidence of impact from low pH wastewater discharge**.

Dr. Kause used irrelevant and misleading information to support his conclusion that there was not an impact from the discharge of acidic wastewater into the Souhegan river. Dr. Krause used a one-way analysis of variance (ANOVA) and only examined differences in pH among sites (page 20, Opinion Report). The term “one-way” means that location was the only source of variation considered by Dr. Krause, which means that the time that the measurement was collected was ignored. Additionally, some of the data that Dr. Krause used in his analysis was so far downstream that it would not have been influenced by the Pilgrim Foods discharges, further masking any impacts from Pilgrim Foods. This variance due to the spatial and temporal nature of the discharges is why the one-way ANOVA did not show a statistically significant difference among the sites in the Souhegan River (Figure 1).




*Figure 1 One way ANOVA data from Figure 12 of Dr. Krause's Opinion Report (p. 20) showing that the variation in downstream pH is due to temporal and spatial variability.*

Analysis of variance compares the average values between measurements within one or more groups, and as applied by Dr. Krause does not consider the difference in variation between groups. Because episodic, low pH is harmful to aquatic life, examining pH data without considering the extremes masks the true impact of the discharge. Studies have shown episodic acidification can have long-term effects on fish communities in streams (Baker 1996). In fact, indicators of fish community impairment in streams that experienced severe acidic episodes were similar to those in chronically acidic streams (Baker 1996). Another study found that short-term low pH disturbances produced significant changes in macroinvertebrate communities; the greatest impacts on macroinvertebrates were observed at a pH of 5.0 during a short duration (Hall 1994). Therefore, stream assessments based solely on chemical measurements that do not

capture the episodic pH events, such as the analysis conducted by Dr. Krause, are poor predictors of impacts of pollution on an ecological community.

A comparison of data from the same day during the time that Pilgrim Foods was discharging acidic wastewater into the Unnamed Stream shows a very clear impact in the Souhegan River. Using the STORET data which are also the same data that are on the "mywaterway" website that I used in my initial report, data collected on June 9, 2000 while Pilgrim Foods was discharging acidic waste into the Unnamed Stream shows a measured pH value of 6.5 taken approximately 670 feet upstream of the Unnamed Stream and a measured pH value that dropped to 5.43 approximately 1,100 feet downstream of the Unnamed Stream (Figure 2). This indicates that the discharge from Pilgrim Foods into the Unnamed Stream did, in fact, impact the pH of the Souhegan River. While grab (i.e. one-time) samples represent water quality at a




*Figure 2 Bracketed pH measurements taken on the same day upstream and downstream of the unnamed stream show a clear impact on the pH of the Souhegan.*

moment in time and thus have limitations in representing water quality impacts from intermittent discharges, the most appropriate analysis would be to bracket, upstream and downstream, during a release using grab samples or implement continuous monitoring, which is what Pilgrim Foods was ultimately required to do in the Unnamed Stream as a result of the civil enforcement action. Bracketed samples in the Souhegan River on June 9, 2000, and the continuous monitoring in the Unnamed Stream show harmful fluctuations in pH levels in these waterways.

Likewise, data collected by NHDES (2023) upstream and downstream of the discharge swale, on May 19, 2023, the same day and time that a large volume of waste water was flowing into the Souhegan River, show a very clear impact to the pH of the river (river upstream 5.34, in discharge stream 3.18, river downstream 3.34). The pH of the Souhegan River will depend upon the volume of the discharge as well as the flow of the Souhegan River. For example, the DES Inspection Report states:

> River samples collected during the second site inspection likely had higher pH levels due to observed lower flows coming down in the discharge swale and dilution factors in river. A comparison of the observed site conditions between May 19, 2023, and May 23, 2023, suggests that swale flows were approximately 70% lower on May 23 than on May 19, 2023 (NHDES 2023, p. 4).

This would be true during the search warrant on August 2023 as well, when the flow to river was lower. The extreme changes in pH due to the variation in discharge flow are harmful to aquatic life and it will take time for the ecosystem to recover should these episodic discharges permanently cease.

On pages 29-30 of the Rebuttal Report, Dr. Krause calls attention to photos from the May 19, 2023 sampling by NHDES (2023) that shows that the sampling was conducted without the use of hand gloves and states that this practice compromised the integrity of the samples by increasing the risk of contamination. However, the lack of gloves will not impact pH measurements in the river. The use of gloves would be crucial if contaminants such as metals or trace organic chemicals were being analyzed, but lack of gloves for pH measurements will not impact the measurements. He also states that the lack of gloves demonstrates that the sampling team was not concerned with physical or toxicological dangers to themselves. This assertion is unfounded and irrelevant. While the pH levels from acetic acid would not present a hazard to humans, this report concerns harm to the aquatic ecosystem, and studies confirm that low pH is harmful to such ecosystems. It is also likely that the sampling team would not have expected physical or toxicological dangers from discharges into the river, since such discharges should not be occurring because of CWA water quality standards and the NPDES permitting process.

**Acetic Acid**

On pages 21-22 of the Opinion Report, Dr. Kraus correctly states that acetic acid degrades rapidly and does not bioaccumulate. However, at high enough concentrations, acetic acid is directly toxic to aquatic life during short durations. In fact, EPA has developed acute aquatic life benchmarks for acetic acid (EPA 2025). Acute aquatic life benchmarks are estimates of the concentrations below which a chemical is not expected to represent a risk of concern for aquatic life. Therefore, exceeding the acute benchmarks will likely have detrimental effects on aquatic life and a chemical does not have to be bioaccumulative to have a detrimental effect. The acute aquatic life benchmarks for acetic acid are 151.5 mg/L for fish and 32.5 mg/L for invertebrates. During the October 2013 biomonitoring study by NDEHS, upstream acetic acid was nondetect and the measured level of acetic acid immediately downstream of Pilgrim Foods was 140 mg/L (Table 1), which more than 4x higher than the acute aquatic life benchmark for invertebrates. The acutely toxic level of acetic acid and the fluctuating low pH caused the impairment in the Unnamed Stream which was also reflected in the 2013 macroinvertebrate community structure metrics. In addition to direct toxicity of acetic acid, there are also

*Table 1 Laboratory analysis report showing that October 4, 2013 the upstream sample was non detect for acetic acid and the sample downstream was (140 mg/L) which exceeded the acute aquatic life benchmark for invertebrates (32.5 mg/L). From Neils 2013*

LABORATORY REPORT

EAI ID#: **125199**

Client: **NHDES Drinking Water and Groundwater Bureau**

Client Designation: **Taft Brook**

| **Sample ID:** | Greenville UPG | Greenville DG |
| --- | --- | --- |
| **Lab Sample ID:** | 125199.01 | 125199.02 |
| **Matrix:** | aqueous | aqueous |
| **Date Sampled:** | 10/4/13 | 10/4/13 |
| **Date Received:** | 10/7/13 | 10/7/13 |
| **Units:** | mg/L | mg/L |
| **Date of Analysis:** | 10/10/13 | 10/10/13 |
| **Analyst:** | BML | BML |
| **Method:** | IC | IC |
| **Dilution Factor:** | 1 | 50 |
| Lactic Acid | < 0.3 | 50 |
| Formic Acid | < 0.3 | < 0.3 |
| Acetic Acid | < 0.3 | 140 |
| Propionic Acid | < 0.6 | 0.8 |
| Butyric Acid | < 0.6 | 2.4 |

secondary effects. Acetate from acetic acid serves as a carbon (food) source for microorganisms (i.e. sewage fungus) (Exton et al 2024). In addition to causing a "bloom" of microorganisms, oxygen is used during the breakdown of acetate by bacteria. This can result in a decline in oxygen levels in water which is also harmful to aquatic life and why organic waste such as acetic acid should not be discharged into streams. Even with the degradation of acetic acid, the monitoring data demonstrate that the high volumes of acetic acid compromised the pH of the unnamed stream and Souhegan River.

**Krause Opinion 1.C: Aquatic periphyton (plant) communities in downstream reaches of the Souhegan River and the Unnamed Stream did not indicate that low pH discharges affected aquatic plant life downstream of the discharge point.**

Dr. Krause used periphyton data collected in October 2023 in the terrestrial swale environment as well as at a location upstream and downstream of the swale discharge in the Souhegan River to support his assertion that there was not an impact on the Souhegan River (pages 24-30 Opinion Report). Dr. Krause is correct in stating the importance of periphyton, but he did not qualify that their utility as a bioindicator is limited due to their short-lived nature as well as the fact that there are many factors such as sunlight, soil moisture, temperature, and nutrients that are more important drivers of the periphyton community (Larned 2010). Dr. Krause did not provide any methodological detail concerning how the periphyton were collected, preserved, or processed. Because periphyton communities are influenced by substrate type, flow velocity, light, scrape area and depth, preservation method, lab processing (mounting medium, counting effort), methodologies can introduce subjectivity and bias into the results. Sampling, preservation, counting procedures, and identification confidence can introduce bias and uncertainty, and appropriate standard operating procedures should be followed so that the data can be used for their intended purpose, and any bias or uncertainty should be accounted for before any conclusions can be drawn. Without citing or providing the underlying methodologies, the interpretation that Dr. Krause provided is speculative and not scientifically defensible.

In addition to the lack of methodological transparency, Dr. Krause's reasoning is problematic in several ways. Because physical environmental factors are primary drivers of periphyton assemblages it is important to consider such factors when comparing sites, especially due to the obvious difference between terrestrial and aquatic ecosystem physical characteristics, namely water. Additionally, the data that Dr. Krause used is from October 2023 after the discharges from the clandestine pipe into the swale had ceased. Periphyton are fast growing, and they are one of the first communities to recover after a stressor (Larned 2010). As a result, this community can change rapidly in response to environmental factors, including improvements to the environmental quality such as when a harmful discharge ceases. Therefore, using samples

collected after the discharges ceased was irrelevant to assessing the impact from when the discharges were occuring. The fact that the data show an improvement after the discharges ceased provides further support for the harmful nature of the discharges. It is my opinion that had Pilgrim Foods continued to discharge acidic waste, the periphyton community would have been affected.

Dr. Krause used a statistical analysis intended to examine data based upon similarities and differences (pages 26-27, page 29 Opinion Report). However, he biased this analysis by suggesting that because riverine periphyton are more similar to each other than they are to terrestrial periphyton, the two sites in the river are similar. The Bray-Curtis analysis sorts data by similarity and dissimilarity. As a simple example, Figure 3A shows how various objects would hypothetically sort based upon similarity and dissimilarity. Note how the apple and onion appear more similar to each other than the sports balls. According to this simple example, the basketball and soccer ball are different from the football but more similar to the football than they are to the onion and apple. This analysis by no means demonstrates that an onion is the same as an apple. In a similar way, the periphyton data (Figure 3B) sorted by showing that the periphyton community in the river were more similar to each other than the periphyton community at the terrestrial sites and by no means shows that the two sites in the river are similar. Terrestrial periphyton have inherent physiological differences to withstand stressors such as desiccation. Given the obvious differences between terrestrial and aquatic sites, it is not surprising that aquatic sites are more similar to each other than they are to the terrestrial sites. The dissimilarity plot is intended to minimize any differences between the river sites by comparing with extremely different data. Figure 3B essentially shows the obvious fact that terrestrial sites are different from the riverine sites, which is irrelevant.

Dr. Krause uses broad classifications of groupings called phyla to support his conclusion that the upstream site and downstream site are similar and that there was no impact (page 28 Opinion Report) (Figure 4). These broad classifications of organisms are not helpful in comparing sites because individual species within a group can have different tolerances of pollution (Alers-García 2021). For example, some species of diatoms from the phylum Heterokontophyta are very sensitive to acid while other species prefer acidic environments (van Dam 1994). Therefore, examining the number of Heterokonophyta and other phyla did not yield meaningful information about the environmental conditions. A true assessment must examine the periphyton community on the species level, not on the coarse level that Dr. Krause based his analysis.







*Figure 3A. A simple example showing how using very different data (sports balls) can make other objects (onion and apple) seem similar when they are not. Figure 3B. Likewise, by using terrestrial periphyton, Dr. Kause's analysis makes it appear that the samples from the river are similar.*

**Periphyton in the Unnamed Stream**

Dr. Krause stated that he calculated a Pollution Tolerance Index (PTI) based on the pollution sensitivity and the relative abundance of the species of diatoms present in the upstream wherein a higher PTI indicates better water quality (page 15 Rebuttal). Dr. Krause calculated an upstream PTI of 2.596 and a downstream PTI of 2.394. It is not possible for me to examine these values since Dr. Krause did not provide his analysis. It is also curious that the PTI calculations were only discussed in the rebuttal report, not in the opinion report which relied on broad categories of taxa instead of at the refined species level like a PTI. Of particular concern is that I have no way to evaluate the pollution tolerance values that Dr. Krause assigned to the diatom taxa and what support he used for assigning those values since he did not provide his methodology in calculating the PTI. In periphyton assessment, species identification and decisions about tolerance influence calculation outcomes. Therefore, methodological transparency is foundational to producing reliable and defensible conclusions. The lack of transparency is particularly troubling because pollution tolerance can vary within the same species of diatoms by region and therefore it is important to provide support for the tolerances used in the analysis (Alers-García 2021). It is also important to disclose if diatoms without tolerance values were excluded from the analysis and wither the PTI was weighted by relative abundance or presence/absence. Pollution tolerance can also vary based on the type of pollution, i.e. nutrients, pH, metals (van Dam 1994). I have no way of knowing if




*Figure 4 Diatom relative abundance in the Souhegan River and the Unnamed Stream from Dr. Krause's Opinion Report. Dr. Krause uses broad classifications (phyla) which are not useful in comparing sites because individual taxa within these broad groups can have different tolerances. These figures do not contribute any meaningful information.*

Dr. Krause used more general pollution tolerances or tolerances specific to pH. Although diatom indices including PTI and Acid Diatom Index (ADI) are metrics that can be used to assess ecosystem health, it is important that they be used in context with other metrics such as the physical habitat and water quality parameters such as nutrients, pH, alkalinity, specific conductivity, dissolved solids, turbidity, etc. which Dr. Krause did not do. Without transparency, the PTI's are uninterpretable.

**Other inputs to the Souhegan River**

On page 22 of the Opinion Report, Dr. Krause states:

> while degraded water quality is observed, it is not reasonable to conclude that all of the impairments to the Souhegan River are attributed to discharges from Pilgrim Foods, especially since the entire watershed is listed as impaired in the USEPA My Waterway Database (USEPA 2024c).

This mischaracterizes my report; I expressly stated throughout my report that the discharges from Pilgrim Foods ***contributed*** to the impairment of the Souhegan River. Pointing out other discharges such as the Greenville Wastewater Treatment Plant (WWTP), does not negate the impact of the acidic discharges from Pilgrim Foods. A search of EPA's Enforcement and Compliance History Online (ECHO) database shows two facilities discharging to the Souhegan River, Pilgrim Foods and the WWTP (Figure 5). Based on the facility's compliance history, the WWTP is not contributing to the low pH of the Souhegan River, and its exceedances have been




*Figure 5 ECHO search results showing two facilities discharging near the reach of the Souhegan at the confluence with the unnamed stream. The facilities are Pilgrim Foods and the Greenville WWTP.*

due to phosphorous and metals, not low pH. New Hampshire has collected samples and measured pH at water quality stations 19P-SHG and 19N-SHG near the WWTP; the pH value of 6.52 at stations 19N-SHG measured in June, 2000 was used to bracket the Unnamed Stream discharge discussed previously. Three samples collected at 19P-SHG in 2005 had measured pH values of 6.81, 6.97 and 7.19. Dr. Krause mentions that the WWTP exceeded its discharge limits for copper on multiple occasions (Opinion Report page 22). The toxicity of the exceedances of copper by the WWTP would be enhanced by the low pH discharges from Pilgrim Foods. pH controls copper's chemical form and it is the free copper ion that is primarily responsible for its toxicity, not the total amount of copper. It is very well established that that low pH increases the free copper ion concentration in the water and increases the toxicity. Therefore, low pH discharges from Pilgrim Foods would increase the toxicity of copper released from the WWTP. Additionally, by violating the water quality standards for pH, Pilgrim Foods discharges would impact the acceptability of discharges from the WWTP. Copper water quality criteria are pH dependent and addressed in EPA’s copper criteria. For example, the same copper concentration may be acceptable at a pH of 7.8 but acutely toxic at a pH of 6.2. The NPDES system is designed to ensure that all discharges in a waterway do not result in discharges that are harmful to aquatic life in receiving waters. Circumventing the NPDES process can disrupt the impacts of other discharges in an area (EPA 2007).

**Krause Opinion 2A: Macroinvertebrate communities in the Unnamed Stream demonstrate improved community health.**

In my report, I used existing information collected by the State of New Hampshire and Normandeau and Associates to demonstrate that discharges from Pilgrim Foods severely degraded the unnamed stream in 2013 and that the invertebrate community downstream of the site showed improvements in 2022. Based upon a comprehensive analysis of invertebrate data collected by Normandeau and Associates in October 2022 compared with October 2013, David Neils concluded that “Invertebrate community condition in the downstream reach appears to have **IMPROVED SLIGHTLY** based on 2022 samples compared samples collected in 2013[1]. However, the average total number of taxa remains **LOWER** downstream compared to upstream. Additionally, the total number of individuals collected in downstream samples was **EXTREMELY LOW** for 3 of 4 samples.” While Normandeau and Associates conducted a comprehensive analysis using multiple metrics, Dr. Krause based his opinion on one metric, “EPT Taxa”. EPT consists of three broad orders of insects: mayflies (Ephemeroptera, 3000 species), stoneflies (Plecoptera, 3500 species), and caddisflies (Trichoptera., 14,500 species). While many EPT species are sensitive to pollution and can be general indicators of good water quality, there

[1] Memo to File from David Neils, NH DE dated January 19, 2023, RE: Comparison of biological data collected from an unnamed stream, Greenville, NH, 2013 and 2022

are individual EPT species that are tolerant of pollution. Therefore, further analysis beyond % EPT is needed to draw any conclusion regarding causation (EPA 2021). For example, mayflies are generally most sensitive to low pH and can tolerate pH levels down to 5.5 and stoneflies are generally more tolerant of low pH. Like periphyton, it is important to identify macroinvertebrates at the species level; more robust analyses and habitat assessments are required for their use as a biological indicator (EPA CADDIS). Macroinvertebrates are dependent upon other habitat variables such as water velocity, substrate (rocks, sand), water temperature, food availability and repopulation sources. Therefore, it is also important to consider the habitat, the water chemistry, and other variables when using indicators such as EPT. Rather than rely on "EPT taxa" as Dr. Krause did, Normandeau and Associates examined the total taxa richness (number of species), as well as specifically looking at tolerant and intolerant species, feeding guild (what they eat), and the Hilsenhoff Biotic Index **(**estimates overall tolerance of the community, numbers close to 10 means the system is dominated by tolerant taxa). They concluded that the downstream site had improved since 2013, but problems remained due to lower species richness downstream and lower number of intolerant taxa downstream (Table 2).

*Table2 Summary of the 2013 and 2022 macroinvertebrate assessments. Data show an overall improvement in the community downstream from Pilgrim Foods. There are still problems as indicated by low total Richness and low intolerant species, highlighted in* ***red****.*

| | **Total Richness** | **%EPT** | **Intolerant** | **% Dominant** | **HBI** | **Tolerant** |
|---|---|---|---|---|---|---|
| **Upstream 2013** | 23 | 67.8 | 8 | 37.2 | 3.78 | 3.78 |
| **Upstream 2022** | 15 | 10.7 | 5 | 57.1 | 4.42 | 6.6 |
| **Downstream 2013** | 5 | 0.4 | 1 | 82.5 | 7.48 | 38.0 |
| **Downstream 2022** | 6 | 18.9 | 1 | 56.0 | 4.32 | 1.9 |

The improvement of the macroinvertebrate community is likely due to the minimal number of low pH events in the summer of 2022. In 2022 there were only 4 incidents over the span of 152 days when the pH dropped below 6.0, but in 2013 there were 8 incidents when the pH dropped below 6.0 in the span of only 25 days and one of those incidents lasted at least 3 days. Table 3 summarizes the available continuous water monitoring table during the field season (May-October) of 2022 and shows four incidents when the pH dropped below 6.0:

*Table 3 Continuous monitoring data during the 2022 field season. While there were extended durations when the pH dropped below 6.5, the other than 4 short duration episodes, the pH in the unnamed stream was above 6.0 during the 2022 field season.*

| Monitoring period | Maximum | Minimum | Episodes below 6.0 | Duration (Time, pH) |
|---|---|---|---|---|
| May 19-June2 | 7.06 | 6.06 | 0 | |
| June 2-June 16 | 7.13 | 6.60 | 0 | |
| June 16-June29 | 6.45 | 5.04 | 2 | June 16: 14:15 6.0, 14:30 5.98, 14:45 5.90, 15:00 5.91, 15:15 6.00<br><br>June 22: 10:45 6.27, 11:00 5.04, 11:15 5.62, 11:30 5.97, 11:45 6.16 |
| June 29-July 13 | 7.07 | 6.49 | 0 | |
| July 13-July 26 | 7.19 | 6.04 | 0 | |
| July 26-August 3 | 7.26 | 6.44 | 0 | |
| September 6-October3 | 7.47 | 4.46<br>Aside from the 2 events <30 minutes, the pH was above 6.26 | 2 | Sept 13: 13:57 6.92, 13:57 4.46, 14:12 6.26<br><br>Sept 9: 10:38 7.17, 10:53 4.46, 11:08 6.88 |
| October 3 - October 17 | 7.20 | 6.28 | 0 | |

two incidents in July that lasted less than an hour and two incidents in September that lasted less than 30 minutes when the pH of the unnamed stream dropped below 6.0. Therefore, the results of the 2022 bioassessment demonstrate that the health of the stream improved when extremely acidic wastewater was not repeatedly discharged into the unnamed stream. Conversely, the water quality data and 2013 bioassessment demonstrate that when Pilgrim Foods was actively discharging extremely acidic waste into the unnamed stream, the ecological community was severely impacted. Continuous monitoring from October 16-Ocober 28, 2013, shows two incidents where the pH dropped below 6.0 and continuous monitoring from November 19 to December 3, 2013, show six incidents where the pH dropped below 6.0, one of which lasted at least 3 days (Figure 6). The improvement in the ecological community when the low pH episodes were minimal during the summer of 2022 indicates that the acidic discharges from Pilgrim Foods were harmful to aquatic life. Improved water quality in the Unnamed Stream does not negate the fact that when Pilgrim Foods more frequently discharged acidic waste in the Unnamed Stream, the water quality and aquatic life indicated severe impairment. It is possible that the improvement to the Unnamed Stream pH levels was because acidic waste was reduced due to the reduction of stormwater because of low precipitation that summer.

Another plausible explanation is that it was being diverted to the Souhegan River from the clandestine pipe which would then degrade the Souhegan River. Dr. Krause's opinion that "Macroinvertebrate communities in the Unnamed Stream demonstrate improved community health" provides support for the fact when pH levels are maintained within a certain range with minimal extreme drops in pH, the health of the stream improves. When compared to the 2013 assessment, the improved community health provides support for the fact that Pilgrim Foods discharges severely impacted the Unnamed Stream.

As discussed in my initial report, the discharges from Pilgrim Foods were episodic and there is conclusive evidence demonstrating the extreme variation in pH from the continuous monitoring in the fall of 2013 (Figure 6). It is important to note that any improvements to the Unnamed Stream during the summer and fall of 2022 when acidic discharges were minimized would be reversed by harmful discharges in subsequent years. For example, monitoring data from September and October 2025 show extremely caustic, high pH levels in the Unnamed Stream. High pH above 9.0 is harmful to aquatic life just as is pH below 6.5. The pH levels above 12.5 measured in the Unnamed Stream are highly caustic and would be lethal to the vast majority of macroinvertebrates (Figure 7). Those high pH levels would also be lethal to all fish if fish inhabited the Unnamed Stream downstream of Pilgrim Food's discharge.




*Figure 6 Continuous pH monitoring data showing that pH dropped below 6.0 downstream (blue) eight times and upstream (pink) once during October 16-28 and November 19-December 3, 2013, in the span of 25 days. The pH was below 6 from November 28 to December 1 at the downstream site.*

.




*Figure 7 pH monitoring data from September and October 2025 upstream and downstream of Pilgrim Foods. The extremely caustic pH values (12.5) would be lethal to most if not all macroinvertebrates in the unnamed stream. The extremely caustic pH would reverse any improvements in the health of the stream.*

**Krause Opinion 2B: Discharges from the Pilgrim Foods facility do not contribute to the presence of "sewage fungus" and the degradation of water quality in the Unnamed Stream and the Souhegan River**

Dr. Krause attributed the presence of sewage fungus (Sphaerotilus) in the Unnamed Stream to upstream sources of organic enrichments. Sphaerotilus are most indicative of poor water quality downstream of a source of organic waste (Exton et al 2024). However, the data do not support Dr. Krause's assertion that the presence of sewage fungus was due to upstream sources of organic waste. The summary of findings (Neils 2023) concluded that the assessment found an improvement in conditions but that **"SEWAGE FUNGUS CONTINUES TO PERSIST** in the downstream reach and was dominated by the taxa Sphaerotilus sp. and observed in 53% of view buckets [in 2022]. In 2013, sewage fungus was observed in 81% of view buckets" (Table 4). Similar to the other biological data, the decrease in the presence of fungus shows improvement from 2013 to 2022 but indicates that there are still problems because it will take time to fully recover after such severe degradation. As Dr. Krause mentions in his Opinion report on page 21, acetic acid is an organic waste and was discharged by Pilgrim Foods. Acetate from acetic acid is organic waste that supports the growth of Sphaerotilus (Exton 2024). As microorganisms such as Sphaerotilus break down the acetate, they use oxygen causing dissolved oxygen levels to decline and further degradation of the stream (Kornberg and Krebs 1957, Exton 2024). If other

sources were causing the sewage fungus, then excess growth of sewage fungus would be found upstream of Pilgrim Foods. However, this was not the case; Table 4 shows that sewage fungus was not found upstream of Pilgrim Foods. Therefore, Pilgrim Foods is the source of organic waste that is causing the growth of sewage fungus. Dr. Krause also claims that discharges from the wastewater treatment plant were causing the persistence of the sewage fungus in the downstream reach. However, the sewage fungus was thickest closest to Pilgrim Foods than furth downstream near the WWTP (NHDES 2023). This provides evidence that Pilgrim Foods was indeed the source of organic waste causing the growth of sewage fungus. Dr. Krause is incorrect in claiming that discharges from Pilgrim Foods do not contribute to the presence of sewage fungus in the Unnamed Stream and degradation of water quality in the stream and the Souhegan River because the data clearly shows otherwise.

*Table 4 Data from Table 3 of the 2023 Neils NHDES report showing that sewage fungus was found downstream of Pilgrim Foods in 2013 and 2022 but not found upstream of Pilgrim Foods based upon presence in buckets.*

| **Frequency of Benthic Fungus Occurrence** | | |
|---|---|---|
| # (%) of View Buckets Present | | |
| Year / Sample location | Yes | No |
| 2013 / Upstream | 0 (0%) | 15 (100%) |
| 2022 / Upstream | 0 (0%) | 11 (100%) |
| 2013 / Downstream | 16 (53%) | 14 (47%) |
| 2022 / Downstream | 17 (81%) | 4 (19%) |
| # (%) of Point Observations | | |
| 2013 / Upstream | 0 (0%) | 240 (100%) |
| 2022 / Upstream | 0 (0%) | 176 (100%) |
| 2013 / Downstream | 231 (90%) | 25 (10%) |
| 2022 / Downstream | 186 (68%) | 86 (32%) |

**Krause Opinion 3: Potential discharges into the unnamed stream do not contribute to the acidification of the Souhegan River**

The monitoring data and the presence of fish kills in 1995 and 1997 documented in the 1997 NHDES Watershed Report (referred to as Bower and Snook in Dr. Krause's reports) demonstrate that acidic discharges into the Unnamed Stream by Pilgrim Foods have impacted the Souhegan River in the past. Therefore, continued discharges by Pilgrim Foods into the unnamed stream would undoubtedly continue to have an impact on the Souhegan River. Likewise, discharges into the swale impacted the Souhegan River and would continue to impact the Souhegan River had they continued.

Dr. Krause makes the statement on page 19 of his Rebuttal Report, "Ultimately, an observation of two dead dace specimens with no research on populations over time does not provide enough evidence to conclude that fish populations were affected in the Souhegan River due to the Pilgrim Foods facility." Both reports clearly state that the fish kill was comprised of two ***species*** of fish not two ***specimens***. The biological definition of species is a group of organisms that share similar characteristics and can interbreed and produce fertile offspring. A specimen is a single individual organism. Dr. Krause appears to confuse these important terms, and unless Dr. Krause is privy to data beyond the NHDES Report that was not shared, the apparent confusion results in a serious mischaracterization of the NHDES report and my report. While NHDES did not document the number of dead fish, it does appear that it was significant enough to trigger an investigation to determine the cause. Dace are minnows. It is unlikely that two dead minnows would trigger such an investigation.

The NHDES Watershed (1997) report demonstrated that low pH discharges into the Unnamed Stream by Pilgrim Foods resulted in the fishkill downstream of the confluence with the Unnamed Stream. The report states:

> The identification of low instream pH values in the Town of Greenville (station 18B-SHG), which later led to enforcement action on a manufacturing facility [Pilgrim Foods], were first identified by observing the almost complete absence of the pollutant intolerant longnose dace, a common and abundant species found throughout the Souhegan River. The lack of occurrence of this fish in its preferred habitat, combined with the very low abundance of fish other than seasonally stocked trout and Atlantic salmon, all indicated that the stream segment was undergoing some relatively high degree of impairment. Fish kills were later observed along the segment and were followed up with real time physical chemical monitoring, revealing periodic influxes of low pH and high organic waste discharges from the above mentioned facility [Pilgrim Foods]. (NHDES 1997, p. 55).

Dr. Krause is critical of the conclusion in the NHDES Watershed Report that the fish kills were likely limited to dace due to their limited mobility to escape acidic plumes. Dr. Krause's argument is based upon a laboratory study conducted by Goettel et al (2015) that examined fish movement in an 8.5 m long by 0.5 m wide hydraulic flume. This study demonstrated that turbulence influences dace swimming behavior. This study is not relevant to the conclusion that the dace mortality was likely due to their limited mobility. In fact, studies that monitor fish movements in the wild by marking and recapturing them over a period of time have demonstrated that blacknose and longnose dace have restricted movement. In a 1987 study on home range estimates, Hill and Grossman found that longnose dace (*Rhinichthys cataractae*) exhibited restricted movement, with no detected movements exceeding 100 meters over a period of up to ten months and estimated the home range to be between 10-20 meters. A mark and recapture study found that blacknose dace also do not travel long distances (Albanese 2001) further supporting that the dace mortality in the Souhegan River was due to their restricted movement and lack of ability to escape the acidic plumes from Pilgrim Foods

Dr. Krause disagrees with the NHDES conclusion that the Atlantic salmon fry were less sensitive than the dace and more mobile. The paper that Dr. Krause cites (LaCroix et al 1985) to support his opinion specifically looked at hatching success and mortality in alevins (newly hatched fish that live in the gravel and are supplied food through a yolk sac), which are different than fry (free swimming and free feeding, miniature version of adult fish) which were stocked by the state and are more mobile than eggs or alevins. Additionally, Dr. Krause conflates long term sublethal effects that result in population decline over time with short term lethal effects. Another paper that Dr. Krause uses for support (Smialek et al. 2021) states that low pH values of 4.7–5.4 result in lower annual juvenile fish productivity of Atlantic salmon. The authors also state that long-term exposure of Atlantic salmon to pH < 4.5 will lead to a substantial decrease of populations or even extirpation in freshwater habitats. These papers demonstrate that the Atlantic salmon would be susceptible to sublethal effects that ultimately affect the population and not necessarily direct mortality. Therefore, without the stocking of Atlantic salmon by the state, it would be expected to see a reduction in Atlantic salmon in the Souhegan River near the Pilgrim Foods discharge over time.

Data from the NHDES Watershed report show a very clear impact to the fish community in the Souhegan River about 0.5 miles downstream of the confluence with the Unnamed Stream (Figure 8). Another 0.8 miles further downstream, there were more species, and the number of species was more balanced. Figure 8 shows the increased species richness (8) and evenness (0.82) 1.3 miles downstream (species richness 5, evenness 0.61).




*Figure 8 Relative abundance of fish species from the 1997 Water Condition Report. Site 18B SGH is at the confluence of the Souhegan River and the swale that Pilgrim Foods would eventually discharge into and has lower species richness (5) and evenness (0.61). Site 18A SHG is 0.8 miles downstream from 18B-SGH and has higher species richness (8) and evenness (0.82)*

As noted, NHDES concluded that the WWTP and discharges from Pilgrim Foods led to the impacts on the biological communities in this section of the river. While Dr. Krause correctly states that additional bioassessment data would be ideal, the existing data are sufficient to support NHDES's conclusion regarding impairment of the Souhegan River downstream of near the confluence of the Unnamed Stream and demonstrates that discharges of acidic waste from Pilgrim foods contributed to the impairment.

**Krause Opinion 4: Based on multiple lines of evidence the current conditions in the Souhegan River and terrestrial swale support the conclusion that any impacts from the discharge were short-lived and are not contributing to ongoing degradation of the biota or water quality of the terrestrial or river habitats.**

Dr. Krause uses irrelevant information to obscure the impacts from the discharges and does not provide much of the evidence or methodologies that he relied on to support his opinion that any impacts were short lived and did not contribute to the biological degradation of the Souhegan River. The lack of transparency in methodologies raises serious concerns about data integrity, scientific defensibility, and the validity of the conclusions in the report. It is well established that pH affects aquatic life. In fact, it is considered one of the most critical environmental factors that affects species in aquatic habitats (Baker 1990). While different species thrive within different ranges of pH, the optimum for most aquatic organisms is pH 6.5-9

which is the basis of EPA and State water quality criteria (Baker 1990, EPA 1986). Sustained pH or fluctuating pH outside this range will stress aquatic life resulting in decreased reproduction, decreased growth, disease or death. Even small changes in pH can shift community composition in streams and lead to reduced biological diversity in streams. Therefore, it is inconsistent with established science to suggest that repeatedly discharging acid waste into the Souhegan River through the Unnamed Stream or the discharge swale would not have an impact on the ecological health of the river. Existing data show that the discharges from Pilgrim Foods altered the pH of both the Unnamed Stream and the Souhegan River. So much so, that it resulted in fish kills (multiple individuals of two species) and complete depletion of these species in the affected reaches of the Souhegan River. The continued discharge of acidic waste by Pilgrim Foods through the Unnamed Stream or the swale continued to cause fluctuations of pH in the Souhegan River to the detriment of the stream health. Dr. Krause's use of inappropriate statistical methods and cursory analysis of biological data without proper context conceal the true impacts of the discharges from Pilgrim Foods.

**References**


1. Baker, J. P., Bernard, D. P., Christensen, S. W., & Sale, M. J. (1990). Biological effects of changes in surface water acid-base chemistry. National Acid Precipitation Assessment Program, Washington DC. NAPAP Report 13.

2. Baker, J. P., Van Sickle, J., Gagen, C. J., DeWalle, D. R., Sharpe, W. E., Carline, R. F., Baldigo, B. P., Murdoch, P. S., Bath, D. W., Krester, W. A., Simonin, H. A., & Wigington, P. J., Jr. (1996). Episodic acidification of small streams in the northeastern United States: Effects on fish populations. *Ecological Applications, 6*(2), 422-437. https://doi.org/10.2307/2269380

3. Albanese, B. (2001). Movement of fishes in a network of streams and implications for persistence [Doctoral dissertation, Virginia Polytechnic Institute].

4. Alers-García, J., Lee, S. S., & Spaulding, S. A. (2021). Resources and practices to improve diatom data quality. *Limnology and Oceanography Bulletin, 30*(1), 48-53. https://doi.org/10.1002/lob.10433

5. Environmental Protection Agency (EPA). (1986). Quality criteria for water (440/5-86-001).

6. Environmental Protection Agency (EPA), Office of Water. (2007). Aquatic life ambient freshwater quality criteria—Copper (EPA-822-R-07-001). https://www.epa.gov/sites/default/files/2019-02/documents/al-freshwater-copper-2007-revision.pdf

7. Environmental Protection Agency (EPA). (2025). Causal Analysis Diagnosis Decision Information System (CADDIS). https://www.epa.gov/caddis/ph#:~:text=Basicity%20refers%20to%20the%20ratio,to%20aquatic%20plants%20and%20animals

8. Environmental Protection Agency (EPA). (2021). Factsheet on water quality parameters macroinvertebrates. https://www.epa.gov/system/files/documents/2021-07/parameter-factsheet_macroinvertebrates.pdf

9. Environmental Protection Agency (EPA), Office of Pesticide Programs. (2025). Aquatic life benchmarks and ecological risk assessments for registered pesticides. https://www.epa.gov/pesticide-science-and-assessing-pesticide-risks/aquatic-life-benchmarks-and-ecological-risk

10. Exton, B., Hassard, F., Medina-Vaya, A., & Grabowski, R. C. (2024). Undesirable river biofilms: The composition, environmental drivers, and occurrence of sewage fungus. *Ecological Indicators, 161,* 111949.

11. Goettel, M. T., Atkinson, J. F., & Bennett, S. J. (2015). Behavior of western blacknose dace in a turbulence modified flow field. *Ecological Engineering, 74*, 230-240. https://doi.org/10.1016/j.ecoleng.2014.10.012

12. Hall, R. J. (1994). Responses of benthic communities to episodic acid disturbances in a lake outflow stream at the Experimental Lakes Area, Ontario. *Canadian Journal of Fisheries and Aquatic Sciences, 51*, 1877-1892.

13. Hill, J., & Grossman, G. D. (1987). Home range estimates for three North American stream fishes. *Copeia 1987*(2), 376-380.

14. Hyne, R. V., Pablo, F., Julli, M., & Markich, S. J. (2005). Influence of water chemistry on the acute toxicity of copper and zinc to the cladoceran Ceriodaphnia cf dubia. *Environmental Toxicology and Chemistry, 24*(7), 1667-1675. https://doi.org/10.1897/04-497r.1

15. Keteles, K. (2025). Adverse ecological impacts due to acidic discharges from Pilgrim Foods Old Dutch Mustard, Greenville, New Hampshire. NEICRP2134X02.

16. Kornberg, H. L., & Krebs, H. A. (1957). Synthesis of cell constituents from C2-units by a modified tricarboxylic acid cycle. *Nature, 179*(4568), 988-991.

17. Krause, P. R. (2025). Expert opinion of Dr. Paul R. Krause regarding the impact of the discharges of acidic wastewater to the Souhegan River.

18. Krause, P. R. (2025). Rebuttal to the USEPA expert report, titled "Adverse ecological impacts due to acidic discharges from Pilgrim Foods Greenville, New Hampshire."

19. Lacroix, G. L., Gordon, D. J., & Johnston, D. J. (1985). Effects of low environmental pH on the survival, growth, and ionic composition of post-emergent Atlantic salmon (Salmo salar). *Canadian Journal of Fisheries and Aquatic Sciences, 42*(4), 768-775. https://cdnsciencepub.com/doi/abs/10.1139/f85-098

20. Larned, S. T. (2010). A prospectus for periphyton: Recent and future ecological research. *Journal of the North American Benthological Society, 29*(1), 182-206.

21. McCann, D., & Burns, B. (2023). USEPA National Enforcement Investigations Center (NEIC) Criminal Investigation Report. Document ID: NEICRP2134R01.

22. New Hampshire Department of Environmental Services (NHDES). (1997). Souhegan River Watershed Report (NHDES-WD-97-9).

23. New Hampshire Department of Environmental Services (NHDES), Neils, D. (2023). Comparison of biological data collected from an unnamed stream, Greenville, NH, 2013 and 2022.

24. New Hampshire Department of Environmental Services (NHDES), Neils, D. (2013). Water quality impairment documentation in unnamed stream, Greenville, NH.

25. New Hampshire Department of Environmental Services (NHDES) Watershed Bureau. (2023). Field Inspection Report for Pilgrim Foods, Greenville, NH (EMD# 4191).

26. Normandeau Associates. (2022). Unnamed Brook 2022 Environmental Monitoring Report.

27. Smialek, N., Pander, J., & Geist, J. (2021). Environmental threats and conservation implications for Atlantic salmon and brown trout during their critical freshwater phases of spawning, egg development, and juvenile emergence. *Fisheries Management and Ecology, 28*(5), 437-467.

28. Stevenson, J. (2014). Ecological assessments with algae: A review and synthesis. *Journal of Phycology, 50*(3), 437-461. https://doi.org/10.1111/jpy.12189

29. van Dam, H., Mertens, A., & Sinkeldam, J. (1994). A coded check list and ecological indicator values of freshwater diatoms from the Netherlands. *Netherlands Journal of Aquatic Ecology, 28*(1), 117-133. https://doi.org/10.1007/BF02334251

**Curriculum Vitae**
**KRISTEN A. KETELES, Ph.D.**

**<u>Work Address</u>**
EPA National Enforcement Investigations Center
Denver Federal Center
PO Box 25227, Bldg 25
Denver, CO 80225
303- 462-9313
Keteles.Kristen@epa.gov

## Education

| | | |
|---|---|---|
| Louisiana State University | 2001 | Ph.D. Zoology (Environmental Toxicology emphasis) |
| Coastal Carolina University | 1995 | B.S. Marine Science |

## Field of Specialization and Areas of Interest

- Human Health and Ecological Risk Assessment
- Toxicogenomics (gene expression in response to chemicals)
- Hazard Assessment
- Children's Environmental Health
- Pesticides
- Fate and Effects of Contaminants of Emerging Concern in the Environment

**<u>Professional Society Affiliation</u>**

Society of Toxicology

## Professional Experience

*Senior Toxicologist, USEPA National Enforcement Investigations Center (NEIC), 2016-Present*
Duties: Provides technical assistance in the field of toxicology to support criminal investigations and prosecutions, including written reports and declarations, and expert witness testimony during trials and sentencings involving intentional poisonings and chemical exposures resulting from criminal negligence. Communicates potential risks from chemical exposure to juries and other lay audiences. Serves on national technical workgroups including the Risk Assessment Forum and the Science Support Panel. Reviews science policy documents and briefs the NEIC director on these documents. Remains active in the field of toxicology by planning and conducting research. Directs data collection and analysis related to risk assessment as well as advanced monitoring research and other studies. Reviews toxicology studies and applies

findings to assess risk from chemical exposures. Determines risk from chemical exposures to law enforcement and first responders and establishes clearance levels. Served as chair of the EPA Risk Assessment Forum Human Health Oversight Committee (HHOC), May 2020-April 2022. The HHOC oversees the development of EPA risk assessment policy and guidance. Provided toxicology technical assistance to international government officials.

*Toxicologist, Detailed to Office of Land and Emergency Management (OLEM), Policy Analysis and Regulatory Management Staff (PARMS), May-September 2022.* Serves as a national and international science policy expert specializing in areas of environmental risk and toxicological assessment, provides science policy advice and support to OLEM senior leadership on environmental contaminants. Coordinates the development, evaluation, and review of science policy guidance and regulatory actions. Responsible for analyzing complex environmental contamination problems, identifying science policy issues, and communicating key information to senior leadership. Reviews toxicology studies for technical merit and regulatory documents for policy implications. Serves as an expert in hazard identification, dose-response analysis, and exposure pathway analysis for a wide range of contaminants including metals, fibers, solvents and persistent bioaccumulative substances. Provides advice and guidance on the potential impacts of scientific findings, risk assessments, or regulatory analyses, on OLEM.

*Toxicologist (National Technical Expert), USEPA Region 8, Technical Assistance Unit and Pollution Prevention, Pesticides, and Toxics Unit, Denver CO, 2008-2016.*
Duties: Provided technical assistance regarding human health and ecological effects from exposure to pesticides, metals (including mercury), volatile organic compounds and other toxics to the public, state and local officials, and other federal agencies; Served as a technical expert on risks and effects of pesticides and toxics (PAHs, VOCs, PCBs, lead, mercury, asbestos); Reviewed toxicology studies such as toxicology studies from the National Toxicology Program and Agency for Toxic Substances and Disease Registry. Conducted human health and ecological risk assessments at superfund sites; Assessed risk from exposure to chemicals from spills and releases during Emergency Response operations and established screening levels and clearance levels; Calculated references doses using points of departure and uncertainty factors including extrapolating from animal studies, susceptible populations, and other modifying factors. Served as technical expert on workgroups to develop guidance and policies to protect human health and the environment from exposure to chemicals; Assisted with the training of pesticide applicators; Provided toxicological expertise to the Children's Environmental Health and Air Toxics Program; Served on the Air Toxics Risk Assessors workgroup and the Chemical Safety for Sustainability Implementation Team. Prepared briefings on technical issues for senior leadership; Conducted research with the Office of Research and Development (ORD) on the effects of endocrine disrupting chemicals on aquatic life using toxicogenomic tools. Presented information at scientific and public meetings. Provided technical assistance in the field of toxicology to support criminal investigations and prosecutions.

*Acting Deputy Director, USEPA National Enforcement Investigations Center (NEIC), 2011*

Duties: Provided management oversight and technical leadership to NEIC's Program Managers and Branch Chiefs to ensure that the overall goals to provide forensic science support to the enforcement community of EPA were achieved. Resolved differences in scientific opinion and developed a framework to address these differences.

*Lecturer, University of Colorado Denver, Denver, CO, 2009-2011*
Duties: Taught graduate course in Environmental Biology, including stressed stream analysis.

*Coastal Watershed Condition Assessment Coordinator (Contaminants Specialist), National Park Service-Water Resources Division, Contractor with Texas A&M University, 2004-2008.*
Duties: Assessed threats to public health and natural resources within and adjacent to coastal National Parks; provided technical assistance regarding health effects and natural resource damage during chemical spill response and provided technical expertise for spill contingency planning in coastal National Parks. Coordinated projects working with multiple stakeholders to assess environmental impacts to National Park resources. Assured that projects were completed on time and met the scope of work. Communicated the results of the assessments to Park managers.

*Assistant Professor of Biology, University of Central Arkansas, Conway, AR 2001-2004.*
Duties: Advised graduate students, maintained a research program in environmental toxicology investigating environmental factors that influence metal toxicity in mining impacted streams; Taught graduate and undergraduate courses (Environmental Toxicology, Health Effects from Environmental Contaminants, Environmental Science, and Introductory Biology). Taught principles of stressed stream analysis

*Visiting Scientist, Federal Bureau of Investigation, Counter Terrorism Forensic Science Research Unit (FBI-CTFSRU) Quantico, VA 2003.*
Duties: Developed a Polymerase Chain Reaction (PCR) DNA-based method to detect biothreats (*Bacillus anthracis*) in environmental samples.

*Adjunct Professor of Biology, River Parishes Community College, Sorrento, LA 2001*

*Graduate Research Assistant, Louisiana State University, Baton Rouge, LA, 1999.*
Effects of PAH on trace metal bioaccumulation in the darter goby, *Gobionellus bolesoma*. Planned and conducted research.

*Graduate Research Assistant, Louisiana State University Baton Rouge, LA, 1998.*
Hazardous Materials Research Center: Fate of PAH contaminants in the environment.

*Senior Research Associate, Dartmouth College, Hanover, NH 1996-1997*
Superfund Basic Research Program: Bioaccumulation and biomagnification of toxic metals including mercury in lake foodwebs throughout the Northeastern Region of the USA. Planned research activities, collected data, and briefed leadership including a congressional delegation on the findings of the research.

**Workgroups Served On**
EPA-National Toxicology Program Workgroup
Risk Assessment Forum Human Health Oversight Committee, Chair 2020-2022
Science Technology Policy Council Science Support Panel
Air Toxics Risk Assessors
OLEM Human Health Regional Risk Assessors Forum

## Presentations

Keteles, K.A. and A. R. Kadry. A Risk-Based Investigation on an Accidental Exposure of a Bison Herd to Chlorophacinone. Society of Toxicology, San Antonio, TX, March 2018.

Keteles, K.A. Toxicology and Environmental Crimes: Answering, "So what?". Colorado Environmental Crimes Task Force, February 23, 2017.

K.A. Keteles, A.M. Vajda, D. Winkelman, J. Beihoffer, D. Ekman, D.L. Villeneuve, J.M. Lazorchak, A. Jastrow, T. Collette. Use of bioactivity tools to measure estrogenic mixtures below WWTPs with differing treatment technologies. Society of Environmental Toxicology and Chemistry 36th Annual Meeting, Salt Lake City, UT, November 2015.

Dewoskin, R.S., G.L. Diamond, J. Brown, M.H. Follansbee, K.A. Keteles, C.R. Partridge. Predicting Blood Lead Following Short-Term Exposures Using the All Ages Lead Model (AALM), Society of Toxicology, Phoenix, AZ, March 2014.
Keteles, K.A. Schwindt, A.R., Winkelman, D.L., Vajda, A.M., Beihoffer, J.
Bioindicators of exposure to Endocrine Active Chemicals, Rocky Mountain Society of Environmental Toxicology and Chemistry Denver, CO, April 2013.

Keteles, K.A. Science for EPA Region 8's Future (invited), National Academy of Sciences National Research Council Committee, Washington, DC, August 8, 2011.

Keteles, K.A. Children's special vulnerabilities to environmental exposures including prenatal and developmental windows of susceptibility, Improving Children's health through federal collaboration speaker series, November 10, 2010.

Keteles, K.A. EPA's response to the Deepwater Horizon Oil Spill, (Invited) America Water Resources Association, Denver CO, August 2010.

Keteles, K.A. Rethinking pristine: Contaminants of emerging concern in high elevation Lakes, Water Professionals Meeting, Fort Collins, CO, Feb 2010.

Keteles, K. A. Why children are not little adults: toxicology 101. Children's Environmental Health Summit, Missoula MT, August 11, 2009.

Keteles, K.A., E. Smith, T. Walter, and D.S. Johnson. Variation in cadmium bioavailability, Society of Environmental Toxicology and Chemistry 25th Annual Meeting, Portland, Oregon, November 2004.

Keteles, K.A., T. Walter, E. Smith, M. Schroeder. Invited Paper. The influence of water quality on trace metal bioavailability. Arkansas Water Resources Meeting, Fayetteville, AR April 2004.

Keteles, K.A. The influence of nutrients on the toxicity of arsenate and arsenite. Society of Environmental Toxicology and Chemistry 24th Annual Meeting, Austin, Texas, November 2003.

Keteles. K.A. and J.W. Fleeger, The trophic transfer of exoskeleton-associated metals in crustacean prey (*Palaemonetes pugio*) to a fish predator (*Fundulus grandis*). Society of Environmental Toxicology and Chemistry 22nd Annual Meeting, Baltimore, MD, November 2001.

Keteles. K.A. and J.W. Fleeger. The effect of source of exposure on the uptake and partitioning of metals by *Palaemonetes pugio*. Society of Environmental Toxicology and Chemistry 21st Annual Meeting. Nashville, TN, November 2000

Keteles. K.A. and J.W. Fleeger. Uptake and partitioning of metals by *Palaemonetes pugio.* Society of Environmental Toxicology and Chemistry 20th Annual Meeting, Philadelphia PA, November 1999.

## Publications

Jenna E. Cavallin, Jon Beihoffer, Brett R. Blackwell, Alexander R. Cole, Drew R. Ekman, Rachel Hofer, Aaron Jastrow, Julie Kinsey, Kristen Keteles, Erin M. Maloney, Jordan Parman, Dana L. Winkelman, Daniel L. Villeneuve. (2021)
Effects-based monitoring of bioactive compounds associated with municipal wastewater treatment plant effluent discharge to the South Platte River, Colorado, USA, Environmental Pollution Vol 289.

Cavallin, J.E., W. A. Battaglin, J. Beihoffer, B. R. Blackwell, P. M. Bradley, A. R. Cole, D. R. Ekman, R. N. Hofer, J. Kinsey, K. Keteles, R. Weissinger, D. L. Winkelman, and D. L. Villeneuve. (2021) Effects-Based Monitoring of Bioactive Chemicals Discharged to the Colorado River before and after a Municipal Wastewater Treatment Plant Replacement. *Environmental Science & Technology* 2021 *55* (2), 974-984.

Weissinger, R.H., B.R Blackwell, K.A. Keteles, W. A Battaglin, P.M. Bradley. (2018) Bioactive contaminants of emerging concern in National Park waters of the northern Colorado Plateau, USA. Science of The Total Environment. 636: 910–918

Ekman, D.R., K.A. Keteles, J. Beihoffer, J.E. Cavallin, K. Dahlin, J.M. Davis, A. Jastrow, J.M. Lazorchak, M. Mills, M. Murphy, D. Nguyen, A.M. Vajda, D. L. Villeneuve, D.L. Winkelman, and T.W. Collette. (2018) Use of Targeted and Untargeted Effects-based Monitoring Tools to Assess

Impacts of Wastewater Effluents on Fish in the South Platte River, CO. Environmental Pollution 239: 706–713.

Bai, X, Lutz, A., Carroll, R. Keteles, K., Dahlin, K., Murphy, M., and Nguyen, D. (2018) Evaluating occurrence, distribution, and seasonality of pharmaceuticals and other emerging contaminants in urban watersheds. Chemosphere. 200: 133-142.

Jastrow, A., D. Gordon, K. Auger, E. Punska, K. Arcaro, K. Keteles, D. Winkelman, D. Lattier, A. Biales, J. Lazorchak. (2017) Tools to minimize inter-laboratory variability in vitellogenin gene expression monitoring programs. Environmental Toxicology and Chemistry. 36 (11), 3102-3107.

Schwindt, A.R., D. Winkelman, K.A. Keteles, M. Murphy, A. Vajda. (2014) An environmental estrogen disrupts fish population dynamics through direct and transgenerational effects on survival and fecundity. Journal of Applied Ecology. 51(3), 582-591.

U.S. EPA (Environmental Protection Agency). (Contributing Author) (2010) Integrating Ecological Assessment and Decision-Making at EPA: A Path Forward. Results of a Colloquium in Response to Science Advisory Board and National Research Council Recommendations. Risk Assessment Forum. Washington, DC. EPA/100/R-10/004.

Millward, R.N., Fleeger, J.W., Reible, D.D., Keteles, K.A., Cunningham, B.P. and Zhang, Li. (2001) Pyrene bioaccumulation, effects of pyrene exposure on particle size selection and fecal pyrene content in the oligochaete, *Limnodrilus hoffmeisteri* (Tubificidae, Oligochaeta). *Environmental Toxicology and Chemistry*. 20 (6), 1359–1366.

Keteles, K.A. (2001) Metal partitioning in *Palaemonetes pugio* and its role in depuration and trophic transfer. Dissertation, Louisiana State University, Baton Rouge, LA.

Keteles, K.A. and J.W. Fleeger (2001) Metal partitioning among tissues and exoskeleton of *Palaemonetes pugio* and its role in depuration and trophic transfer. *Marine Pollution Bulletin*. 42: 1397-1402.

*Awards, Grants, and Fellowships*

Gold Medal for Commendable Service (2018), Terminix Enforcement Criminal Team for outstanding support to the terminix criminal enforcement case.

EPA Science Achievement Award (2018), South Platte Endocrine Disruption Study Team, for engagement in a multi-year collaborative research project to advance scientific knowledge and analytic methods regarding the presence of estrogenic chemicals in public water ways.

Bronze Medal for Commendable Service (2017), Boasso America Criminal Case Team in recognition of the Boasso Enforcement Team's outstanding investigative efforts leading to the sentencing of Boasso and nine individual defendants totaling 343 months of incarceration.

Regional Applied Research Effort: "Using a biosensor tool to evaluate the safety of produced water for beneficial reuse during drought conditions in the west", 2017, $98,440.

EPA Regional Applied Research Effort: "Application of 21st century bioanalytical tools to identify sources and effects of bioactive contaminants associated with select municipal wastewater discharges to the South Platte and Colorado River watersheds" 2017, $134,000.

EPA Region 8 Office of Enforcement Compliance and Environmental Justice Certificate of Excellence (2016) for exemplary work to quickly resolve a significant pesticide misuse by securing a fast and effective remedy in the Meyers Ranch incident.

Science Achievement Award (2013) for outstanding achievement in cementing partnerships to bridge a critical gap in laboratory capacity with the development of a novel laboratory method for the expedited assessment of the viability of Bacillus anthracis from an environmental sample.

EPA Science Award (2012) for initiative and creativity in the use of novel molecular biology methods to detect endocrine active chemicals in the environment.

EPA Bronze Medal for Commendable Service (2011), Chemical Safety for Sustainability Research Program Development Team for design and development of the Chemical Safety for Sustainability Research Program Action plan, which embodies innovative, trans-disciplinary approaches for understanding chemicals and enhancing sustainability.

Regional Methods Initiative: "Development of a Whole Effluent Test for androgencity and estrogenicity" 2009, $180,000.

Office of Research and Development Pharmaceuticals in the Environment Workshop 2009, $60,000.

Oak Ridge Institute for Science and Education Fellowship: Visiting Scientist Fellow at the Federal Bureau of Investigation Academy.

URC Faculty Research Grant: "Variation in the uptake of potentially toxic trace metals by aquatic organisms inhabiting agricultural vs. forested watersheds" 2002, $8,795.00.

University Research Council Summer Stipend: "The Effect of Calcium Limitation on Cadmium Uptake" 2002, $2,600.

NSF UFE Workshop, "New Approaches and Techniques for Teaching Science: Addressing Environmental Problems to Stimulate Undergraduate Learning"

"The influence of source of exposure on the uptake and partitioning of metals by *Palaemonetes pugio*" National Sigma Xi Grant-in Aid of Research; 1999, $800

**Litigation Experience: Trials and Depositions**

*USA v. Melanie Carlin*; District of Montana, Helena, MT; April 14, 2025; Testified as an expert witness at the sentencing on harm from lead exposure in children.

*The People of Colorado v. Lance Slayton*; Jefferson County, CO; November 20, 2024; Expert witness testimony on the harm from exposure to asbestos.

*Suffolk Country District Attorney v. Kessler Thermometer Corp. and Rober Peyser*; Suffolk County, NY; October 16, 2024; Expert witness testimony on harm from mercury exposure.

*The Matter of New Prime, Inc*; Western District of Missouri, Springfield, MO; October 27, 2022; Testimony at administrative hearing on the potential risk from improperly stored hazardous waste.

*USA v. Wasatch Railroad Contractors and John E. Rimmasch*, District of Wyoming, Cheyenne, WY; April 11, 2022; Testified as an expert witness on harm from exposure to asbestos.

*USA v. Dennis Morgan,* Middle District of Pennsylvania, Williamsport, PA; March 31, 2022; Testified as an expert witness at the sentencing on harm from lead exposure in children.

*USA v. Yoo Jin Management Company, Ltd* District of Alaska, Anchorage, Alaska; March 15, 2021; Testified as an expert witness in a restitution hearing regarding harm from exposure to asbestos.

*USA v. CMS Energy Corporation*; Western District of Michigan, Grand Rapids, MI; February 22, 2018; Deposition at US Department of Justice Environment and Natural Resources Division. Washington, DC.

*USA v Raymond Mitchell*; Southern District of Georgia, Savannah, GA;
March 18, 2016; Testified as an expert witness at the sentencing on the toxicity and potential for harm from exposure to naphthalene.

*USA v Ryan Chamberlain;* Northern District of CA, San Francisco, CA; February 5, 2016; Testified as an expert witness in a Daubert hearing on the use of toxicity data to determine the lethal effects from exposure to the biological toxins, ricin and abrin.

*USA v Carl Kieser;* Central District of Illinois, Peoria, IL; October 29, 2014; Testified as an expert witness in a criminal trial on the toxicity of the herbicide, diuron to aquatic life.

*USA v Martin Kuna;* District of Oregon, Portland; OR, July 22, 2013; Testified as expert witness at the sentencing on the effects of lead on children.

*Colorado v. Joseph Loskinski*; Weld County District Court, Greeley, CO; December 12, 2012; Testified as an expert witness at the sentencing on the effects and lethality of the rodenticide, strychnine.

**<u>Litigation Experience: Expert Reports, Declarations and Affidavits</u>**

Expert witness opinion report for USA *v. William Jason Tayor*; District of South Carolina, Columbia, SC; November 3 2025; Expert opinion report on the Risks from the manipulation of antimicrobial concentrations in poultry

Expert witness opinion report *USA v. Daniel J. Brett*; District of Utah, Salt Lake City, UT; December 2024. Expert opinion on the risks from exposure to Asbestos following the demolition of the Broadway Hotel.

Expert Witness opinion report *USA v United States v. J.H. Baxter & Co., Inc. et al*., District of Oregon, Portland Oregon; April 23, 2025. Risk from modeled air concentrations due J.H. Baxter Emissions.

Expert Witness opinion report and supplement *USA v United States v. Aghorn Operating Inc, Trent Day, and Kodak Roustabout Inc.* District of Western Texas, Midland TX; April 16, 2025. Toxicity of Hydrogen Sulfide Associated with Aghorn Operations

Toxicology report in the matter of Homeca Recycling Center Co, Inc. EPA Region 2; August 8, 2024; Health effects from exposure to asbestos

Expert witness opinion report for the *State of Washington v. Thom Alfred Fisher and Electron Hydro, LLC*; State of Washington Pierce County Superior Court; November 30, 2022. Expert opinion on the pollution of the Puyallup River from artificial turf and crumb rubber.

Toxicology report in the matter of TWDS, Inc./Windows Direct for EPA Region 5; December 15, 2022; Hazards of lead to children and the importance of lead safe work practices to reduce exposure.

Expert toxicology report for *USA v. Dennis Morgan*; Middle District of Pennsylvania, Williamsport, PA; August 19, 2021; Expert opinion on a pediatric lead exposure incident.

Toxicology report in the matter of Easton Point Fuel Station, Easton Point, MD for EPA Region 3; July 1, 2021; Toxicology report on the potential for harm to ecological receptors, commercial fisherman, and recreators from a petroleum release from the Easton Point Fuel Station.

Expert witness report for *USA v. Yoo Jin Management Company, Ltd*; District of Alaska, Anchorage, Alaska; October 20, 2020; Expert opinion on worker risk from exposure to asbestos at Northern Lights Center.

Expert witness opinion report for *USA v. Edward Miller;* District of Nebraska; April 8, 2020; Expert opinion report on health effects from exposure to chemicals found at illegal dump sites in Hamilton County, Nebraska.

Expert witness opinion report for *USA v. Lloyd Robl;* Western District of Wisconsin, Madison, WI; July 30, 2019; Expert opinion report on health effects from exposure to asbestos.

Expert witness opinion report for *USA v. Total Reclaim Lorch and Zirkle*; Western District of Washington, Seattle WA; March 25, 2019; Expert opinion report on health risks from exposure to mercury from electronic waste.

Declaration for *USA v. Tonawanda Coke Corporation;* Western District of New York, Buffalo, NY; September 17, 2018; Expert opinion on the health effects from exposure to benzene and particulate matter.

Expert witness opinion report for *USA v. Chelsea Environmental-Paul Potter;* Eastern District of VA, Alexandria, VA; August 21, 2018; Expert opinion report on health effects from exposure to asbestos.

Expert witness opinion report for *USA v. CMS Energy Corporation*; Western District of Michigan, Grand Rapids, MI; January 16, 2018; Expert opinion report on risks from the discharge of cement kiln dust leachate.

Expert witness opinion report for *USA v. OE Construction Corporation*; District of Colorado, Denver, CO; June 19, 2017. Expert opinion on health effects from exposure to diesel emissions.

Expert witness report for *USA v. Dipen Patel*; Northern District of Indiana, Hammond, IN; January 26, 2017; Expert opinion on health effects from exposure to the pesticide, Doom (active ingredient, dichlorvos).

Declaration for *USA v. Ryan Chamberlain;* Northern District of California, San Francisco, CA; February 5, 2016; Declaration to support the government's opposition to the defendant's motion to exclude expert witness testimony on the use of toxicological data to determine the toxicity of abrin and ricin.

Expert witness report for *USA v. Terminix International Company;* District Court of the Virgin Islands, St. Thomas, VI; December 1, 2015. Expert opinion on the methylbromide exposure incident.

Expert witness report for *USA v. Cenex Harvest States, Inc*; District of Montana, Great Falls, MT; January 22, 2013; Expert opinion on the toxicity of the gases released from a warehouse fire to livestock and human health.

Expert witness report for *USA v. Martin Kimber*; Northern District of New York, Albany, NY; February 2012; Summary of the health hazards of mercury by inhalation exposure.

Expert witness report for *USA v. Seville Colony*; District of Montana, Great Falls, MT; January 17, 2012; Expert opinion on the imminent and substantial endangerment from the illegal application of the rodenticide, strychnine.

Expert witness report for *USA v. Bazan et.al*.; United States District Court District of Kansas, Kansas City, KS; March 14, 2011; Expert opinion on the toxicity of the pesticide, methomyl.

Expert witness report for *USA v. Martha Hebert*; Eastern District of Louisiana, New Orleans, LA; November 10, 2011; Expert opinion on the falsification of whole effluent toxicity data.

Expert witness report for the *USA v. Roy Stricklin;* District of Wyoming, Casper, WY; September 8, 2011; Expert opinion on the risks to a population from the exceedance of the drinking water maximum contaminant level for coliform.

**Affirmation**

---

I have reviewed my Professional Resume and declare and affirm that the information provided therein is true and correct to the best of my knowledge.

KRISTEN KETELES

Digitally signed by KRISTEN KETELES
Date: 2026.02.26 13:00:46 -07'00'

Employee Signature

Senior Toxicologist

Title