GOVERNMENT EXHIBIT
6
1:25-cr-00002-LM

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 25-CR-00002 |
| | ) | |
| CHARLES SANTICH | ) | |

And

OLD DUTCH MUSTARD d/b/a PILGRIM FOODS

# VICTIM IMPACT STATEMENT

My name is Marshall A. Buttrick. I live at [redacted] in Greenville, New Hampshire. Greenville has been my home since 1953. I own real estate near the Souhegan River where the pollution in this case occurred. I have been dealing with water and air quality issues regarding Pilgrim Foods for more than thirty five years.

## The Souhegan River

The Souhegan River is the reason Greenville exists as a separate town. The river drops in elevation about 125 feet from where it enters the town at the New Ipswich town line to where it leaves the town at the Wilton town line. This drop in elevation provided at least six sites for dams which provided water power for textile, lumber, grist and furniture mills. Three of those dams have been removed. Generation of electricity is done at two of the remaining dams.

The area near Pilgrim Foods where the pollution in this case occurred has varied uses. Below the bridge on the Old Wilton Road the river is undeveloped and used mostly for hiking and fishing. About an eighth of a mile downstream on the west side of the river is the site of the former Greenville town wells. These wells were used for many years for the municipal water system prior to the town using the Tobey Reservoir in Temple. Pilgrim Foods abuts the town wells property on the west and north. The north side of the town property is where the pipe was installed and discharges occurred in this case. Further downstream is the High Falls and then a gorge which continues to the Wilton town line. The High Falls once had a dam located there. It has been removed. The High Falls area is not open for public use. The gorge below is part of a donation of 200 plus acres by the Taft

family to the NH Fish & Game Department for recreational uses. There are also scenic easements along the Wilton Road (NH Route 31). These easements extend from the Old Wilton Road in Greenville to at least King Brook Road in Wilton.

Effects of the Pollution

We do not know if the town wells were affected as a result of the pollution. The town is not in a financial position to conduct tests to see if the wells were/are contaminated. Should the town need to use the wells in the future this may be an issue.

When the investigators for the State of New Hampshire discovered the pollution in May of 2023, the first thing that they noticed was the odor. Past pollution by Pilgrim Foods has had odors that in the most charitable sense would be describes as an awful stench. I could smell it at my home about a mile away. We would be unable to sit outdoors at times because of the stench. This undoubtedly has an effect on property values. While the pollution in this case has not had as strong an odor, it caused an odor none the less.

The recreational uses of the river are affected by the pollution. It is have to measure the effect. The State of New Hampshire stocks the river with fish each year. People are unlikely to go fishing or hiking in an area that is polluted.

The effect of past pollution of an unnamed brook upstream of the Old Wilton Road by Pilgrim Foods is well described in a Petition for Injunctive Relief and Civil Penalties filed by the NH Department of Environmental Services in 2014 in the Hillsborough County Superior Court Southern District (226-2014-CV-221) at paragraph 123 indicates that the unnamed stream "is no longer suitable for the colonization, passage, inhabitation, or reproduction by aquatic life for approximately 1,000 linear feet." I do not know how the 2023 pollution has affected the Souhegan River. Common sense would indicate that it has a negative effect.

I have attached a copy of a GS map and photos to assist in your understanding my comments.

Marshall A Buttrick

Marshall A. Buttrick

[redacted]

Greenville, NH 03048



① Pilgrim Foods
② Site of pipe + outfall
③ Greenville Town Wells
④ High Falls
⑤ Taft donation > Fish+Game
⑥ Unnamed stream - Prior Pollution site
TOWN COR MON
699
SOUHEGAN
BM 787.3
TRACK 781
760
792
887
877T
31
ABANDONED RR
Wood lots M. Buttrick
752T
OLD WILTON RD
45
GREENVILLE
SEW TREATMENT PLANT
PO
CEM
840T
822T
Greenville
816
POOL
BM 829.7
BR 821
WL 805



The High Falls on the Souhegan River
in Greenville, N.H.

Dam (since removed) at the High Falls on the Souhegan River in Greenville, NH.

