GOVERNMENT EXHIBIT 7
1:25-cr-00002-LM

RE: United States v. Santich. Docket #25-CR-00002; USAO Case #2023R00139

Your Honor,

My name is Cory Ritz, and I serve as the Chairman of the Souhegan River Local Advisory Committee (SoRLAC). I hold a degree in watershed science, and I am a long-time recreational user of the Souhegan River, including as a fisherman who has spent many years walking its banks and fishing directly in the very stretch of river impacted by this case.

The Souhegan River has a rich New England history and is formally designated by the State of New Hampshire for its ecological, cultural, and community significance. For me personally, one of my favorite spots on the river is just downstream of the area affected by the defendant's pollution. This area is a place where I have watched wildlife such as otters, fished for trout, studied habitat conditions, and reviewed years of water-quality data collected by volunteers.

The defendant in this case discharged pollutants into the Souhegan River without a permit using a concealed pipe bypassing any treatment, monitoring or oversight. This was not an accident, nor a single lack in judgment. It was a deliberate act carried out to avoid the cost of proper disposal.

As someone who deeply cares for this river, recreates in it, and helps oversee efforts to protect it, I find this type of polluting disturbing. When I enter the water near this location, I find myself asking: *Is the water safe? Are there more pollutants I am not seeing?* I opt to keep my waders on instead of shorts when I fish this spot in the summer and keep my eyes open for smells or strange sights near Pilgrim Foods.

The defendant's actions send a harmful message that the Clean Water Act is optional, and protecting a shared natural resource is secondary to convenience and profit. This behavior undermines the health of the river and damages a community asset relied on by residents, wildlife, and future generations.

For me personally, there is a sense of loss that cannot be easily restored.

I appreciate the opportunity to provide this statement and to represent the perspective of those of us who speak for the river. A healthy Souhegan River is a responsibility of our citizens, individuals and corporations alike. The Souhegan River and the community that depends on it deserved far better than what occurred here.

Respectfully submitted,
Cory Ritz
Chairman, Souhegan River Local Advisory Committee (SoRLAC)