IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,

Plaintiff,

v.

Case No. 25-CR-2-LM-1

Charles Santich,

Defendant.

## SATISFACTION OF JUDGMENT

The monetary penalties imposed on April 10, 2026, in the above-captioned action, have been satisfied and paid in full.

Erin Creegan
United States Attorney

By: /s/ Kasey A. Weiland
Kasey A. Weiland
Assistant U.S. Attorney
NH Bar No. 272495
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552
Kasey.Weiland2@usdoj.gov

DATED: May 22, 2026